SQUIRE, SANDERS & DEMPSEY L.L.P.
Michael E. Sobel (State Bar No. 121913)
600 Hansen Way
Palo Alto, California 94304-1043
Telephone: (650) 856-6500
Facsimile: (650) 856-3619
Email: msobel@ssd.com

Attorneys for Plaintiff
TOKUYAMA CORPORATION

ORIGINAL FILED
08 JUN -4 PM 1:56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR
E-FILING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TOKUYAMA CORPORATION,

    Plaintiff,

v.

VISION DYNAMICS, LLC,

    Defendant.

Case No. C08 02781 JL

TOKUYAMA CORPORATION
CERTIFICATION OF
<u>INTERESTED ENTITIES OR PERSONS</u>

    Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Having so stated, the undersigned further notes that Tokuyama Corporation is a publicly-traded company in Japan and that, as such, it has shareholders who themselves have, in that role, a financial interest in Tokuyama Corporation and an interest in the subject matter in this proceeding that could be substantially affected by the outcome in the proceeding.

    Respectfully submitted,

    SQUIRE, SANDERS & DEMPSEY L.L.P.

Dated: June 4, 2008

By _____
    Michael E. Sobel
Attorneys for Plaintiff
TOKUYAMA CORPORATION