1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Michael E. Sobel (State Bar No. 121913)
2  600 Hansen Way
   Palo Alto, California 94304-1043
3  Telephone: (650) 856-6500
   Facsimile: (650) 856-3619
4  Email: msobel@ssd.com

5  Attorneys for Plaintiff
   TOKUYAMA CORPORATION

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

12 TOKUYAMA CORPORATION,
                                        Case No. C 08-02781 JL
13         Plaintiff,
      v.                                PROOF OF SERVICE
14
   VISION DYNAMICS, LLC,
15
           Defendant.
16

## PROOF OF SERVICE BY CERTIFIED/REGISTERED MAIL

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 600 Hansen Way, Palo Alto, California 94304-1043. I am readily familiar with this firm's practice for collection and processing of correspondence for first-class certified/return receipt requested mailing with the United States Postal Service. Pursuant to Fed. R. Civ. P. 4(h)(1) and Cal. Civ. Proc. Code §415.40, on June 4, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within documents:

   CIVIL COVER SHEET;

   SUMMONS IN A CIVIL ACTION;

   COMPLAINT OF TOKUYAMA CORPORATION AGAINST VISION
   DYNAMICS, LLC FOR PATENT INFRINGEMENT;

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043

PROOF OF SERVICE
CASE NO. C 08-02781 JL                                      1.

| | |
|---|---|
| 1 | TOKUYAMA CORPORATION CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; |
| 2 | |
| 3 | ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; |
| 4 | NORTHERN DISTRICT OF CALIFORNIA INFORMATION PACKET (INCLUDING, COURT "WELCOME" INFORMATION SHEET; COURT LAW AND MOTION / TRIAL / SETTLMENT / CASE MANAGEMENTS / DISMISSAL HEARING SCHEDULES; GENERAL ORDER NO. 40 – PROHIBITION OF BIAS; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45 – ELECTRONIC CASE FILING; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; GENERAL ORDER NO. 53 – PRIVACY; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (blank form); WAIVER OF SERVICE OF SUMMONS (blank form); INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5); ADR CERTIFICATION BY PARTIES AND COUNSEL (blank form); STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (blank form); NOTICE OF NEED FOR ADR PHONE CONFERENCE (blank form); ORDER OF THE CHIEF JUDGE – IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES); |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; |
| 15 | ORDER SETTING CASE MANAGEMENT CONFERENCE (blank form); |
| 16 | |
| 17 | ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; |
| 18 | NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER (blank form); |
| 19 | |
| 20 | JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER (blank form); |
| 21 | NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL (blank form); |
| 22 | |
| 23 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (blank form); and |
| 24 | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (blank form) |
| 25 | |
| 26 | in a sealed envelope, first-class postage fully pre-paid for certified mail and return receipt |
| 27 | requested, for service on defendant Vision Dynamics, LLC addressed as follows: |
| 28 | /// |

| | |
|---|---|
| Jeffrey Plank | Bill Lawrence |
| Robert Miniutti | Vision Dynamics, LLC |
| Vision Dynamics, LLC | 10106 Bluegrass Parkway |
| 10106 Bluegrass Parkway | Louisville, KY 40299 |
| Louisville, KY 40299 | |

Following ordinary business practices, the envelope was sealed, appropriate documentation for certified/return receipt requested mailing was attached thereto, and it was placed for collection and mailing on that date, and would, in the ordinary course of business, be deposited with the United States Postal Service on that date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2008, at Palo Alto, California.

/s/ Kate Rose
Kate Rose

PALOALTO/111659.1

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043

PROOF OF SERVICE
CASE NO. C 08-02781 JL

3.