| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Michael E. Sobel (State Bar No. 121913) |
| 2 | 600 Hansen Way |
| | Palo Alto, California 94304-1043 |
| 3 | Telephone: (650) 856-6500 |
| | Facsimile: (650) 856-3619 |
| 4 | Email: msobel@ssd.com |
| 5 | Attorneys for Plaintiff |
| | TOKUYAMA CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOKUYAMA CORPORATION, | Case No. C 08-02781 JL |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| VISION DYNAMICS, LLC, | |
| Defendant. | |

**PROOF OF SERVICE**

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 600 Hansen Way, Palo Alto, California 94304-1043, which is located in the county where any non-personal service described below took place.

On June 11, 2008, a copy of the following document(s):

MAGISTRATE JUDGE LARSON'S STANDING ORDER;

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; and

CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT

was served on:

| | |
|---|---|
| Jeffrey Plank | Bill Lawrence |
| Robert Miniutti | Vision Dynamics, LLC |
| Vision Dynamics, LLC | 10106 Bluegrass Parkway |
| 10106 Bluegrass Parkway | Louisville, KY  40299 |
| Louisville, KY  40299 | |

Service was accomplished as follows.

☒ **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2008, at Palo Alto, California.

/s/ Kate Rose
Kate Rose

PALOALTO/111670.1

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California  94304-1043

PROOF OF SERVICE
CASE NO. C 08-02781 JL

2.