Squire, Sanders & Dempsey L.L.P.
Nathan Lane III (State Bar # 50961)
Joseph A. Meckes (State Bar # 190279)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: NLane@ssd.com
Email: JMeckes@ssd.com

Attorneys for Plaintiff
TOKUYAMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| TOKUYAMA CORPORATION,<br><br>             Plaintiff,<br><br>      vs.<br><br>VISION DYNAMICS, LLC,<br><br>             Defendant. | Case No. C08-02781 JL<br><br>**[E-FILING]**<br><br>**NOTICE OF APPEARANCE** |

TO VISION DYNAMICS, LLC, AND ITS ATTORNEYS OF RECORD:

Please take notice of the appearance of Nathan Lane III and Joseph A. Meckes, of Squire, Sanders & Dempsey LLP, as counsel of record for and on behalf of Tokuyama Corporation, in the above entitled action. The contact information for these attorneys is:

> Nathan Lane III, Esq.
> Joseph A. Meckes, Esq.
> SQUIRE, SANDERS & DEMPSEY LLP
> One Maritime Plaza, Suite 300
> San Francisco, CA 94111
> Telephone:   +1.415.954.0200
> Facsimile:   +1.415.393.9887
> Email: NLane@ssd.com
> Email: JMeckes@ssd.com

SQUIRE, SANDERS &
DEMPSEY L.L.P.
Suite 500
1201 Pennsylvania Avenue, N.W.
Washington. D.C. 20004

NOTICE OF APPEARANCE
Case No. C08-02781 JL

1  Dated: June 27, 2008                    Squire, Sanders & Dempsey L.L.P.

3                                           By:      */s/ Joseph A. Meckes*
4                                                    Joseph A. Meckes
                                             Attorneys for Plaintiff
                                             TOKUYAMA CORPORATION

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Suite 500
1201 Pennsylvania Avenue, N.W.
Washington. D.C. 20004

- 2 -

NOTICE OF APPEARANCE
Case No. C08-02781 JL