1  Squire, Sanders & Dempsey L.L.P.
   Nathan Lane III (State Bar # 50961)
2  Joseph A. Meckes (State Bar # 190279)
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111
   Telephone:  +1.415.954.0200
4  Facsimile:  +1.415.393.9887
   Email:      NLane@ssd.com
5  Email:      JMeckes@ssd.com

6  Attorneys for Plaintiff
   TOKUYAMA CORPORATION
7

8              UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT

10

11 TOKUYAMA CORPORATION,            Case No.  C08-02781 JL

12         Plaintiff,

13     vs.                          **STIPULATION FOR TIME TO RESPOND TO COMPLAINT**

14 VISION DYNAMICS, LLC,,

15         Defendant.

16

17     Pursuant to Local Rule 6-1(a), the parties hereto stipulate that the time for defendant

18 Vision Dynamics, Inc. to respond to the complaint filed herein shall be extended thirty (30) days,

19 making defendant's response due by August 11, 2008.  No change in the Court's otherwise

20 scheduled dates is anticipated by virtue of this filing.

21 Dated: June 30, 2008              SQUIRE, SANDERS & DEMPSEY L.L.P.

22

23                                  By:         /s/ *Joseph A. Meckes*
                                            Joseph A. Meckes
24                                  Attorneys for Plaintiff
                                    TOKUYAMA CORPORATION
25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
Suite 500
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

STIPULATION FOR TIME TO RESPOND
TO COMPLAINT

| | |
|---|---|
| Dated: June 30, 2008 | MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C. |
| | By: /s/ *Dwayne Goetzel* <br> Dwayne Goetzel |
| | Ryan T. Beard <br> Eric B. Meyertons <br> Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C. <br> 700 Lavaca, Suiste 800 <br> Austin, Texas 78701 <br> Telephone: (512) 853-8800 <br> Facsimile: (512) 853-8801 <br> Email: dgoetzel@intprop.com <br> Attorneys for Defendant <br> VISION DYNAMICS, LLC |