1  James E. Doroshow, Esq. (SBN: 112920)
       jdoroshow@linerlaw.com
2  Brian T. Hafter, Esq. (SBN: 173151)
       bhafter@linerlaw.com
3  Matthew Borden, Esq. (SBN: 214323)
       mborden@linerlaw.com
4  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
5  199 Fremont Street, 20th Floor
   San Francisco, CA  94105-2255
6  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
7
   Dwayne K. Goetzel, Esq. (SBN: 08059500)
8  Ryan T. Beard, Esq. (SBN: 24012264)
   MEYERTONS HOOD KIVLIN
9  KOWERT & GOETZEL PC
   700 Lavaca, Suite 800
10 Austin, TX  78701
   Telephone:  (512) 853-8800
11 Facsimile:  (512) 853-8801
   (pro hac vice to be filed)
12
   Attorneys for Defendant
13 Vision Dynamics, LLC

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                   **SAN FRANCISCO DIVISION**

17
   TOKUYAMA CORPORATION,             )   Case No. C08-02781 JL
18                                    )
                  Plaintiff,          )   **DEFENDANT VISION DYNAMICS,**
19                                    )   **LLC'S NOTICE OF MOTION AND**
   v.                                 )   **MOTION TO STAY THE LITIGATION**
20                                    )   **FOR THE REEXAMINATION OF THE**
   VISION DYNAMICS, LLC,              )   **'017 PATENT**
21                                    )
                  Defendant.          )   **Date:       September 3, 2008**
22                                    )   **Time:       9:30 a.m.**
                                      )   **Department: Courtroom F, 15th Floor**
23 _____    )

24
25
26
27
28

                                                        Case No. C08-02781 JL
   VISION DYNAMICS' MOTION TO STAY LITIGATION FOR REEXAMINATION OF '017 PATENT
   0030074/001/ 38884v01

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** at 9:30 a.m. on September 3, 2008, or as soon thereafter as they may be heard, Defendant Vision Dynamics LLC will move, and hereby moves, the United States District Court for the Northern District of California to stay this litigation in favor of the reexamination of the asserted patent U.S. Patent No. 5,621,017 C1.  This Motion is based upon the Memorandum of Points and Authorities filed in support hereof, the Declaration of Dwayne K. Goetzel and exhibits attached thereto filed in support hereof, and all other files and records in this action, and any further oral and documentary evidence that may be presented at or before the time of the hearing of this Motion.

Dated: July 25, 2008              LINER YANKELEVITZ
                                  SUNSHINE & REGENSTREIF LLP


                                  By:      /s/Matthew Borden
                                         Matthew Borden
                                  Attorneys for Defendant
                                  Vision Dynamics, LLC

                                  Dwayne K. Goetzel
                                  Ryan T. Beard
                                  MEYERTONS HOOD KIVLIN
                                  KOWERT & GOETZEL PC
                                  700 Lavaca, Suite 800
                                  Austin, TX  78701
                                  (pro hac vice to be filed)

1  James E. Doroshow, Esq. (SBN: 112920)
       jdoroshow@linerlaw.com
2  Brian T. Hafter, Esq. (SBN: 173151)
       bhafter@linerlaw.com
3  Matthew Borden, Esq. (SBN: 214323)
       mborden@linerlaw.com
4  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
5  199 Fremont Street, 20th Floor
   San Francisco, CA  94105-2255
6  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
7
   Dwayne K. Goetzel, Esq. (SBN: 08059500)
8  Ryan T. Beard, Esq. (SBN: 24012264)
   MEYERTONS HOOD KIVLIN
9  KOWERT & GOETZEL PC
   700 Lavaca, Suite 800
10 Austin, TX  78701
   Telephone:  (512) 853-8800
11 Facsimile:  (512) 853-8801
   (pro hac vice to be filed)
12
   Attorneys for Defendant
13 Vision Dynamics, LLC

14                  **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                     **SAN FRANCISCO DIVISION**

17

| TOKUYAMA CORPORATION, | ) | Case No. C08-02781 JL |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING** |
|  | ) | **DEFENDANT VISION DYNAMICS,** |
| v. | ) | **LLC'S MOTION TO STAY THE** |
|  | ) | **LITIGATION FOR THE** |
| VISION DYNAMICS, LLC, | ) | **REEXAMINATION OF THE '017** |
|  | ) | **PATENT** |
| Defendant. | ) |  |
|  | ) | **Date:      September 3, 2008** |
|  | ) | **Time:      9:30 a.m.** |
|  | ) | **Department: Courtroom F, 15th Floor** |

Case No.  C08-02781 JL
ORDER GRANTING VISION DYNAMICS' MOT. TO STAY LIT. FOR REEXAM. OF '017 PATENT
0030074/001/ 38887v01

1  Before the Court is defendant Vision Dynamics, LLC's Motion to Stay the Litigation for
2  the Reexamination of the '017 Patent.
3  There appearing to be good cause therefor, the Court hereby ORDERS that plaintiff's
4  causes of action are stayed pending completion of the reexamination.

6  IT IS SO ORDERED.

          Hon. James Larson
          United States Magistrate Judge