1   James E. Doroshow, Esq. (SBN: 112920)
        jdoroshow@linerlaw.com
2   Brian T. Hafter, Esq. (SBN: 173151)
        bhafter@linerlaw.com
3   Matthew Borden, Esq. (SBN: 214323)
        mborden@linerlaw.com
4   LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
5   199 Fremont Street, 20th Floor
    San Francisco, CA  94105-2255
6   Telephone:  (415) 489-7700
    Facsimile:  (415) 489-7701
7
    Dwayne K. Goetzel, Esq. (SBN: 08059500)
8   Ryan T. Beard, Esq. (SBN: 24012264)
    MEYERTONS HOOD KIVLIN
9   KOWERT & GOETZEL PC
    700 Lavaca, Suite 800
10  Austin, TX  78701
    Telephone:  (512) 853-8800
11  Facsimile:  (512) 853-8801
    (pro hac vice to be filed)
12
    Attorneys for Defendant
13  Vision Dynamics, LLC

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                **SAN FRANCISCO DIVISION**

17
    TOKUYAMA CORPORATION,                )   Case No. C08-02781 JL
18                                       )
                    Plaintiff,           )   **MEMORANDUM OF POINTS AND**
19                                       )   **AUTHORITIES IN SUPPORT OF**
    v.                                   )   **DEFENDANT VISION DYNAMICS,**
20                                       )   **LLC'S MOTION TO STAY THE**
    VISION DYNAMICS, LLC,                )   **LITIGATION FOR THE**
21                                       )   **REEXAMINATION OF THE '017**
                    Defendant.           )   **PATENT**
22                                       )
                                         )   **Date:        September 3, 2008**
23                                       )   **Time:        9:30 a.m.**
                                         )   **Department: Courtroom F, 15th Floor**
24  _____ )

25

26

27

28

## I.   INTRODUCTION

Defendant Vision Dynamics, LLC ("Vision Dynamics") moves the Court to stay this litigation in favor of the reexamination of the asserted patent U.S. Patent No. 5,621,017 C1 (the "Reexamined Patent").  *See* **Exhibit 1**.  On June 25, 2008, Vision Dynamics filed a request for reexamination of the Reexamined Patent with the U.S. Patent and Trademark Office ("PTO").  A copy of the reexamination is attached hereto as **Exhibit 2**.  The reexamination establishes without question that there is significant prior art that invalidates the claims in the Reexamined Patent.  Specifically, the reexamination establishes that **all** of the claims in the only patent asserted in this case are invalid.  As such, there is a compelling and urgent need for reexamination.

Given the clear invalidity of the only patent at issue, it simply does not make sense for the Court to move forward in this case without first allowing the PTO to reexamine the patent.  This patent infringement case concerns one cause of action for infringement of one patent, and no other causes of action.  The only substantive action in this case so far has been a filing of the *Complaint*.  There has been no discovery, no claim construction, and no trial has been set.  Given the significance of the prior art cited in the reexamination and the high likelihood that the claims will be invalidated or altered, this is an ideal time for the Court to stay this case.  By staying this case, the Court and the parties will avoid expending a significant amount of their time and resources taking discovery and construing claims that will be declared invalid or amended as a result of the reexamination.  Moreover, if some claims for the Reexamined Patent survive reexamination, the Court will have the benefit of the PTO's expert review of the asserted claims, and a richer prosecution history in order to construe the claim terms.

In summary, a stay of this case with respect to the Reexamined Patent is warranted.  Vision Dynamics therefore requests that this litigation be stayed.

## II.   BACKGROUND.

Plaintiff Tokuyama Corporation ("Tokuyama") filed the instant patent infringement *Complaint* on or about June 4, 2008, asserting a single patent infringement claim against Vision Dynamics.  *See* **Exhibit 3**.  There are no other causes of action asserted by Tokuyama.  On June 25,

MPA ISO VISION DYNAMICS' MOTION TO STAY LITIGATION FOR REEXAMINATION OF '017 PATENT
0030074/001/ 38870v01

1  2008, Vision Dynamics filed with the PTO a request for reexamination of the Reexamined Patent.

2  *See* **Exhibit 2**.

3      With respect to the status of this case, Tokuyama has filed its *Complaint*, but Vision

4  Dynamics has not yet filed a response to the *Complaint*.  While the Court has scheduled a case

5  management conference, the Court has not entered a scheduling order, not held the case

6  management conference, there is no protective order, and no discovery has been submitted or

7  occurred.  With respect to the substantive matters, the parties have not served infringement

8  contentions, invalidity contentions, or engaged in any claim construction whatsoever.  Finally, the

9  Court has not set this case for trial.

10      In sum, this case involves one patent and is in its very initial stage.

11  **III.    NATURE OF A REEXAMINATION PROCEDURE.**

12      35 U.S.C. § 302 states: "Any person at any time may file a request for reexamination by the

13  [PTO] of any claim of a patent on the basis of any prior art cited under the provisions of section

14  301."  "Congress enacted the [USPTO] reexamination procedure to provide an inexpensive,

15  expedient means of determining patent validity which, if available and practical, **should be**

16  **deferred to by the courts**."  ASCII Corp. v. STD Entm't USA, Inc., 844 F. Supp. 1378, 1380

17  (N.D. Cal. 1994) (emphasis added); *see also* Ho Keung Tse v. Apple Inc., No. C 06-06573 SBA,

18  2007 WL 2904279, at *1 (N.D. Cal. Oct. 4, 2007) (noting that "Congress instituted the

19  reexamination process to shift the burden of reexamination of patent validity from the courts to the

20  PTO" and to allow courts to utilize "the PTO's specialized expertise to reduce costly and timely

21  litigation").

22      This Court has the authority to order a stay in a patent litigation pending the outcome of a

23  patent reexamination proceeding in the PTO.  *See* Zilog, Inc. v. Quicklogic Corp., No. C 03-03725

24  JW, 2004 WL 2452850, at *1 (N.D. Cal. Mar. 31, 2004); ASCII Corp., 844 F. Supp. at 1380

25  (noting that the issue is within the Court's "sound discretion"); In re Cygus Telecomms. Tech.,

26  LLC, 385 F. Supp. 2d 1022, 1023 (N.D. Cal. 2005); Nanometrics, Inc. v. Nova Measuring

27  Instruments, Ltd., No. C 06-2252 SBA, 2007 WL 627920, at *1 (N.D. Cal. Feb. 26, 2007); Ho

28

Keung Tse, 2007 WL 2904279, at *1; Sorensen v. Digital Networks N. Am. Inc., No. C 07-05568 JSW, 2008 WL 152179, at *1 (N.D. Cal. Jan. 16, 2008); Target Therapeutics, Inc. v. Scimed Life Sys., Inc., No. C-94-20775 RPA (EAI), 1995 WL 20470, at *1 (N.D. Cal. Jan. 13, 1995); Methode Elecs., Inc. v. Infineon Techs. Corp., No. C 99-21142 JW, 2000 WL 35357130, at *2 (N.D. Cal. Aug. 7, 2000).

In this district, there is a "**liberal policy in favor of granting motions to stay** proceedings pending the outcome of reexamination proceedings." ASCII Corp., 844 F. Supp. at 1381 (emphasis added); *see also* Photoflex Prods., Inc. v. Circa 3 LLC, No. C 04-03715 JSW, 2006 WL 1440363, at *1 (N.D. Cal. May 24, 2006); KLA-Tencor Corp. v. Nanometrics, Inc., No. C 05-03116 JSW, 2006 WL 708661, at *2 (N.D. Cal. Mar. 16, 2006); Nanometrics, 2007 WL 627920, at *1; Ho Keung Tse, 2007 WL 2904279, at *1; Sorensen, 2008 WL 152179, at *1; Target Therapeutics, 1995 WL 20470, at *1; Methode, 2000 WL 35357130, at *2.

When considering a motion to stay pending reexamination, this Court considers the following three factors:

(1)     Whether a stay would unduly prejudice or present a clear tactical disadvantage to the non-moving party;

(2)     Whether a stay will simplify the issues in question and trial of the case; and

(3)     Whether discovery is complete or a trial has been set.

*See* Zilog, 2004 WL 2452850, at *1; Photoflex, 2006 WL 1440363, at *1; Cygus, 385 F. Supp. 2d at 1023; Nanometrics, 2007 WL 627920, at *1; Ho Keung Tse, 2007 WL 2904279, at *2; Sorensen, 2008 WL 152179, at *1; Research in Motion Ltd. v. Visto Corp., 545 F. Supp. 2d 1011, 1012 (2008); Target Therapeutics, 1995 WL 20470, at *1; Methode, 2000 WL 35357130, at *2. **All three of these factors support granting a stay in this case**.

This Court has previously held that: "A stay is **particularly appropriate** for cases in the initial stages of litigation or in which there has been little discovery." Ho Keung Tse, 2007 WL 2904279, at *2 (emphasis added). Since this case is in its infancy, a stay in this case is particularly appropriate.

## IV.    THE COURT SHOULD STAY THIS CASE.

Applying the factors and case law recognized by this Court, the Court should find that a stay is appropriate for at least the following reasons:

### A.    This Case is Still in its Very Early Stages.

The case is in its very initial stage.  Vision Dynamics has not responded to the *Complaint*. The Court does not have a scheduling order.  There has been no discovery whatsoever.  The case has not been set for trial and there is no scheduled *Markman* hearing.  Neither party has proposed claim constructions, or filed claim construction briefing, dispositive motions, preliminary infringement or invalidity contentions, or initial disclosures.  This Court has found in similar situations (and even in cases much farther along than this case) that this factor **strongly** favors granting the motion for stay.  *See* ASCII Corp., 844 F. Supp. at 1381; Methode, 2000 WL 35357130, at *2; Zilog, 2004 WL 2452850, at *3; Target Therapeutics, 1995 WL 20470, at *2; Research in Motion, 545 F. Supp. 2d at 1012; Sorensen, 2008 WL 152179, at *2; Ho Keung Tse, 2007 WL 2904279, at *2; Nanometrics, 2007 WL 627920, at *2; KLA-Tencor, 2006 WL 708661, at *2.

### B.    A Stay Will Not Unduly Prejudice or Present a Clear Tactical Disadvantage for Tokuyama.

Tokuyama must provide this Court with evidence that Vision Dynamics brought the reexamination to unduly delay the case or for dilatory reasons.  *See* Methode, 2000 WL 35357130, at *3; Ho Keung Tse, 2007 WL 2904279, at *4; KLA-Tencor, 2006 WL 708661, at *2.

Tokuyama may not rely upon the delay inherently caused by a reexamination for this factor. *See* Research in Motion, 545 F. Supp. 2d at 1012 (finding that there is no prejudice due solely to the reexamination because "the delay in having such claims adjudicated in court, does not, by itself, constitute undue prejudice"); Sorensen, 2008 WL 152179, at *2; Ho Keung Tse, 2007 WL 2904279, at *4; Nanometrics, 2007 WL 627920, at *3; KLA-Tencor, 2006 WL 708661, at *2; Photoflex, 2006 WL 1440363, at *2.

1    As set forth in more detail above, the procedural status of this case demonstrates that Vision

2 Dynamics did not file its reexamination in order to unduly prejudice Tokuyama or to create a clear

3 tactical disadvantage for Tokuyama. To the contrary, Vision Dynamics filed its reexamination a

4 mere **21 days** after the Complaint was filed and without delay. *See* <u>Sorensen</u>, 2008 WL 152179, at

5 *2 ("Granting a stay does not cause the nonmoving party undue prejudice when the party has not

6 invested substantial expense and time in the litigation"). This Court has found prejudice due to

7 delay only when reexamination is sought on the eve of trial or after protracted discovery. *See*

8 <u>Sorensen</u>, 2008 WL 152179, at *2; <u>KLA-Tencor</u>, 2006 WL 708661, at *3. This is clearly not the

9 case here.

10    Furthermore, the merits of the reexamination demonstrate that there is significant prior art

11 to the Reexamined Patent that will result in invalidity of the patent, or, at the very least,

12 cancellation or substantial amendment of the claims for the Reexamined Patent. For example,

13 claim 1 of the Reexamined Patent is directed to "a photochromic composition." See Exhibit 1.

14 The photochromic composition includes polymerizable monomer, a photochromic compound and a

15 photopolymerization initiator (the "photoinitiator"). The photochromic compound in claim 1 is

16 limited to 0.001 to 0.2 part by weight of a chromene, a spiro-oxirane, and mixtures thereof per 100

17 parts by weight of polymerizable monomer. The photopolymerization initiator of claim 1 is limited

18 to 0.01 to 0.1 part by weight of an α-dicarbonyl photopolymerization initiator, an acylphosphine

19 oxide photo polymerization initiator, and a bisacylphosphine oxide photo polymerization initiator,

20 per 100 parts by weight of the polymerizable monomer.

21    **All of the features of claim 1 are taught by the prior art.** For example, United States

22 Patent No. 4,780,393 (the "Frommeld Patent"), which issued years before the Reexamined Patent

23 was even filed, teaches a photochromic composition that includes the polymerizable monomer,[1] the

24 _____

25

26 [1] The Frommeld Patent discloses "a compound that has at least one terminal ethylenic double bond and a boiling temperature, at standard pressure, of above 100 °C, and that can form a polymer by (Continued...)

27

1    amounts of photochromic compound,[2] and the amounts of α-dicarbonyl photopolymerization

2    initiator[3] of the Reexamined Patent.  See **Exhibit 2**, pp. 10-13, and a copy of the Frommeld Patent

3    attached as **Exhibit** 4.  Since **all** of the features of claim 1 are taught by the prior art, claim 1 is

4    invalid.  Detailed analysis of the other claims in the Reexamined Patent demonstrates that such

5    other claims are also invalid.  See **Exhibit 2**.

6        Given the clear invalidity of the Reexamined Patent, there is no evidence of undue

7    prejudice or that the reexamination results in a clear tactical disadvantage for Tokuyama.  In fact, to

8    the contrary, the reexaminations will save time and effort for all concerned and thus will not

9    prejudice any party.  Therefore, this factor supports the Court granting the stay.

10       **C.    A Stay Will Simplify the Issues in Question and Trial of the Case.**

11       The PTO grants over 95% of all requests for *ex parte* reexaminations.

12   http://www.patentlyo.com/patent/2008/06/inter-partes-re.html.  This Court has previously cited to

13   statistics that indicate that in about seventy-six percent (76%) of the cases, claims are cancelled or

14   amended.  *See* Ho Keung Tse, 2007 WL 2904279, at *3 (stating that "the PTO cancels all claims in

15

16   _____

     (...Continued)

17

18   polymerization initiated by a free-radical process."  *See* **Exhibit 4**, col. 2, lines 21-24 and claim 1.
     "Polymerizable compounds useful for the purpose of this invention are known and are described,
19   for example, in U.S. Pat. Nos. 2,760,863 and 3,060,023.  Preferred examples are acrylic and
     methacrylic acid esters of dihydric and polyhydric alcohols, such as ethylene glycol diacrylate,
20   polyethylene glycol dimethacrylate, acrylates and methacrylates of trimethylol ethane, trimethylol
     propane, pentaerythritol, dipentaerythritol, and of polyhydric alicyclic alcohols."  *See* **Exhibit 4**,
21   col. 5, lines 50-58.
     [2] The Frommeld Patent states: "The corresponding content of spiro compound generally varies
22   between 0.01 and 2.0 percent by weight, preferably between 0.05 and 1.0 percent by weight,
     relative to the nonvolatile constituents of the composition."  *See* **Exhibit 4**, col. 4, lines 17-20.
23   [3] The Frommeld Patent discloses: "A large number of substances can be used as
     photopolymerization initiators in a composition according to the present invention.  Examples are
24   benzophenone, thioxanthone, benzoin and their derivatives."  *See* **Exhibit 4**, col. 4, lines 24-27.
     Derivatives of benzoin are α-dicarbonyl compounds.  The Frommeld Patent also states that: "The
25   initiators are generally employed in an amount ranging from 0.01 to 10.0 percent by weight,
     preferably from 0.05 to 4.0 percent by weight, relative to the nonvolatile constituents of the
26   composition."  *See* **Exhibit 4**, col. 5, lines 46-49.

27

28   _____
                                        6                    Case No.  C08-02781 JL
     MPA ISO VISION DYNAMICS' MOTION TO STAY LITIGATION FOR REEXAMINATION OF '017 PATENT

1  approximately twelve percent of all reexaminations and changes some claims in approximately

2  sixty-four percent").

3        Allowing the PTO an opportunity to complete its reexamination of the Reexamined Patent

4  will greatly simplify this case, and will result in judicial economy and efficiency for the Court.

5  Given the significant and substantial prior art presented by Vision Dynamics to the PTO in the

6  reexamination (there are a total of five prior art references asserted by Vision Dynamics), it is

7  highly likely that the claims will be invalidated or, at the very least, significantly altered. *See*

8  **Exhibit 2**.

9        If the PTO determines that the Reexamined Patent is invalid (or any of its claims are

10  invalid), then the stay will eliminate the need for discovery and trial on those issues. *See* Methode,

11  2000 WL 35357130, at *2; Zilog, 2004 WL 2452850, at *3; Target Therapeutics, 1995 WL 20470,

12  at *2; Ho Keung Tse, 2007 WL 2904279, at *3 ("Along these same lines, if the PTO finds some or

13  all of the claims of the patent are invalid, the Court will have wasted resources and the parties will

14  have spent funds addressing an invalid claim or claims if this action goes to trial prior to the re-

15  examination"); Nanometrics, 2007 WL 627920, at *2-3; KLA-Tencor, 2006 WL 708661, at *4.

16        Alternatively, if the reexamination results in amendments to or narrowing of the claims for

17  the Reexamined Patent, then there will also be simplification of the patent issues before the Court.

18  *See* Methode, 2000 WL 35357130, at *2; Target Therapeutics, 1995 WL 20470, at *2; Research in

19  Motion, 545 F. Supp. 2d at 1012; Ho Keung Tse, 2007 WL 2904279, at *3; Nanometrics, 2007 WL

20  627920, at *2-3; KLA-Tencor, 2006 WL 708661, at *4; Photoflex, 2006 WL 1440363, at *2.

21        Moreover, in this circumstance (where amendment or narrowing occurs), the Court will not

22  have to engage in duplicative efforts with respect to the Reexamined Patent. For example, if the

23  Court does not grant the stay, then the parties and the Court will spend a significant amount of time

24  and resources (1) taking discovery on the Reexamined Patent, and (2) construing the meaning for

25  the Reexamined Patent. If reexamination results in cancellation of any claims or amendment to any

26  claims, then this effort will be wasted because the parties will then most likely have to re-do the

27

28

MPA ISO VISION DYNAMICS' MOTION TO STAY LITIGATION FOR REEXAMINATION OF '017 PATENT
0030074/001/ 38870v01

1  discovery and claim construction efforts for the new claims.  *See* Zilog, 2004 WL 2452850, at *3

2  (citing duplicative claim interpretation efforts as a reason to grant a motion to stay).

3          Furthermore, the Court will benefit from waiting for completion of the reexamination.

4  After completion of the reexamination, this Court will have the benefit of the PTO's expertise and

5  analysis of the prior art and patent claims, which will assist both the parties and this Court in

6  resolving the patent issues in this case.  There are numerous cases from this Court citing this fact as

7  a reason to grant a stay: ASCII Corp., 844 F. Supp. at 1381; Methode, 2000 WL 35357130, at *2;

8  Target Therapeutics, 1995 WL 20470, at *2; Ho Keung Tse, 2007 WL 2904279, at *3;

9  Nanometrics, 2007 WL 627920, at *3; KLA-Tencor, 2006 WL 708661, at *4.

10         Moreover, waiting for completion of the reexamination will allow the Court to have a

11  "richer prosecution history" upon which to base its claim construction.  *See* Cygus, 385 F. Supp. 2d

12  at 1024.  In other words, the Court and the parties will have the benefit of reviewing a complete

13  prosecution history for the Reexamined Patent prior to construing the asserted patent claims.

14  **V.      CONCLUSION.**

15         Given the circumstances of this case, the case law for this Court strongly favors this Court

16  granting the stay.  In fact, all of the factors cited in the Court's case law overwhelmingly favors this

17  Court granting a stay.  By staying this case and waiting for the PTO to complete its reexamination,

18  this Court and the parties will clearly benefit.   The case involves only one patent, and has barely

19  begun.  Vision Dynamics has presented the PTO with substantial and significant prior art to the

20  Reexamined Patent, and has not delayed bringing this prior art to the attention of the PTO.  If the

21  patent claims for the Reexamined Patent are invalidated or changed (as happens in over 3 out of

22  every 4 cases), then the need for this case to proceed may be totally eliminated or severely limited.

23  Finally, reexamination will simplify this case, provide the Court with the PTO's expertise of the

24  prior art and claims, and will provide the Court and the parties with a richer prosecution history for

25  claim construction.

26  ///

27  ///

28

MPA ISO VISION DYNAMICS' MOTION TO STAY LITIGATION FOR REEXAMINATION OF '017 PATENT
0030074/001/ 38870v01

1     For these reasons, Vision Dynamics respectfully requests this Court enter an Order staying

2   further litigation regarding the Reexamined Patent until the reexamination proceedings before the

3   PTO are complete.

4

5   Dated:  July 25, 2008                                LINER YANKELEVITZ
                                                        SUNSHINE & REGENSTREIF LLP
6

7                                                       By:  _____/s/Matthew Borden_____
                                                              Matthew Borden
8                                                       Attorneys for Defendant
                                                        Vision Dynamics, LLC
9
                                                        Dwayne K. Goetzel
10                                                      Ryan T. Beard
                                                        MEYERTONS HOOD KIVLIN
11                                                      KOWERT & GOETZEL PC
                                                        700 Lavaca, Suite 800
12                                                      Austin, TX  78701
                                                        (pro hac vice to be filed)
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
MPA ISO VISION DYNAMICS' MOTION TO STAY LITIGATION FOR REEXAMINATION OF '017 PATENT
0030074/001/ 38870v01

# EXHIBIT 1

# United States Patent [19]

**Kobayakawa et al.**

[11] Patent Number: 5,621,017

[45] Date of Patent: *Apr. 15, 1997

[54] **PHOTOCHROMIC COMPOSITION AND METHOD PRODUCING PHOTOCHROMIC CURED PRODUCT**

[75] Inventors: **Takashi Kobayakawa; Junji Momoda**, both of Tokuyama, Japan

[73] Assignee: **Tokuyama Corporation**, Tokuyama, Japan

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,395,566.

[21] Appl. No.: **428,641**

[22] Filed: **Apr. 25, 1995**

[30] **Foreign Application Priority Data**

Apr. 27, 1994 [JP] Japan ................................... 6-089418

[51] **Int. Cl.$^6$** ................................ **C08F 2/46**; G02B 5/23
[52] **U.S. Cl.** .............................. **522/16**; 522/26; 252/586
[58] **Field of Search** ........................ 522/16, 26; 252/586

[56] **References Cited**

### U.S. PATENT DOCUMENTS

5,230,986  7/1993  Neckers ..................................... 522/16
5,395,566  3/1995  Kobayakawa et al. .................. 252/586

### FOREIGN PATENT DOCUMENTS

0559439  9/1993  European Pat. Off. .
0619358  10/1994  European Pat. Off. .
4325154  9/1994  Germany .

### OTHER PUBLICATIONS

Patent Abstracts of Japan, vol. 13, No. 510 (C–654) Nov. 15, 1989, Abstract of Jap. Laid–Open Pat. Publ. No. 1–204902 (Aug. 17, 1989).
Patent Abstracts of Japan, vol. 16, No. 551 (P–1453) Nov. 20, 1992, Abstract of Jap. Laid–Open Pat. Publ. No. 4–208919 (Jul. 30, 1992).

*Primary Examiner*—Mark Chapman
*Attorney, Agent, or Firm*—Sherman And Shalloway

[57] **ABSTRACT**

A photochromic composition which can be polymerized and cured upon irradiation with active energy rays such as ultraviolet rays to exhibit favorable photochromic property. The photochromic composition comprises 100 parts by weight of a radical polymerizable monomer, 0.001 to 0.2 parts by weight of a photochromic compound, and 0.01 to 1 part by weight of a photo polymerization 1.0 initiator. A photochromic cured product is obtained by irradiating the photochromic composition with the light which contains ultraviolet rays.

**14 Claims, No Drawings**

**1**

# PHOTOCHROMIC COMPOSITION AND METHOD PRODUCING PHOTOCHROMIC CURED PRODUCT

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a photochromic composition which can be polymerized and cured upon irradiation with active energy rays such as ultraviolet rays to exhibit favorable photochromic property.

### 2. Description of the Prior Art

Photochromism is a phenomenon which has drawn considerable attention in the past several years and is a reversible action exhibited by certain compounds. That is, a compound quickly changes its color when it is irradiated with sun light or light containing ultraviolet rays such as of a mercury lamp and returns to its original color when it is no longer irradiated with the light and is placed in a dark place. A compound having this property is called a photochromic compound, and compounds having various structures have heretofore been known without, however, any common skeleton among their structures.

A polymer that exhibits photochromic property is obtained by a method of applying a photochromic compound onto the surfaces of a polymer that has been formed in advance and by a method in which the photochromic compound is dissolved in a radical polymerizable monomer which is then polymerized.

The radical polymerizable monomer can be generally polymerized by either a method in which the polymerization is accomplished with heat or a method in which the polymerization is accomplished with light. When the radical polymerizable monomer dissolving the photochromic compound is polymerized with light to obtain a polymer having photochromic property, however, the photochromic compound contained therein absorbs ultraviolet rays which are necessary for polymerizing the radical polymerizable monomer, and the transmission of light is hindered by color developed by the photochromic compound itself upon irradiation with the light, making it difficult to favorably polymerize the radical polymerizable monomer. According to the present inventors, furthermore, it has been known that when the photochromic compound is dispersed in the insufficiently polymerized matrix polymer as a result of employing the photo polymerization, the obtained photochromic property lasts for only very decreased periods of time (life is shortened).

Because of these reasons, therefore, the photochromic polymer is obtained, usually, by polymerizing the radical polymerizable monomer in which the photochromic compound is contained (dissolved) with heat. According to this polymerization method with heat, however, the polymerization time usually lasts for several hours, which is not satisfactory from the standpoint of productivity.

## SUMMARY OF THE INVENTION

In view of the above-mentioned circumstances, the object of the present invention is to obtain a polymer which can be easily polymerized within short periods of time and still exhibit an excellent photochromic property.

In order to solve the above-mentioned problems, the present inventors have studies the same intensively and, have discovered the fact that the above-mentioned object can be accomplished if a photochromic compound of a

**2**

particular low concentration is combined with a radical polymerizable monomer and a photo polymerization initiator, and have thus completed the present invention.

That is, the present invention is concerned with a photochromic composition comprising:

| (A) a radical polymerizable monomer | 100 parts by weight, |
| (B) a photochromic compound | 0.001 to 0.2 parts by weight, |
| and | |
| (C) a photo polymerization initiator | 0.01 to 1 part by weight. |

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

A first component in the photochromic composition of the present invention is a radical polymerizable monomer. As such a radical polymerizable monomer, there can be used any widely known monomer having a radical polymerizing group without any limitation. Examples of the radical polymerizing group include acrylate group, methacrylate group, vinyl group, and the like.

Radical polymerizable monomers that can be suitably used in the present invention include monomers of the following formulas, which can be used being mixed together in two or more kinds.

That is, a diacrylate compound or a dimethacrylate compound represented by the general formula (I)

$$
\begin{array}{cc}
R_1 & R_2 \\
| & | \\
CH_2\!=\!CCO\!-\!(A)_n\!-\!OCC\!=\!CH_2 & \text{(I)} \\
\| & \| \\
O & O
\end{array}
$$

wherein $R_1$ and $R_2$ may be the same or different and are hydrogen atoms or methyl groups, and A is the same or different alkylene group, oxyalkylene group, or a group of the following formula which may be substituted,

$$
\begin{array}{c}
R_3 \quad Xa \quad CH_3 \quad Xa \quad R_3 \\
(\text{CHCH}_2\text{O})_k\!-\!\bigcirc\!-\!\underset{|}{\overset{|}{C}}\!-\!\bigcirc\!-\!(\text{OCH}_2\text{CH})_m\!-\! \\
CH_3
\end{array}
$$

wherein $R_3$ is a hydrogen atom or a methyl group, X is a halogen atom, k and m are integers of from 0 to 1, a is an integer of from 0 to 4 representing the substitution number of halogen atoms, and n is an integer of from 1 to 20,

an acrylate compound or a methacrylate compound having an epoxy group represented by the general formula (II)

$$
\begin{array}{c}
R_1 \qquad\qquad\qquad R_4 \\
| \qquad\qquad\qquad\qquad | \\
CH_2\!=\!CCO\!\leftarrow\!R_2\text{O}\!\rightarrow_{\!m}\!\leftarrow\!R_3\text{O}\!\rightarrow_{\!n}\!CH_2C\!-\!\!-\!CH_2 \quad \text{(II)} \\
\| \qquad\qquad\qquad\qquad \diagdown\;\diagup \\
O \qquad\qquad\qquad\qquad O
\end{array}
$$

wherein $R_1$ and $R_4$ are hydrogen atoms or methyl groups, and $R_2$ and $R_3$ may be the same or different and are alkylene groups or groups of the following formula which may be substituted,

$$
\begin{array}{c}
CH_3 \\
| \\
\bigcirc\!-\!\underset{|}{\overset{|}{C}}\!-\!\bigcirc \\
CH_3
\end{array}
$$

3

wherein m and n are 0 or 1,
and a vinylbenzyl compound represented by the general formula (III)



wherein $R_1$, $R_2$, $R_3$ and $R_4$ may be the same or different and are halogen atoms, $X_1$, $X_2$ and $X_3$ are oxygen atoms or sulfur atoms, j, k and m are 0 or 1, respectively, and j=0 when k=0 or k=j=0 when m=0, but $X_1$, $X_2$ and $X_3$ are not simultaneously sulfur atoms when m=k=1 and j=0.

Concrete examples of the radical polymerizable monomer that can be favorably used in the present invention include the following compounds. That is, a diacrylate compound or a dimethacrylate compound represented by the formula (I), such as diethylene glycol dimethacrylate, triethylene glycol dimethacrylate, tetraethylene glycol dimethacrylate, butanediol dimethacrylate, hexamethylene dimethacrylate, 2,2-bis(4-methacryloyloxyethoxy-3,5-dibromophenyl) propane, and 2,2-bis(4-methacryloyloxyethoxyphenyl) propane; an acrylate compound or a methacrylate compound having an epoxy group represented by the general formula (II), such as glycidyl acrylate, glycidyl methacrylate, β-methylglycidyl acrylate, β-methylglycidyl methacrylate and bisphenol A-monoglycidyl ether methacrylate; and a vinylbenzyl compound represented by the general formula (III), such as bis-4-vinylbenzyl ether, bis-4-vinylbenzyl sulfide, 1,2-(p-vinylbenzyloxy) ethane, 1,2-(p-vinylbenzylthio) ethane, bis-(p-vinylbenzyloxyethyl) sulfide, etc.

Here, these radical polymerizable monomers may be used together with other radical polymerizable monomers that are copolymerizable therewith. Examples of those other radical polymerizable monomer include unsaturated carboxylic acids such as acrylic acid, methacrylic acid, maleic arthydride, and fumaric acid; acrylic and methacrylic ester compounds such as methyl acrylate, methyl methacrylate, benzyl methacrylate, phenyl methacrylate, tribromophenyl methacrylate, 2-hydroxyethyl methacrylate, bisphenol-A dimethacrylate, trifluoromethyl methacrylate, urethane acrylate and epoxy acrylate; fumaric ester compounds such as monomethyl fumarate, diethyl fumarate and diphenyl fumarate; allyl compounds such as diallyl phthalate, diallyl terephthalate, diallyl isophthalate, diallyl epoxysuccinate, diallyl maleate, allyl cinnamate, allyl isocyanate, diallyl chlorendate, diallyl hexaphthalate, diallyl carbonate, and allyl diglycol carbonate; and aromatic vinyl compounds such as styrene, chlorostyrene, α-methylstyrene, α-methylstyrene dimer, vinyl naphthalene, isopropenyl naphthalene, bromostyrene and divinylbenzene. These monomers may be used in a single kind or mixed together in two or more kinds.

Even among the above-mentioned radical polymerizable monomers, it is desired to use the diacrylate compound or the dimethacrylate compound represented by the above general Formula (I) or the vinylbenzyl compound represented by the general formula (III) in an amount of from 80 to 90% by weight, to use the acrylate compound or the methacrylate compound having epoxy group represented by the general formula (II) in an amount of from 0.1 to 40% by weight, and monomers copolymerizable therewith such as 2-hydroxyethyl methacrylate, benzyl methacrylate, α-methylstyrene and α-methylstyrene dimer in amounts of from 0.1 to 50% by weight, by taking into consideration the durability in the photochromic property and color-developing/color-

4

extinguishing speed exhibited by the polymer which is obtained by photo-polymerizing a mixture of the photochromic compound of the present invention and radical polymerizable monomers.

When a spiro-oxazine compound that will be described later is used as the photochromic compound, in particular, it is desired to use the radical polymerizable monomer represented by the general formula (II) in combination with the commercially available radical polymerizable monomer represented by the general formula (I) from the standpoint of suppressing color produced by the solvatochromism of the spiro-oxazine.

A second component in the photochromic composition of the present invention is a photochromic compound. As the photochromic compound, there can be used any compound without limitation provided it absorbs light in the visible range when it develops color. If absorptions in the visible range are concretely described, a photochromic compound that exhibits absorption characteristics around 400 to 480 nm develops orange color tone, a photochromic compound that exhibits absorption characteristics around 480 to 550 nm develops red to violet color tone, and a photochromic compound that exhibits absorption characteristics around 550 to 600 nm develops violet to blue color tone. These photochromic compounds may be used in a single kind or in a combination of two or more kinds to obtain intermediate color tones such as grey, brown, amber, etc.

Examples of the photochromic compound desirably used in the present invention include chromene compounds, fulgide compounds or fulgimide compounds and spirooxazine compounds. It is more desired to use the chromene compound and the spiro-oxazine compound than to use the fulgide and fulgimide compounds from the standpoint of accomplishing the photo polymerization in a decreased period of time.

As the chromene compound, any widely known compound can be used without limitation provided it has a chromen skeleton and photochromic property. For instance, a chromene compound represented by the following formula (1) can be preferably used



wherein $R_1$, $R_2$, $R_3$ and $R_4$ may be the same or different and are hydrogen atoms, hydrocarbon groups, substituted amino groups, aromatic hydrocarbon groups, unsaturated heterocyclic groups or saturated heterocyclic groups which may be substituted, $R_3$ and $R_4$ together may form a ring, and groups represented by

5                                              6



are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted.

As the spiro-oxazine compound, any widely known compound can be used without limitation provided it has a spiro-oxazine skeleton and exhibits photochromic property. For instance, a spiro-oxazine compound represented by the following formula (2) can be suitably used,



(2)

wherein $R_1$, $R_2$ and $R_3$ may be the same or different and are alkyl groups, cycloalkyl groups, cycloaralkyl groups, alkoxy groups, alkyleneoxyalkyl groups, alkoxycarbonyl groups, alkoxycarbonylalkyl groups, aryl groups, aralkyl groups aryloxy groups alkylenethioalkyl groups, acyl groups acyloxy groups or amino groups, $R_2$ and $R_3$ together may form a ring, $R_1$, $R_2$ and $R_3$ may have a substituent, and the substituent may be a halogen atom, a nitro group, a cyano group or a heterocyclic ring in addition to the above groups, and groups represented by



are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted, and groups represented by



are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted. As the substituents, the same groups as those represented by $R_1$, $R_2$ and $R_3$ may be used. Among them, however, groups represented by

—$NR_4R_5$

wherein $R_4$ and $R_5$ are alkyl groups, alkoxy groups or allyl groups which may be substituted, and $R_4$ and $R_5$ may be bonded and cyclized together to form a nitrogen-containing heterocyclic ring, are preferred.

Among the chromene compounds represented by the above-mentioned formula (1), however, it is desired to use those compounds in which $R_1$ and $R_2$ are both hydrogen atoms, $R_3$ and $R_4$ are alkyl groups which together form a bicyclo(3,3,1)nonylidene group or norbornylidene group, and the group

is a naphthalene ring which may be substituted. Furthermore, the spiro-oxazine compound represented by the above-mentioned formula (2) is desirably the one in which R1 is an alkyl group or an alkoxycarbonylalkyl group, $R_2$ and $R_3$ are cycloalkyl groups which together are forming a ring, the group



is an aromatic hydrocarbon group which may be substituted, the group



is an aromatic hydrocarbon group which may be substituted and, particularly, a naphthalene ring substituted with an amino group.

Examples of the chromene compound and spiro-oxazine compound that can be suitably used in the present invention include the following compounds.

Chromene compounds:
1) Spiro(norbornane-2,2'-(2H)benzo(h)chromene),
2) 7'-Methoxyspiro(bicyclo(3,3,1)nonane-9,2'-(2H)benzo-(h)chromene),
3) 4'-Methylspiro(bicyclo(3,3,1)nonane-9,2'(2H)benzo(f)chromene),
4) 3'-Methylspiro(norbornane-2,2'-(2H)benzo(f)chromene), and
5) 2,2-Dimethyl-7-octoxy(2H)benzo(h)chromene.

Spiro-oxazine compounds:
1) 6-Fluoro-1'-methyl-8"-methoxy-6"-morpholinodispiro-(cyclohexane-1,3'-(3H)indole-2'-(2'H),3"-(3H)naphtho(3,2-a)(1,4)oxazine),
2) 1'-methoxycarbonylmethyl-8"-methoxy-6"-(4-methylpiperazino)dispiro(cyclohexane-1,3'-(3H)indole-2'-(2'H),3"-(3H)naphtho(3,2-a)(1,4)oxazine),
3) 1'-(2-(dioxazine-2-il)ethyl)-6"- morpholinodispiro(cyclohexane-1,3'-(3H)indole-2'-(2'H),3"-(3H)naphtho(3,2-1)(1,4)oxazine),
4) 5-Fluoro-1'-methyl-6"-piperizinodispiro(cyclohexane-1,3'-(3H)indole-2'-(2'H),3"-(3H)naphtho(3,2a)(1,4)oxazine),
5) 8"-Methoxy- 1'-methyldispiro(cyclohexane-,1,3'(3H)indole-2'-(2'H),3"-(3H)naphtho(2,3-a)(1,4)oxazine), and
6) 6'-Fluoro-1'-isobutyl-6"-morpholinodispiro(cyclohexane-1,3'-(3H)indole-2'-(2'H),3"-(3H)naphtho(3,2-a)(1,4)oxazine).

In the present invention, it is essential that the photochromic compound is blended in an amount of from 0.001 to 0.2 parts by weight and, preferably, in an amount of not smaller than 0.01 part by weight but smaller than 0.1 part by weight with respect to 100 parts by weight of the radical polymerizable monomer. With the photochromic compound being

7

blended in the above-mentioned amount, the radical polymerizable monomer polymerizes well upon photo polymerization and it is allowed to obtain a polymer exhibiting photochromic property that withstands for extended periods of time and exhibiting color at a desirable concentration. When the amount of the photochromic compound is not larger than 0.001 parts by weight, the photochromic property is not obtained with sufficient degree of color concentration. When the amount of the photochromic compound is larger than 0.2 parts by weight, on the other hand, the polymerization with light is not completed in a short period of time. When the radical polymerizable monomer is not polymerized to a sufficient degree, photochromic property tends to be deteriorated within short periods of time.

According to the present invention, the third component is a photo polymerization initiator. As the photo polymerization initiator, any widely known compound can be used without limitation that is added for photo-polymerizing the radical polymerizable monomers. Among the photo polymerization initiators that can be suitably used in the present invention, it is desired to use an acetophenone photo polymerization initiator, an $\alpha$-dicarbonyl photo polymerization initiator, an acylphosphine oxide photo polymerization initiator and a bisacylphosphine oxide photo polymerization initiator from the standpoint of favorably carrying out the photo polymerization and obtaining the polymer with no color. Concretely speaking, it is desired to use the compounds represented by the following formulas (3), (4) and (5)



(3)

wherein $R_1$ and $R_2$ are alkyl groups which together may form a cyclohexane ring, and $R_3$ is an alkyl group or a hydrogen atom,



(4)

wherein $R_4$ is the same or different and is a methyl group, a methoxy group or a chlorine atom, e is 2 or 3, and $R_5$ is phenyl group or methoxy group.



(5)

Examples of the photo polymerization initiator that can be preferably used in the present invention are as described below.

Acetophenone polymerization initiators:
1) 1-Phenyl-2-hydroxy-2-methylpropane-1-one,
2) 1-Hydroxycyclohexylphenyl ketone, and
3) 1-(4-Isopropylphenyl)-2-hydroxy-2-methylpropane-1-one.

$\alpha$-Dicarbonyl compounds:

8

1) 1,2-Diphenylethanedione, and
2) Methylphenylglyoxylate.

Acylphosphine oxide photo polymerization initiators:
1) 2,6-Dimethylbenzoyldiphenylphosphine oxide,
2) 2,4,6-Trimethylbenzoyldiphenylphosphine oxide,
3) Methyl 2,4,6-trimethylbenzoyldiphenylphosphinate ester,
4) 2,6-Dichlorobenzoyldiphenylphosphine oxide, and
5) 2,6-Dimethoxybenzoyldiphenylphosphine oxide.

These photo polymerization initiators can be used in a single kind or in a combination of two or more kinds.

Bisacylphosphine oxide photo polymerization initiator:
1) Bis(2,B-dimethoxybenzoyl)-2,4,4-trimethylpentylphosphine oxide.

Among the above-mentioned photo polymerization initiators, those that have a main absorption in the ultraviolet region and have a molar absorption coefficient at 400 nm of not smaller than 150 1/mol-cm can be cured even by using visible light and are desired since they deteriorate photochromic compounds little during the polymerization. Concrete examples include: 1) 2,4,6-Trimethylbenzoylphenylphosphine oxide, and
2) Bis(2,6-dimethoxybenzoyl)-2,4,4-trimethylpentylphosphine oxide.

It is further allowable to add heat polymerization initiators in addition to the photo polymerization initiators. Any known heat polymerization initiator can be added without limitation.

In the present invention, the photo polymerization initiator is added in an amount of from 0.01 to 1 part by weight and, preferably, from 0.05 to 1 part by weight per 100 parts by weight of the radical polymerizable monomers. When the amount of its addition exceeds 1 part by weight, the obtained polymer loses uniformity in the inside thereof and exhibits poor hue. When the amount of its addition is smaller than 0.01 part by weight, the polymer is not cured to a sufficient degree.

The photochromic composition of the present invention can be photo-polymerized by a known polymerization method by pouring the composition into a mold. A representative example consists of pouring the photochromic composition of the present invention into the volume defined between mold halves that are held together by an elastomer gasket or a spacer, curing the composition with activated energy rays such as ultraviolet rays, and taking the composition out of the mold.

It is desired that the source of light used for the photo polymerization emits ultraviolet rays, such as metal halide lamp, low-pressure mercury lamp, high-pressure mercury lamp, ultrahigh-pressure mercury lamp, sterilizer lamp, xenon lamp and the like. It is also allowable to use visible light rays such as sunbeams. The irradiation time varies depending upon the wavelength and intensity of the source of light, shape and material of the polymer, and should be determined in advance by conducting experiments.

To carry out the photo polymerization, at least the surface of the mold to be irradiated with light must be transparent and glass or the like is usually used for this portion. It is particularly desired to use a quartz glass or like material that permits ultraviolet rays to easily pass through but there is no particular limitation on the material provided it is transparent. Moreover, the polymerization may be carried out under the application of external pressure during the molding.

In carrying out the photo polymerization, it is allowed to selectively use, as required, a variety of stabilizers and additives such as parting agent, ultraviolet-ray absorbing agent, ultraviolet-ray stabilizer, antioxidizing agent, coloring-preventing agent, antistatic agent, fluorescent dye, dye, pigment, perfume, etc.

5,621,017

9

Moreover, the polymer that exhibits photochromic property obtained by the above-mentioned photo polymerization method can be subjected to the following processings depending upon its use. That is, machining and secondary processing such as reflection-preventing processing, antistatic processing, etc. by dying using a dispersion dye or the like dye, by vaporizing a thin film of a metal oxide or by applying a thin film of an organic high molecular material, such as a silane coupling agent or a hard coating agent comprising chiefly sol components of silicon, zirconium antimony, aluminum, tin or tungsten, or a metal oxide such as $SiO_2$, $TiO_2$ or $ZrO_2$.

By using the photochromic composition of the present invention as described above, it is allowed to favorably carry out the polymerization with the irradiation of light within short periods of time. The obtained polymer changes from the colorless state to the colored state upon irradiation with sunbeams or light containing ultraviolet rays such as the light of a mercury lamp, the change being reversible, and exhibiting excellent dimming property. Moreover, the photochromic property is exhibited for extended periods of time.

Therefore, the polymer obtained by photo-polymerizing the photochromic composition of the present invention is useful as an organic glass to exhibit photochromic property, and can be desirably used for the applications of photochromic lenses.

## EXAMPLES

The invention will now be described by way of Examples, but it should be noted that the invention is in no way limited to these Examples only. In Examples, "parts" are all by weight.

The following radical polymerizable monomers were used in the Examples.
1) Tetraethyleneglycol dimethacrylate,
2) Triethyleneglycol dimethacrylate,
3) 2,2-Bis(4-methacryloyloxyethoxyphenyl)propane,
4) Glycidyl methacrylate,
5) Benzyl methacrylate, and
6) 2-Hydroxyethyl methacrylate.

The following photochromic compounds were used:
1) Spiro(norbornane-2,2'-(2H)benzo(h)chromene),
2) 7'-Methoxyspiro(bicyclo(3,3,1)nonane-9,2'-(2H)benzo-(h)chromene),
3) 4'-Methylspiro(bicyclo(3,3,1)nonane-9,2'(2H)benzo(f)chromene),
4) 3'-Methylspiro(norbornane-2,2'-(2H)benzo(f)chromene), and
5) 2,2-Dimethyl-7-octoxy(2H)benzo(h)chromene).

Spiro-oxazine compounds:
1) 6-Fluoro-1'-methyl-8"-methoxy-6"-morpholinodispiro-(cyclohexane-1,3'-(3H)indole-2'-(2'H),3"-(3H)naphtho(8,2-a)(1,4)oxazine),
2) 1'-Methoxycarbonylmethyl-8"-methoxy-6"-(4-methylpiperazino)dispiro(cyclohexane-    1,3'-(3H)indole-2'-(2'H ),3"-(3H)naphtho(3,2-a)(1,4)oxazine),
3) 1'-(2-dioxane-2-il)ethyl)-6"-morpholinodispiro(cyclo-hexane-1,3'-(3H)indole-2'-(2'H),3"-(3H)naphtho(3,2-a)(1,4)oxazine),
4) 5-Fluoro-1'-methyl-6"-piperizinodispiro(cyclohexane-1, 3'-(3H)indole-2'-(2'H),3"-(3H)naphtho(3,2-a)(1,4)oxazine),
5) 8"-Methoxydispiro(cyclohexane-1,3'-(3H)indole-2'-(2'H),3"-(3H)naphtho(2,3-a)(1,4)oxazine, and
6) 6'-Fluoro-1'-isobutyl-6"-morpholinodispiro(cyclohexane-1,3'-(3H)indole-2'-(2'H),3"-(3H)naphtho(3,2-a)(1,4)oxazine).

10

Photo polymerization initiators:
1) PHMP: 1-Phenyl-2-hydroxy-2-methylpropane-1-one,
2) HCPK: 1-Hydroxycyclohexylphenyl ketone,
3) MPG: Methylphenylglyoxylate,
4) TMDPO 2,4,6-Trimethylbenzoyldiphenylphosphine oxide,
5) IPTX: Isopropylthioxyxanthone, and
6) BDTPO Bis(2,6-dimethoxybenzoyl)-2,4,4-trimethylpentylphosphine oxide.

The polymers obtained by the following Examples were measured for their properties by the methods described below. The results were as shown in Tables.

Color density:

The obtained polymer (2 mm thick) was irradiated with the light emitted from a xenon lamp, Model L-2480 (300 W)SHL-100, manufactured by Hamamatsu Photonics Co. through an aeromass filter (manufactured by Corning Co.) at $20°±1°$ C. with beam intensities of 365 nm=2.4 $mW/cm^2$ and 245 nm=24µ $W/cm^2$ on the surface of the polymer for 30 seconds to develop color. A difference in the light absorbency $\epsilon$ (30)–$\epsilon$ (0) was found and was regarded to be a color concentration, where $\epsilon$ (30) represents the absorbency at a maximum absorption wavelength of the photochromic compound of when it has developed color being irradiated with the light under the above-mentioned conditions for 30 seconds, and $\epsilon$ (0) represents the light absorbency at the same wavelength as that of developing color prior to being irradiated with the light.

Durability (life) of photochromic property:

Durability was measured by using a xenon fade meter, FA-25AX-HC, manufactured by Suga Shikenki Co. After irradiated with the light from a xenon fade meter for 200 hours ($T_{200}$), color of the polymer was developed by the above-mentioned method and the light absorbency at a maximum absorption wavelength based on the color developed by the photochromic compound was expressed as a ratio to the light absorbency based on the color of before being irradiated with the light from the fade meter ($T_0$). Durability of photochromic property is expressed as $A_{200}/A_0$ (%) in Tables.

Color tone:

The polymer was placed under the sunbeam for 10 minutes and its color tone was observed by eyes.

A polymer was obtained by photo-polymerizing a composition without containing the photochromic compound under the same conditions. The thus obtained colorless polymer was compared in regard to color with the above-mentioned polymer that exhibits photochromic property and that was heated, after having been photopolymerized, at 70° C. for 30 minutes not to develop color. The color of the polymer exhibiting the photochromic property was evaluated as described below. In Table 1, the item of this color is expressed as initial color.

⊚: Colorless like a polymer which is blended with no photochromic compound.

○: Faint yellow compared with the polymer blended with no photochromic compound.

X: Yellow compared with the polymer blended with no photochromic compound.

The results were as shown in Table 1.

## Example 1

70 Parts of a tetraethylene glycol dimethacrylate, 15 parts of a triethylene glycol dimethacrylate, 10 parts of a glycidyl methacrylate, 5 parts of a 2-hydroxyethyl methacrylate, a chromene compound as a photochromic compound in amounts as shown in Table 1, 0.1 part of TMDPO as a photo polymerization initiator, and 0.1 part of HCPK, were mixed

**11**

together to a sufficient degree. The mixture solution was poured into a mold constituted by a glass plate and a gasket made of an ethylene/vinyl acetate copolymer, and was irradiated with the light emitted from a metal halide lamp of an output of 120 W/cm² for two minutes. After the polymerization, the polymer was taken out from the mold. The results were as shown in Table 1.

TABLE 1

| No. | Chromene compound No. | Amount of chromene (parts) | T₀ color density | T₀ color tone | T₂₀₀ A₂₀₀/A₀ (%) | Initial color |
|-----|------|------|------|------|------|------|
| 1 | 1 | 0.04 | 0.42 | yellow | 78.2 | ◉ |
| 2 | 2 | 0.04 | 0.45 | orange | 81.6 | ◉ |
| 3 | 3 | 0.04 | 0.28 | yellow | 79.2 | ◉ |
| 4 | 4 | 0.04 | 0.26 | orange | 78.5 | ◉ |
| 5 | 5 | 0.04 | 0.31 | orange | 80.7 | ◉ |
| 6 | 2 | 0.01 | 0.32 | orange | 72.4 | ◉ |
| 7 | 2 | 0.08 | 0.54 | orange | 84.6 | ◉ |
| 8 | 2 | 0.15 | 0.60 | orange | 68.7 | ◉ |
| 9 | 2 | 0.0003 | 0.05 | orange | 40.0 | ◉ |
| 10 | 2 | 0.25 | 0.60 | orange | 15.0 | ○ |

*Nos. 9 and 10 are Comparative Examples.

Example 2

The procedure was carried out in the same manner as in Example 1 but using a spiro-oxazine compound as a photochromic compound in amounts as shown in Table 2.

TABLE 2

| No. | Spiro-oxazine compound No. | Amount of spiro-oxazine (parts) | Before irradiation (T₀) color density | Before irradiation (T₀) color tone | After irradiation (T₂₀₀) A₂₀₀/A₀ (%) | Initial color |
|-----|------|------|------|------|------|------|
| 1 | 1 | 0.04 | 0.56 | bluish violet | 81.5 | ◉ |
| 2 | 2 | 0.04 | 0.53 | bluish violet | 83.8 | ◉ |
| 3 | 3 | 0.04 | 0.63 | blue | 85.3 | ◉ |
| 4 | 4 | 0.04 | 0.54 | violet | 80.2 | ◉ |
| 5 | 5 | 0.04 | 0.41 | blue | 78.6 | ◉ |
| 6 | 6 | 0.04 | 0.60 | bluish violet | 80.5 | ◉ |
| 7 | 1 | 0.01 | 0.45 | bluish violet | 72.2 | ◉ |
| 8 | 1 | 0.08 | 0.64 | bluish violet | 85.4 | ◉ |
| 9 | 1 | 0.15 | 0.68 | bluish violet | 68.1 | ◉ |
| 10 | 1 | 0.0003 | 0.04 | bluish violet | 41.1 | ◉ |
| 11 | 1 | 0.25 | 0.62 | bluish violet | 13.9 | ○ |

*Nos. 10 and 11 are Comparative Examples.

Example 3

The procedure was carried out in the same manner as in Example 1 but using, as the photochromic compound, a chromene compound 2) in amounts as shown in Table 3 and

**12**

a spiro-oxazine compound 1) in amounts as shown in Table 3 in combination. In the measurement of life being irradiated with the fade meter, the light absorbency was measured at a maximum absorbency wavelength based on the color developed by the spiro-oxazine compound. Moreover, the color tone of the polymer was observed by eye under sunlight before the polymer was irradiated with the fade meter and after the polymer was irradiated with the fade meter (T₀: 0 hour, T₂₀₀: 200 hours).

The results were as shown in Table 3.

TABLE 3

| No. | Amount of chromene (parts) | Amount of spiro-oxazine (parts) | Before irradiation (T₀) color density | Before irradiation (T₀) color tone | After irradiation (T₂₀₀) A₂₀₀/A₀ (%) | After irradiation (T₂₀₀) color tone | Initial color |
|-----|------|------|------|------|------|------|------|
| 1 | 0.01 | 0.01 | 0.45 | brown | 72.2 | brown | ◉ |
| 2 | 0.02 | 0.02 | 0.50 | brown | 76.5 | brown | ◉ |
| 3 | 0.04 | 0.04 | 0.56 | brown | 81.5 | brown | ◉ |
| 4 | 0.08 | 0.08 | 0.64 | brown | 65.2 | brown | ◉ |
| 5 | 0.005 | 0.01 | 0.45 | gray | 72.4 | gray | ◉ |
| 6 | 0.01 | 0.02 | 0.52 | gray | 78.9 | gray | ◉ |

5,621,017

13    14

TABLE 3-continued

| No. | Amount of chromene (parts) | Amount of spiro-oxazine (parts) | Before irradiation (T0) | | After irradiation (T200) | | Initial color |
|---|---|---|---|---|---|---|---|
| | | | color density | color tone | $A_{200}/A_0$ (%) | color tone | |
| 7 | 0.02 | 0.04 | 0.58 | gray | 82.3 | gray | ⊚ |
| 8 | 0.04 | 0.08 | 0.68 | gray | 64.7 | gray | ⊚ |
| 9 | 0.0002 | 0.0002 | 0.05 | brown | 40.0 | brown | ⊚ |
| 10 | 0.125 | 0.125 | 0.60 | brown | 15.0 | brown | ○ |

*Nos. 9 and 10 are Comparative Examples.

## Example 4

The procedure was carried out in the same manner as in Example 3 but using radical polymerizable monomers of a composition of 70 parts of 2,2-bis(4-methacryloyloxyethoxyphenyl) propane, 20 parts of benzyl methacrylate and 10 parts of glycidyl methacrylate.

TABLE 4

| No. | Amount of chromene (parts) | Amount of spiro-oxazine (parts) | Before irradiation (T0) | | After irradiation (T200) | | Initial color |
|---|---|---|---|---|---|---|---|
| | | | color density | color tone | $A_{200}/A_0$ (%) | color tone | |
| 1 | 0.01 | 0.01 | 0.54 | brown | 75.2 | brown | ⊚ |
| 2 | 0.02 | 0.02 | 0.60 | brown | 79.8 | brown | ⊚ |
| 3 | 0.04 | 0.04 | 0.67 | brown | 84.5 | brown | ⊚ |
| 4 | 0.08 | 0.08 | 0.72 | brown | 68.2 | brown | ⊚ |
| 5 | 0.005 | 0.01 | 0.55 | gray | 76.1 | gray | ⊚ |
| 6 | 0.01 | 0.02 | 0.62 | gray | 80.7 | gray | ⊚ |
| 7 | 0.02 | 0.04 | 0.70 | gray | 85.4 | gray | ⊚ |
| 8 | 0.04 | 0.08 | 0.75 | gray | 67.1 | gray | ⊚ |
| 9 | 0.0002 | 0.0002 | 0.04 | brown | 42.1 | brown | ⊚ |
| 10 | 0.125 | 0.125 | 0.62 | brown | 13.9 | brown | ○ |

*Nos. 9 and 10 are Comparative Examples.

## Example 5

The procedure was carried out in the same manner as in Example 3 but photo-polymerizing the compositions that are shown in Table 5. The results were as shown in Table 5.

## Example 6

A glycidyl methacrylate was added in amounts as shown in Table 6 to a mixture of 70 parts of a tetraethylene glycol dimethacrylate, 15 parts of a triethylene glycol dimethacrylate, 5 parts of a 2-hydroxyethyl methacrylate, 0.04 parts of a spiro-oxazine compound (6), 0.1 part of TMDPO and 0.1 part of HCPK as photo polymerization initiators. The mixture was stirred to a sufficient degree and was polymerized in the manner as in Example 1.

TABLE 5

| No. | Chromene No. | Chromene Amount (parts) | Spiro-oxazine No. | Spiro-oxazine Amount (parts) | Photo polymerization Kind | Photo polymerization Amount (parts) | (T0) Light absorbancy | (T0) color tone | (T200) $A_{200}/A_0$ (%) | (T200) color tone | Initial color |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0.04 | 2 | 0.04 | PHMP | 0.2 | 0.54 | brown | 81.5 | brown | ⊚ |
| 2 | 2 | 0.02 | 3 | 0.04 | MPG | 0.1 | 0.59 | gray | 85.2 | gray | ⊚ |
| 3 | 3 | 0.05 | 4 | 0.03 | HCPK | 0.3 | 0.50 | amber | 81.2 | amber | ⊚ |
| 4 | 4 | 0.06 | 5 | 0.02 | HCPK | 0.5 | 0.25 | gray | 80.6 | gray | ⊚ |
| 5 | 5 | 0.03 | 1 | 0.04 | TMDPO | 0.8 | 0.55 | gray | 82.0 | gray | ⊚ |
| 6 | 2 | 0.01 | 2 | 0.02 | TMDPO | 0.07 | 0.48 | gray | 80.5 | gray | ⊚ |
| 7 | 2 | 0.08 | 4 | 0.03 | HCPK/MPG | 0.3/0.3 | 0.51 | amber | 81.5 | amber | ⊚ |
| 8 | 1 | 0.02 | 3 | 0.04 | PHMP/HCPK | 0.1/0.1 | 0.58 | gray | 84.6 | gray | ⊚ |
| 9 | 1 | 0.04 | 4 | 0.04 | HCPK/TMDPO | 0.2/0.4 | 0.52 | brown | 83.2 | brown | ⊚ |
| 10 | 1 | 0.02 | 5 | 0.04 | PHMP/TMDPO | 0.4/0.4 | 0.41 | gray | 81.2 | gray | ⊚ |
| 11 | 2 | 0.04 | 1 | 0.04 | IPTX | 0.2 | 0.54 | brown | 81.3 | brown | ○ |
| 12 | 2 | 0.04 | 6 | 0.04 | TMDPO | 0.2 | 0.58 | brown | 80.6 | brown | ⊚ |
| 13 | 1 | 0.03 | 6 | 0.05 | BDTPO | 0.1 | 0.63 | gray | 81.4 | gray | ⊚ |
| 14 | 1/2 | 0.04/0.04 | 6 | 0.08 | TMDPO | 0.2 | 0.68 | brown | 69.6 | brown | ⊚ |
| 15 | 1 | 0.04 | 1/5 | 0.04/0.02 | BDTPO | 0.1 | 0.60 | gray | 79.8 | gray | ⊚ |

The obtained polymers were measured for their absorbancy of initial colors. The detected wavelength was the same as the maximum absorption wavelength of when the spiro-oxazine compound (6) developed its color. The results were as shown in Table 6.

TABLE 6

| No. | Amount of glycidyl methacrylate (parts) | absorbancy |
|---|---|---|
| 1 | 0.05 | 0.1 |
| 2 | 0.1 | 0.02 |
| 3 | 0.5 | 0.02 |
| 4 | 1 | 0.02 |
| 5 | 5 | 0.02 |
| 6 | 10 | 0.01 |
| 7 | 15 | 0.01 |
| 8 | 0 | 1.0 |

We claim:

1. A photochromic composition comprising:

(A) at least one radical polymerizable monomer,

(B) 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures thereof, per 100 parts by weight of (A), and

(C) 0.01 to 1 part by weight of a photopolymerization initiator, per 100 parts by weight of (A).

2. A photochromic composition according to claim 1, wherein the radical polymerizable monomer is at least one of those selected from a diacrylate compound or a dimethacrylate compound represented by the following general formula (I), an acrylate compound or a methacrylate compound having an epoxy group represented by the general formula (II), and a vinylbenzyl compound represented by the general formula (III), general formula (I),

$$CH_2=CCO-(A)_n-OCC=CH_2 \quad (I)$$

with $R_1$ and $R_1$ substituents and $O$, $O$ groups below.

wherein $R_1$ and $R_2$ may be the same or different and are hydrogen atoms or methyl groups, and A is the same or different alkylene group, oxyalkylene group, or a group of the following formula which may be substituted,

$$\{CHCH_2O\}_k \quad Xa \quad CH_3 \quad Xa \quad R_3 \atop C \atop CH_3 \quad (OCH_2CH)_m$$

wherein $R_3$ is a hydrogen atom or a methyl group, X is a halogen atom, k and m are integers of from 0 to 1, a is an integer of from 0 to 4 representing the substitution number of halogen atoms, and n is an integer of from 1 to 20,

general formula (II),

$$CH_2=CCO+R_2O)_m+R_3O)_nR_3C—CH_2 \atop O \quad O \quad (II)$$

wherein $R_1$ and $R_4$ are hydrogen atoms or methyl groups, and $R_2$ and $R_3$ may be the same or different and are alkylene group or groups of the following formula which may be substituted,

$$CH_3 \atop C \atop CH_3$$

wherein m and n are 0 or 1 general formula (III),

$$CH_2=CH \quad R_1 \quad R_2 \quad R_3 \quad R_4 \quad CH=CH_2 \atop —CH_2+X_1\{CH_2CH_2X_2(CH_2CH_2X_3)_j\}_k+_m—CH_2 \quad (III)$$

wherein $R_1$, $R_2$, $R_3$ and $R_4$ may be the same or different and are halogen atoms, $X_1$, $X_2$ and $X_3$ are oxygen atoms or sulfur atoms, j, k and m are 0 or 1, respectively, and j=0 when k=0 or k=j=0 when m=0, but $X_1$, $X_2$ and $X_3$ are not simultaneously sulfur atoms when m=k=1 and j=0.

3. A photochromic composition according to claim 2, wherein said at least one radical polymerizable monomer (A) further comprises a monomer that is copolymerizable with said monomer of the general formula (I), said monomer of the general formula (II) or said monomer of the general formula (III) but different therefrom.

4. A photochromic composition according to claim 3, wherein the monomer which is copolymerizable with the radical polymerizable monomer (A) is at least the one selected from an acrylic ester compound, a methacrylic ester compound, a fumaric ester compound, an arylated compound and an aromatic vinyl compound.

5. A photochromic composition according to claim 2, wherein the radical polymerizable monomer is a composition containing 30 to 90% by weight of a monomer of the general formula (I) or a monomer of the general formula (III), 0.1 to 40% by weight of an epoxy monomer of the general formula (II), and 0.1 to 50% by weight of another monomer copolymerizable with said monomers.

6. A photochromic composition according to claim 1, wherein the chromene compound is represented by the following formula (1),

$$Y \quad R_1 \quad R_2 \atop O \quad R_3 \quad R_4 \quad (I)$$

wherein $R_1$, $R_2$, $R_3$ and $R_4$ may be the same or different and are hydrogen atoms, hydrocarbon groups, substituted amino groups, aromatic hydrocarbon groups, unsaturated heterocyclic groups or saturated heterocyclic groups which may be substituted, $R_3$ and $R_4$ together may form a ring, and groups represented by

17



are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted.

7. A photochromic composition according to claim **1**, wherein the spiro-oxazine compound is represented by the following formula (2)

$$(2)$$

wherein $R_1$, $R_2$ and $R_3$ may be the same or different and are alkyl groups, cycloalkyl groups, cycloaralkyl groups, alkoxy groups, alkyleneoxyalkyl groups, alkoxycarbonyl groups, alkoxycarbonylalkyl groups, aryl groups, aralkyl groups, aryloxy groups, alkylenethioalkyl groups, acyl groups acyloxy groups or amino groups, $R_2$ and $R_3$ together may form a ring, $R_1$, $R_2$ and $R_3$ may have a substituent, and the substituent may be a halogen atom, a nitro group, a cyano group or a heterocyclic ring in addition to the above groups, and groups represented by

are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted, and groups represented by

are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted.

18

**8**. A photochromic composition comprising:

(A) at least one radical polymerizable monomer,

(B) 0.001 to 0.2 part by weight of a spiro-oxazine compound, per 100 parts by weight of (A),

(C) 0.01 to 1 part by weight of a photo polymerization initiator, per 100 parts by weight of (A), and

(D) 0.01 to 20 parts by weight of a compound having at least one epoxy group in the molecule, per 100 parts by weight of (A).

**9**. A photochromic composition according to claim **1**, wherein the photochromic compound (B) is present in an amount of not smaller than 0.01 but smaller than 0.1 part by weight per 100 parts by weight of said at least one radical polymerizable monomer (A).

**10**. A photochromic composition according to claim **1**, wherein the photo polymerization initiator (C) is an acetophenone photo polymerization initiator, an α-dicarbonyl photo polymerization initiator, an acylphosphine oxide photo polymerization initiator, or a bisacylphosphine oxide photo polymerization initiator.

**11**. A photochromic composition according to claim **1** or **8**, wherein the photo polymerization initiator (C) exhibits a main absorption in an ultraviolet region and a molar absorption coefficient at 400 nm of larger than 150 l/mol-cm.

**12**. A method of producing a photochromic cured product comprising polymerizing the photochromic composition of claim **1** by irradiating said composition with the light emitted from a source of light that emits ultraviolet rays.

**13**. A method of producing a photochromic cured product according to claim **12** wherein said photochromic composition is irradiated with an active energy ray having an emission spectrum at longer than 250 nm.

**14**. A method of producing a photochromic cured product according to claim **12**, wherein the photochromic compound (B) is a spiro-oxazine compound, and said composition is photo-polymerized in the presence of a compound which has at least one epoxy group in the molecules.

*   *   *   *   *



US005621017C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (4897th)

# United States Patent
Kobayakawa et al.

(10) **Number:** US 5,621,017 C1
(45) **Certificate Issued:** *Jan. 27, 2004

(54) **PHOTOCHROMIC COMPOSITION AND METHOD PRODUCING PHOTOCHROMIC CURED PRODUCT**

(75) Inventors: **Takashi Kobayakawa**, Tokuyama (JP); **Junji Momoda**, Tokuyama (JP)

(73) Assignee: **Tokuyama Corporation**, Tokuyama (JP)

**Reexamination Request:**
No. 90/006,383, Sep. 16, 2002

**Reexamination Certificate for:**
Patent No.: **5,621,017**
Issued: **Apr. 15, 1997**
Appl. No.: **08/428,641**
Filed: **Apr. 25, 1995**

(*) Notice: This patent is subject to a terminal disclaimer.

(30) **Foreign Application Priority Data**

Apr. 27, 1994 (JP) ............................................. 6-089418

(51) **Int. Cl.**$^7$ ............................. **C08F 2/46**; G02B 5/23
(52) **U.S. Cl.** ............................. **522/16**; 522/26; 522/36; 522/37; 522/48; 522/64; 522/170; 522/182; 252/586
(58) **Field of Search** ............................. 522/16, 26, 48, 522/64, 36, 37; 252/586

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,780,393 A | | 10/1988 | Frommeld |
| 5,531,940 A | | 7/1996 | Gupta et al. |
| 5,910,516 A | * | 6/1999 | Imura et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 1-204902 | 8/1989 |
| JP | 2-205851 | 8/1990 |
| JP | 3-261945 | 11/1991 |
| JP | 5-306392 | 11/1993 |

* cited by examiner

*Primary Examiner*—Susan Berman

(57) **ABSTRACT**

A photochromic composition which can be polymerized and cured upon irradiation with active energy rays such as ultraviolet rays to exhibit favorable photochromic property. The photochromic composition comprises 100 parts by weight of a radical polymerizable monomer, 0.001 to 0.2 parts by weight of a photochromic compound, and 0.01 to 1 part by weight of a photo polymerization 1.0 initiator. A photochromic cured product is obtained by irradiating the photochromic composition with the light which contains ultraviolet rays.

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claim **8** is confirmed.

Claims **10** and **11** are cancelled.

Claim **1** is determined to be patentable as amended.

Claims **2–7**, **9** and **12–14**, dependent on an amended claim, are determined to be patentable.

New claim **15** is added and determined to be patentable.

**2**

1. A photochromic composition comprising:

(A) at least one radical polymerizable monomer,

(B) 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures thereof, per 100 parts by weight of (A), and

(C) 0.01 to 1 part by weight of a photopolymerization initiator *selected from the group consisting of a α-dicarbonyl photo polymerization initiator, an acylphosphine oxide photo polymerization initiator, and a bisacylphosphine oxide photo polymerization initiator,* per 100 parts of by weight of (A).

*15. A photochromic composition comprising:*

*(A) at least one radical polymerizable monomer,*

*(B) 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures thereof, per 100 parts by weight of (A), and*

*(C) 0.01 to 1 part by weight of a photopolymerization initiator having a main absorption in an ultraviolet region and a molar absorption coefficient at 400 nm of larger than 150 l/mol-cm, per 100 parts by weight of (A).*

\*  \*  \*  \*  \*

# EXHIBIT 2

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent No.:     5,621,017 C1 | § | Confirmation No.      2167 |
| Issued:  September 27, 2004 | § | Reexam Control No.:   Unknown |
| Application No.:      90/006,383 | § | Reexam Filed:    Herewith |
| Filing Date:      September 16, 2002 | § | Atty. Dkt. No.:    6158-06902 |
| First Named Inventor:    Takashi Kobayakawa | § | |

§ CERTIFICATE OF ELECTRONIC TRANSMISSION
§ UNDER 37 C.F.R. §1.8
§ DATE OF DEPOSIT: *JUN 25, 2008*
§ I hereby certify that this correspondence is being deposited with the United States Patent Office electronic filing system on the date indicated above
§ *Jackie L. Fitre*

Title:  PHOTOCHROMIC COMPOSITION AND METHOD PRODUCING PHOTOCHROMIC CURED PRODUCT

## TRANSMITTAL OF REQUEST FOR *EX PARTE* REEXAMINATION PURSUANT TO 37 C.F.R §1.501

**Mail Stop *EX-PARTE* REEXAM**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

1.     This is a request for *ex parte* reexamination pursuant to 37 C.F.R. § 1.510 of U. S. Patent No. 5,621,017 C1 issued on September 27, 2004.  The request is made by a third party requester.

2.     The name and address of the person requesting reexamination is:

ERIC B. MEYERTONS
MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.
P.O. BOX 398
AUSTIN, TX  78767-0398

3.     A copy of U.S. Patent No. 5,621,017 C1 to be reexamined having a double column format on one side of a separate paper is enclosed. 37 CFR 1.510(b)4.

1

6158-06902
Ex Parte Reexam for U.S. Pat. No. 5,621,017

4.   Reexamination of claims 1-9 and 12-15 of U.S. Patent No. 5,621,017 C1 is requested.

5.   Form PTO/SB/08 listing five patents is submitted herewith.

6.   Copies of five patents are submitted.

7.   Copies of four printed publications for the convenience of the Examiner are submitted herewith in Appendixes A-D.

8.   The attached detailed request includes at least the following items:

   a.  A statement identifying each substantial new question of patentability based on prior patents. 37 CRF 1.510(b)(1).

   b.  An identification of every claim for which reexamination is requested, and a detailed explanation of the pertinency and manner of applying the cited art to every claim for which reexamination is requested. 37 CFR 1.510(b)(2).

9.   A certificate of Service as provided in 37 CRF 1.33(c).

10.  Correspondence Address: Direct all communication about the reexamination to:

         Customer No. 35690
         Eric B. Meyertons
         MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.
         P.O. BOX 398
         AUSTIN, TX  78767-0398

11.  The patent is currently the subject of the following concurrent proceeding: Copending litigation styled:  *Tokuyama Corporation vs. Vision Dynamics LLC*, Court Case No. C08-2781-JL.

12.  Electronic Payment in the amount of $2,520.00.

6158-06902
Ex Parte Reexam for U.S. Pat. No. 5,621,017

Respectfully submitted,

Eric B. Meyertons
Reg. No. 34,876
Attorney for Third Party Requester

MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.
P.O. BOX 398
AUSTIN, TX  78767-0398
(512) 853-8800 (voice)
(512) 853-8801 (facsimile)

Date: June 15, 2008

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent No.:    5,621,017 C1 | Confirmation No.    2167 |
| Issued:    September 27, 2004 | Reexam Control No.:    Unknown |
| Application No.:    90/006,383 | Reexam Filed:    Herewith |
| Filing Date:    September 16, 2002 | Atty. Dkt. No.:    6158-06902 |
| First Named Inventor:    Takashi Kobayakawa | |
| Title:    PHOTOCHROMIC COMPOSITION AND METHOD PRODUCING PHOTOCHROMIC CURED PRODUCT | |

§ § § § § § § § § § § §

CERTIFICATE OF ELECTRONIC TRANSMISSION
UNDER 37 C.F.R. §1.8

DATE OF DEPOSIT: June 25 2008

I hereby certify that this correspondence is being deposited with the United States Patent Office electronic filing system on the date indicated above

Jackie L. Pitre

---

## DETAILED REQUEST FOR *EX PARTE* REEXAMINATION OF U.S. PATENT NO. 5,621,017 C1 PURSUANT TO 37 C.F.R §1.510

**Mail Stop *EX-PARTE* REEXAM**
Attn:  Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

*Ex Parte* Reexamination of claims 1-9 and 12-15 of U.S. Patent No. 5,621,017 C1, which issued on January 27, 2004 to Kobayakawa et al. is requested under 35 U.S.C. §§ 302-307 and 37 C.F.R. § 1.510.

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

I.     **Introduction.**

For the reasons set forth below, claims 1-9 and 12-15 in U.S. Patent No. 5,621,017 C1 should be reexamined.  U.S. Patent No. 5,621,017 C1 is presently the subject of pending litigation in the United States District Court for the Northern District of California San Jose Division, in the case of *Tokuyama Corporation vs. Vision Dynamics LLC*, Court Case No. C08-2781-JL.

In essence, U.S. Patent No. 5,621,017 C1 was allowed because the Examiner erroneously believed that the prior art did not teach a photochromic composition and a method of producing a photochromic cured product.  The photochromic composition includes a radical polymerizable monomer, a photochromic compound selected from the group of a chromene compound, a spiro-oxazine compound, or mixtures; and a photopolymerization initiator selected from the group of an $\alpha$-dicarbonyl photo polymerization initiator, an acylphosphine oxide photopolymerization initiator, or a bisacylphosphine oxide photo polymerization initiator.   A photochromic composition that includes radical polymerizable monomers, chromene compounds or spiro-oxazine compounds, and $\alpha$-dicarbonyl photo polymerization initiators, acylphosphine oxide photopolymerization initiators or bisacylphosphine oxide photo polymerization initiators is well known and obvious in view of the prior art.

Requester respectfully submits that there are substantial new questions regarding the patentability of claims 1-9 and 12- 15 of U.S. Patent No. 5,621,017 C1.  These substantial new questions of patentability are based on previously uncited and, thus, unconsidered prior art, unconsidered old art, and considered old art that renders each of these claims invalid.  A detailed discussion of the unconsidered prior art, unconsidered old art, and considered old art is presented below.

In addition, Requester submits that the considered old art renders the claims invalid pursuant to 35 U.S.C. §§ 303(a) and 312(a).  Requester respectfully requests that the considered

old art be reconsidered. A detailed discussion of the considered old prior art and its pertinency to substantial new questions of patentability is presented below.

Requester respectfully requests that the U.S. Patent Office apply the recent interpretation of 35 U.S.C. §103 by the U.S. Supreme Court in *KSR International Co. v. TELEFLEX INC. et al.* to the request for reexamination.

## II.    Summary of U.S. Patent No. 5,621,017 C1.

U.S. Patent No. 5,621,017 C1 (hereinafter "Kobayakawa") was filed on September 16, 2002 and is a reissue of U.S. Patent No. 5,621,017 issued on April 15, 1997. Claim 1 was amended during the reexamination process. Claims 10 and 11 were canceled during the reexamination process. Claim 15 was added during the reexamination process. A copy of U.S. Patent No. 5,621,017 C1 (hereinafter "Kobayakawa") is submitted herewith.

Kobayakawa describes a photochromic composition and method of producing a photochromic cured product. The Kobayakawa abstract states in relevant part as follows:

> A photochromic composition which can be polymerized and cured upon irradiation with active energy rays such as ultraviolet rays to exhibit favorable photochromic property. The photochromic composition comprises 100 parts by weight of a radical polymerizable monomer, 0.001 to 0.2 parts by weight of a photochromic compound, and 0.01 to 1 part by weight of a photo polymerization 1.0 initiator. A photochromic cured product is obtained by irradiating the photochromic composition with the light which contains ultraviolet rays.

## III.    Identification of Claims for Which Reexamination is Requested.

The request is based primarily on the following five patents listed below, which alone or in combination render claims 1-9 and 12-15 of Kobayakawa invalid. Copies of all the documents are submitted herewith. An Information Disclosure SB 08a Form lists the five patents.

3

U.S. Patent No. 4,343,885 to Reardon, Jr. issued August 10, 1982 (hereinafter "Reardon");

U.S. Patent No. 4,780,393 to Frommeld issued October 25, 1988 (hereinafter "Frommeld");

U.S. Patent No. 4,792,632 to Ellrich et al. issued December 20, 1988 (hereinafter "Ellrich");

U.S. Patent No. 5,246,989 to Iwamoto et al. issued September 21, 1993 (hereinafter "Iwamoto"); and

U.S. Patent No. 5,531,940 to Gupta et al. issued July 2, 1996 (hereinafter "Gupta").

## IV.    Statement Identifying Each Substantial New Question of Patentability Pursuant to 35 U.S.C. § 302 and CFR § 1.510(b)(1).

Reexamination of claims 1-4, 6, 7, 9, 12, 13 and 15 is requested as being anticipated in view of Frommeld. Frommeld was cited as prior art, and made of record, but was never relied upon in any rejection of the claims during reexamination of Kobayakawa. Because Frommeld describes a photochromic composition that includes a radical polymerizable monomer, a photoinitiator and a chromene compound, a substantial new question of patentability is raised by Frommeld. Detailed reasons of why the teachings of Frommeld raise a substantial new question of patentability are presented in Section VI below.

Reexamination of claims 1-4, 6, 7, 9, 12, 13, and 15 is requested in view of the combination of Frommeld in view of Ellrich. As stated above, Frommeld raises a substantial new question of patentability. Ellrich was not cited during the reexamination of Kobayakawa, or during the normal examination Kobayakawa. Ellrich teaches the use of acylphosphine oxides and bisacylphosphine oxides as photoinitiators. Detailed reasons of why the teachings of

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

Frommeld in view of Ellrich raise a substantial new question of patentability are presented in section VI below.

Reexamination of claims 1-4, 6, 7, 9, 12, 13, and 15 is requested in view of the combination of Gupta in view of Ellrich. Gupta teaches a photochromic composition that includes a radical polymerizable monomer, a photochromic compound, and a photoinitiator. Gupta was relied upon for rejection of the claims during the examination of Kobayakawa. Detailed reasons why Gupta should be reconsidered are given in Section V below. As stated above, Ellrich was not cited during any examination of Kobayakawa. Because the teaching of Gupta in combination with the teachings of Ellrich was not cited during any examination of Kobayakawa, a substantial new question of patentability is raised by the teachings of Gupta in combination with the teachings of Ellrich. Detailed reasons of why the teachings of Gupta in view of Ellrich raise a substantial new question of patentability are presented in section VI below.

Reexamination of claim 5 is requested in view of the combination of Frommeld in view of Reardon. As stated above, Frommeld raises a substantial new question of patentability. Reardon was not cited during the reexamination of Kobayakawa, or during the normal examination Kobayakawa. Reardon teaches phototropic compositions that include radical polymerizable monomers that include epoxy groups, phototropic compounds, and photoinitiators. Because the teaching of Frommeld in combination with Reardon was not cited during any examination of Kobayakawa, a substantial new question of patentability is raised by the teachings of Frommeld in combination with Reardon. Detailed reasons of why the teachings of Frommeld in view of Reardon raise a substantial new question of patentability are presented in section VI below.

Reexamination of claim 7 is requested in view of the combination Frommeld in view of Iwamoto. As stated above, Frommeld raises a substantial new question of patentability. Iwamoto was not cited during the reexamination of Kobayakawa, or during the normal examination Kobayakawa. Iwamoto describes spiro-oxazine compounds as photochromic

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

compounds and uses thereof. Because the teaching of Frommeld in combination with Iwamoto was not cited during any examination of Kobayakawa, a substantial new question of patentability is raised by the teachings of Frommeld in combination with Iwamoto. Detailed reasons of why the teachings of Frommeld in view of Iwamoto raise a substantial new question of patentability are presented in section VI below.

Reexamination of claim 8 is requested in view of the combination of Gupta in view of Reardon. As stated above, Gupta and Reardon raise a new question of patentability. Because the teaching of Gupta in combination with Reardon was not cited during any examination of Kobayakawa, a substantial new question of patentability is raised by the teachings of Gupta in combination with Reardon. Detailed reasons of why the teachings of Gupta in view of Reardon raise a substantial new question of patentability are presented in section VI below.

Reexamination of claim 5 and 14 is requested in view of the combination of Gupta in view of Ellrich and further in view of the Reardon patent. As stated above, Gupta, Ellrich, and Reardon raise a new question of patentability. Because the teaching of Gupta in combination with Ellrich and Reardon was not cited during any examination of Kobayakawa, a substantial new question of patentability is raised by the teachings of Gupta in combination with Ellrich and Reardon. Detailed reasons of why the teachings of Gupta in combination with Ellrich and Reardon raise a substantial new question of patentability are presented in section VI below.

## V.    Gupta (Old Art) Is Pertinent To Substantial New Questions Of Patentability.

Requester respectfully requests that old art be reconsidered, specifically, Gupta. For the reasons discussed below, Requester believes the old art was not fully considered during the prosecution of Kobayakawa.

A reexamination of Kobayakawa was requested in view of Gupta. The reexamination was requested because the limitations of the original patent "seemingly overlap the disclosure of Gupta et al....", creating a substantial question of patentability.

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

During the reexamination, claim 1 was amended to include limitations from claim 10 and claim 10 was canceled.  Claim 15 was then added, which includes limitations from claim 11 added to claim 1.  Claim 11 was canceled.

During reexamination Kobayakawa's representatives states that "Gupta et al. fails to provide any suggestion or motivation to one ordinary skill in the art as to the criticality of a photopolymerization initiator having a main absorption in an ultraviolet region and a molar absorption coefficient at 400 nm of larger than 150 l/mol-cm."  This, in part, lead to allowance of the claims as amended during reexamination, prompting the Examiner to state in the statement of Reasons for Allowance that: "Gupta et al. do not disclose or suggest employing photoinitiators exhibiting a main absorption in an ultraviolet region and a molar absorption coefficients at 400 nm of larger than 150 l/mol-cm.":

Requester believes that the characterization of Gupta presented by Kobayakawa's representatives, and accepted by the Examiner, is incorrect and misleading.  Gupta states:

> Ultraviolet curing is typically achieved in connection with a ultraviolet light source. Suitable ultraviolet light sources include those manufactured by Phillips Corporation and identified as TL/1OR/UVA reflector lamps, HPM high pressure halide lamps, HPA medium pressure metal halide lamps and HPR high pressure mercury vapor lamps. Typically, the resin is exposed to a ultraviolet source (i.e., a source emitting radiation in the range of about 300-450 nm) during the curing process until the resin sufficiently hardens (i.e., approximately 5-30 minutes). Many photochromic additives, however, are damaged by shorter-wavelength ultraviolet radiation, e.g., ultraviolet radiation of wavelengths less than about 320 nm. Fortunately, photoinitiators are available which are triggered at wavelengths of 350 nm and longer. Thus, according to a preferred embodiment of the invention, a colored-glass ultraviolet filter with a cutoff of 320 nm, such as those available from Corning Glass, is used to prevent exposure of the photochromic additive to ultraviolet light."
> (Gupta, col. 11, lines 9-25).

Gupta suggests the use of photoinitiators that are triggered at wavelengths of 350 nm or longer (e.g., 400 nm).  Gupta further teaches that it is critical that the composition is protected

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

from wavelengths of ultraviolet light below 320 nm (e.g., by using a filter).

Gupta, however, does not explicitly teach the use of acylphosphine oxide photo polymerization initiators or bisacylphosphine oxide photo polymerization initiators. Gupta also does not explicitly teach the use of photoinitiators that exhibit a main absorption in an ultraviolet region and a molar absorption coefficient at 400 nm of larger than 150 l/mol-cm.

Ellrich discloses that bisacylphosphine oxides are suitable for use as initiators for the photopolymerization of compounds containing ethylenically unsaturated bonds. In Table 1 of Ellrich (Ellrich, cols. 5 and 6), numerous bisacylphosphine oxides are listed. These bisacylphosphine oxides exhibit a main absorption in an ultraviolet region and have a molar absorption coefficients at 400 nm of larger than 150 l/mol-cm.

Requestor submits that the claims of Kobayakawa are obvious based on the teachings of Gupta in combination with Ellrich. Ellrich teaches the use of photoinitiators that meet the criteria of photoinitiators that are considered to be useful for the compositions of Gupta. One of ordinary skill in the art would be motivated to use the initiators of Ellrich in the compositions of Gupta because the initiators of Ellrich are "triggered" at wavelengths above 350 nm.

As such, it is requested that the combination of Gupta be considered as prior art in the reexamination of Kobayakawa.

## VI.    Detailed Explanation Under 37 CFR § 1.510(b)(2).

In accordance with 35 U.S.C. § 302 and 37 C.F.R. § 1.510(b)(2), the above-identified prior art and their applicability to U.S. Patent No. 5,621,017 C1 is discussed.

### A. Claims 1-4, 6, 7, 9, 12, 13 and 15 Are Unpatentable Under 35 U.S.C. § 102 As Being Anticipated By Frommeld

As shown in the following claim chart, claims 1-4, 6, 7, 9, 12, 13, and 15 are unpatentable under 35 U.S.C. §102 as being anticipated by Frommeld. Frommeld describes a photochromic composition that includes radical polymerizable monomers, photochromic compounds such as chromene compounds and photoinitiators. With respect to photoinitiators, Frommeld states: "a large number of substances can be used as photopolymerization initiators in a composition according to the present invention. Examples are benzophenone, thioxanthone, benzoin and their derivatives." (Frommeld, Col. 4, lines 24-27). It is well known that benzil, also known as 1,2-diphenylethanedione (i.e., benzil) is a derivative of benzoin. As the similar names "benzoin" and "benzil" suggest, benzil would have been well known as a derivative of benzoin to a person skilled in the art. A commonly used chemical dictionary discloses that benzil is derived from benzoin by oxidization with $HNO_3$ (See Appendix A, *Hawley's Condensed Chemical Dictionary*, which states: "**benzil....Derivation:** from benzoin by oxidation with $HNO_3$"). Kobayakawa teaches the use of 1,2-diphenylethanedione as an example of an α-dicarbonyl photo polymerization initiator (Kobayakawa, Col. 7, line 67 – Col. 8, line 2). Thus, Frommeld teaches the claimed composition of Kobayakawa. Specifically, Frommeld teaches a radical polymerizable monomer, an α-dicarbonyl photo polymerization initiator, and a chromene photochromic compound. The method of making a photochromic cured product is also taught by Frommeld.

9

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| **1a.** | A photochromic composition comprising | Frommeld teaches a photochromic composition. Frommeld states:<br><br>"The present invention relates to a photopolymerizable composition that comprises (1) a polymeric binder, (2) an ethylenically unsaturated, polymerizable compound, (3) a photoinitiator and (4) a particular type of photochromic spiro-indolinobenzopyran compound." (Frommeld, col. 1, lines 1-11). |
| **1b.** | (A) at least one radical polymerizable monomer | Frommeld teaches at least one radical polymerizable monomer is:<br><br>"a compound that has at least one terminal ethylenic double bond and a boiling temperature, at standard pressure, of above 100 °C., and that can form a polymer by polymerization initiated by a free-radical process" (Frommeld, col. 2, lines 21-24 and claim 1).<br><br>"Polymerizable compounds useful for the purpose of this invention are known and are described, for example, in U.S. Pat. Nos. 2,760,863 and 3,060,023. Preferred examples are acrylic and methacrylic acid esters of dihydric and polyhydric alcohols, such as ethylene glycol diacrylate, polyethylene glycol dimethacrylate, acrylates and methacrylates of trimethylol ethane, trimethylol propane, pentaerythritol, dipentaerythritol, and of polyhydric alicyclic alcohols. (Frommeld, col. 5, lines 50-58) |
| **1c.** | (B) 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures, thereof, per 100 parts of (A) | Kobayakawa states:<br><br>"For instances, a chromene compound represented by the following formula (1) can be preferably used |

10

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | |  wherein $R_1$, $R_2$, $R_3$, and $R_4$ may be the same or different and are hydrogen atoms, hydrocarbon groups, substituted amino groups, aromatic hydrocarbon groups, unsaturated heterocyclic groups or saturated heterocyclic groups which may be substituted, $R_3$ and $R_4$ together may form a ring, and groups represented by  are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted." (Kobayakawa, col. 4, line 55 to column 5, line 9).] Frommeld teaches the chromene compounds of Kobayakawa. Frommeld states: "(e) a photochromic spiro-indolin-benzopyran compound represented by the formula  (Frommeld, col. 2, line 28-52 and claim 1). Ring 2 in the above formula corresponds to the six-membered ring containing oxygen in formula 1 of |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | Kobayakawa. Kobayakawa teaches that "$R_1$, $R_2$, $R_3$, and $R_4$ may be unsaturated heterocyclic groups" and "$R_3$ and $R_4$ together may form a ring." Ring <u>3</u> is an unsaturated heterocyclic group corresponding to $R_3$ and $R_4$ in formula 1 of Kobayakawa. For example, $R_4$ could correspond to the nitrogen atom in ring <u>3</u>. $R_3$ could correspond to the top carbon atom in ring <u>3</u>. Together the nitrogen, the top carbon, and the remaining carbon atoms form a ring containing nitrogen (i.e., a heterocyclic ring). Aromatic ring <u>1</u> corresponds to the ring defined by Y in Kobayakawa where Y is defined as aromatic hydrocarbon groups. Thus, the definition of a chromene is met by the formula taught in Frommeld. Frommeld anticipates the amount of photochromic compound of claim 1c. Using the chromene of Example 1c and dividing 0.04 parts by weight of a chromene (namely, 1′,3′,3′-trimethyl-6-nitro-8-methoxy-spiro-[2H-1-benzopyran-2,2′-indoline]) by 20 parts by weight of a radical polymerizable monomer (namely, the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxyethylmethacrylate) (Frommeld, col. 8, lines 34-43) results in 0.2 parts photochromic compound by weight per 100 parts by weight of the polymerizable monomer. As such, part (B) of claim 1 is anticipated by Frommeld. |
| **1d.** | (C) 0.01 to 1 part by weight of a photopolymerization initiator selected from the group consisting of a α-dicarbonyl photo polymerization initiator, an acylphosphine oxide photo polymerization initiator, and a bisacylphosphine oxide photo polymerization initiator, per 100 parts by weight of (A) | Kobayakawa teaches two α-dicarbonyl photo polymerization initiators. Kobayakawa states: "Dicarbonyl compounds: 1) 1,2-Diphenylethanedione , and 2) Methylphenylglyoxylate." (Kobayakawa, col. 7, line 67 through col. 8, line 2) Frommeld teaches many photopolymerization initiators may be used including the α-dicarbonyl photopolymerization initiators of Kobayakawa. Frommeld states: |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | "A large number of substances can be used as photopolymerization initiators in a composition according to the present invention. Examples are benzophenone, thioxanthone, benzoin <u>and their derivatives</u>" (Frommeld, col. 4, lines 24-27, emphasis added). |

"A large number of substances can be used as photopolymerization initiators in a composition according to the present invention. Examples are benzophenone, thioxanthone, benzoin <u>and their derivatives</u>" (Frommeld, col. 4, lines 24-27, emphasis added).

It is well known in the art that 1,2-diphenylethanedione (i.e., benzil) is a derivative of benzoin. As the similar names "benzoin" and "benzil" suggest, benzil would have been well known as a derivative of benzoin to a person skilled in the art. A commonly used chemical dictionary discloses that benzil is derived from benzoin by oxidization with $HNO_3$ (See Appendix A, *Hawley's Condensed Chemical Dictionary*, which states: "**benzil….Derivation:** from benzoin by oxidation with $HNO_3$" or wikepedia). In addition, it is commonly known that benzil and benzoin have similar UV adsorptions (See Appendix B which includes the UV adsorptions of benzil and benzoin from the Aldrich catalog at http://www.sigmaaldrich.com/img/assets/3900/Photoinitiators.pdf).

As noted, benzil (i.e., 1,2-diphenylethanedione) is identified as an α-dicarbonyl photopolymerization initiator in Kobayakawa.

Frommeld also teaches 0.01 to 1 part by weight a photopolymerization initiator per 100 parts by weight of (A). Frommeld states:

"20 p.b.w. of the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxyethylmethacrylate, …
0.2 p.b.w. of 9-phenylacridine, (Frommeld, col. 8, lines 34-43)

Dividing 0.2 parts photoinitiator by weight per 20 p.b.w. parts by weight of the polymerizable monomer yields 1 part by weight of photoinitiator per 100 parts by weight of polymerizable monomer.

For at least the reasons stated above, Frommeld anticipates all the features of claim 1.

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| 2. | A photochromic composition according to claim 1, wherein the radical polymerizable monomer **is at least one** (emphasis added) of those selected from a diacrylate compound or a dimethacrylate compound represented by the following general formula (I), an acrylate compound or a methacrylate compound having an epoxy group represented by the general formula (II), and a vinylbenzyl compound represented by the general formula (III), general formula (I)<br><br>$$H_2C=CCO-(A)_n-OCCH_2=CH_2 \quad (I)$$<br><br>wherein $R_1$ and $R_2$ may be the same or different and are hydrogen atoms or methyl groups, and A is the same or different alkylene group, oxyalkylene group, or a group of the following formula which may be substituted,<br><br>wherein $R_3$ is a hydrogen atom or a methyl group, X is a halogen atom, k and m are integers of from 0 to 1, a is an integer of from 0 to 4 representing the substitution number of halogen atoms, and n is an integer of from 1 to 20. general formula (II)<br><br>$$H_2C=CHCO-(R_2O)_m-(R_3O)_n-CH_2C-CH_2$$ | Frommeld teaches at least one radical polymerizable monomer. Frommeld states:<br><br>"Polymerizable compounds useful for the purpose of this invention are known and are described, for example, in U.S. Pat. Nos. 2,760,863 and 3,060,023. Preferred examples are acrylic and methacrylic acid esters of dihydric or polyhydric alcohols, such as ethylene glycol diacrylate, polyethylene glycol dimethacrylate, acrylates and methacrylates of trimethylol ethane, trimethylol propane, pentaerythritol, dipentaerythritol, and of polyhydric alicyclic alcohols." (Frommeld, col. 5, l. 50-58)<br><br>For example, polyethylene glycol dimethacrylate is of the structure recited as formula (I) of Kobayakawa, where $(A)_n$ is an oxyalkylene group.<br><br>As such, Frommeld anticipates this claim, as Frommeld teaches use of a monomer having the general formula (I). |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

wherein $R_1$ and $R_4$ are hydrogen atoms or methyl groups, and $R_2$ and $R_3$ may be the same or different and are alkylene group or groups of the following formula which may be substituted,
wherein m and n are 0 or 1



general formula (III)



wherein $R_1$, $R_2$, $R_3$, and $R_4$ may be the same or different and are halogen atoms, $X_1$, $X_2$ and $X_3$ are oxygen atoms or sulfur atoms, j, k and m are 0 or 1, respectively, and j=0 when k=0 or k=j=0 when m=0, but $X_1$, $X_2$ and $X_3$ are not simultaneously sulfur atoms when m=k=1 and j=0

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| 3. | A photochromic composition according to claim 2, wherein said at least one radical polymerizable monomer (A) further comprises a monomer that is copolymerizable with said monomer of the general formula (I), said monomer of the general formula (II) or said monomer of the | Frommeld teaches at least one radical polymerizable monomer (A) further comprises a monomer that is copolymerizable with said monomers having the general formula (I), formula (II) or (III) but different therefrom.<br><br>As has already been discussed, Frommeld teaches the monomers having the general structure of formula (I).<br><br>In Example, 3 of Frommeld, a mixture of a monomer having of the formula of (I) is mixed with a monomer that has a different structure than formula (I), (II) or (III). |

15

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | general formula (III) but different therefrom. | Frommeld teaches a coating composition that includes:<br><br>"30 p.b.w. of the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxy-ethylmethacrylate;<br><br>10 p.b.w. of polyethylene glycol dimethacrylate (average molecular weight of the polyethylene glycol 550)" and other components.<br>(Frommeld, column 10, lines 60-65).<br><br>The reaction product obtained from reacting 2,2,4,-trimethyl-hexamethylene diisocyanate with 2-hydroxy-ethylmethacrylate produces a product that is copolymerizable with said monomers having the general formula (I), formula (II) or (III) but is different therefrom.<br><br>As such, Frommeld anticipates claim 3. |
| 4. | A photochromic composition according to claim 3 wherein the monomer which is copolymerizable with the radical polymerizable monomer (A) is at least the one selected from an acrylic ester compound, a methacrylic ester compound, a fumaric ester compound an arylated compound and an aromatic vinyl compound. | Frommeld teaches the monomer which is copolymerizable with the radical polymerizable monomer (A) is at least the one selected from an acrylic ester compound, a methacrylic ester compound.<br><br>Frommeld teaches a composition comprising:<br><br>"30 p.b.w. of the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxy-ethylmethacrylate,<br>10 p.b.w. of polyethylene glycol dimethacrylate (average molecular weight of the polyethylene glycol 550),<br>60 p.b.w. of a terpolymer obtained from methylmethacrylate, n-hexylmethacrylate and methacrylic acid (10:60:30) having an acid number of 190, and<br>1 p.b.w. of 9-acetylamino-acridine, in<br>60 p.b.w. of ethanol and<br>125 p.b.w. of butanone,"<br>(Frommeld, col. 10, line 60 – col. 11, line 3)<br><br>As noted above, polyethylene glycol dimethacrylate is a compound that falls under the definition of radical polymerizable monomer (A).  The reaction product |

16

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | | obtained from reacting 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate with 2 moles of 2-hydroxy-ethylmethacrylate is a methacrylic ester compound.<br><br>As such, Frommeld anticipates claim 4. |
| **6.** | A photochromic composition according to claim 1, wherein the chromene compound is represented by the following formula (1)<br><br><br><br>wherein $R_1$, $R_2$, $R_3$, and $R_4$ may be the same or different and are hydrogen atoms, hydrocarbon groups, substituted amino groups, aromatic hydrocarbon groups, unsaturated heterocyclic groups or saturated heterocyclic groups which may be substituted $R_3$ and $R_4$ together may from a ring, and groups represented by<br><br> | Frommeld teaches the chromene compound represented by formula (1). Frommeld states:<br><br>"a photochromic spiro-indolin-benzopyran compound represented by the formula:<br><br><br><br>wherein R denotes a hydrogen atom or a $C_1$-to-$C_{16}$ alkyl group, $R_1$, $R_2$, $R_3$ and $R_4$ are identical or different, and each denotes a hydrogen or a halogen atom, a $C_1$-to-$C_4$ alkyl or alkoxy group, or a nitro group, and $R_5$, $R_6$, $R_7$ and $R_8$ are identical or different, and each denotes a hydrogen or a halogen atom, a nitro or an amino group, a $C_1$-to-$C_5$ alkyl or alkoxy group, or a $C_6$-to-$C_{10}$ aryl group" (Frommeld, col. 2, line 28-52 and claim 1). |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted. | |
| 7. | A photochromic composition according to claim 1, wherein the spiro-oxazine compound is represented by the following formula  wherein $R_1$, $R_2$ and $R_3$ may be the same or different and are alkyl groups, cycloalkyl groups, cycloaralkyl groups, alkoxy groups, alkyleneoxyalkyl groups, alkoxycarbonyl groups, alkoxycarbonylalkyl groups, aryl groups, aralkyl groups, aryloxy groups, alkylenethioalkyl groups, acyl groups acyloxy groups or amino groups, $R_2$ and $R_3$ together may form a ring, $R_1$, $R_2$ and $R_3$ may have a substituent, and the substituent may be a halogen atom, a nitro group, a cyano group or a heterocyclic ring in | Claim 7 is dependent on claim 1.  Claim 7 incorporates all of the limitations of claim 1.  Among the limitations of claim 1 is that a photochromic compound be "selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures thereof."  Claim 7 adds certain limitations with respect to the spiro-oxazine compound.  These limitations would apply for any composition in which a spiro-oxazine (or a mixture including a spiro-oxazine) is selected for the photochromic compound.  Claim 7 does not, however, limit the photochromic compound *to* a spiro-oxazine compound (or a mixture containing a spiro-oxazine).  Indeed, the photochromic compound may be "selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures thereof" (just as in claim 1).  Thus, claim 7 would cover a composition that includes only a chromene compound as the photochromic compound.  Thus the additional limitations of claim 7 (which relate to spiro-oxazines) do not narrow or change the chromene limitations of claim 1.<br><br>As such, claim 7 is anticipated by Frommeld. |

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | addition to the above groups, and groups represented by  are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted, and groups represented by  *are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted.* | |
| 9. | A photochromic composition according to claim 1, wherein the photochromic compound (B) is present in an amount of not smaller than 0.01 but smaller than 0.1 part by weight per 100 parts by weight of said at least one radical polymerizable monomer (A). | Frommeld teaches a photochromic compound present in an amount of not smaller than 0.01 but smaller than 0.1 part by weight per 100 parts by weight of at least one radical polymerizable monomer (A).<br><br>Frommeld states:<br><br>"The corresponding content of spiro compound generally varies between 0.01 and 2.0 percent by weight, preferably between 0.05 and 1.0 percent by weight, relative to the nonvolatile constituents of the composition" (Frommeld, col. 4, lines 17-20).<br><br>Frommeld states that the proportion of polymerizable monomers contained in the composition generally varies between about 10 and 80 percent by weight (Frommeld, column 5, lines 63-65.) Therefore Frommeld discloses that |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | | at least in some embodiments 80 weight percent of the composition is made up of the polymerizable monomers. As such, Frommeld's concentration range of photochromic compounds (i.e., between 0.01 and 2.0 percent by weight, relative to the nonvolatile constituents of the composition (Frommeld, column 4, lines 17-20) can be adjusted to be calculated relative to the concentration of polymerizable monomers, in the embodiment wherein 80 percent by weight of the composition is polymerizable monomers.  To make this adjustment the "0.01 to 2.0 percent by weight" range is divided by 0.8 (i.e., 80%).  As such, Frommeld teaches a range of photochromic compounds of 0.0125 to 2.5 percent by weight, relative to the polymerizable monomers in the composition.  This equates to a range of 0.0125 to 2.5 parts by weight, per 100 parts by weight of the polymerizable monomer.  Such a range substantially overlaps and therefore anticipates the range of not smaller than 0.01 but smaller than 0.1 part by weight, per 100 parts by weight of the radical polymerizable monomer which is set forth in claim 9 of Kobayakawa.  As such, Frommeld anticipates claim 9. |
| **12.** | A method of producing a photochromic cured product comprising polymerizing the photochromic composition of claim 1 by irradiating said composition with the light emitted from a source of light that emits ultraviolet rays. | Frommeld teaches irradiating the composition with light emitted from a source of light that emits ultraviolet rays.<br><br>Frommeld states:<br>"These constituents advantageously should be selected to minimize absorption in the region of actinic radiation, which is important for the initiation process.  In the context of this description, actinic radiation is to be understood as any radiation, the energy of which corresponds at least to that of shortwave visible light.  Longwave UV-radiation and laser radiation are also suitable."<br>(Frommeld, col. 6, lines 48-55).<br><br>"Samples 1a to 1f of the resist material laminated onto the copper surface were then exposed through the support film, under an original comprising a transparent field of 4 x 4 cm, a dark field of 4 x 4 cm, a line pattern and a 13-step exposure wedge having density increments of 0.15. In each case, exposure was performed for 5 seconds, by means of an iron-doped 5 kW halide lamp, at a distance of 90 cm." (Frommeld, col. 9, lines 14-16). |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | | Iron-doped 5 kW halide lamps are known in the art to emit light in the visible range (400 nm to 700 nm) and also typically emit a significant portion of their energy in the ultraviolet ("UV") range (between 4 and 400 nm). (See Appendix C Excerpts from "Loctite Light Cure Technology Guide") |
| 13. | A method of producing a photochromic cured product according to claim 12 wherein said photochromic composition is irradiated with an active energy ray having an emission spectrum at longer than 250 nm. | Frommeld teaches using an active energy ray having an emission spectrum at longer than 250 nm. Frommeld states: "Samples 1a to 1f of the resist material laminated onto the copper surface were then exposed through the support film, under an original comprising a transparent field of 4 x 4 cm, a dark field of 4 x 4 cm, a line pattern and a 13-step exposure wedge having density increments of 0.15. In each case, exposure was performed for 5 seconds, by means of an iron-doped 5 kW halide lamp, at a distance of 90 cm." (Frommeld, col. 9, lines 14-16). Iron-doped 5 kW halide lamps are known in the art to emit light in the visible range (400 nm to 700 nm) and also are known to emit a significant portion of their energy in the ultraviolet ("UV") range (between 4 and 400 nm). (See Appendix C Excerpts from "Loctite Light Cure Technology Guide") As such Frommeld anticipates claim 13. |
| 15a. | A photochromic composition comprising: | Frommeld teaches a photochromic composition. Frommeld states: "The present invention relates to a photopolymerizable composition that comprises (1) a polymeric binder, (2) an ethylenically unsaturated, polymerizable compound, (3) a photoinitiator and (4) a particular type of photochromic spiro-indolinobenzopyran compound." (Frommeld, col. 1, lines 1-11). |

21

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| 15b. | (A) at least one radical polymerizable monomer, | Frommeld teaches at least one radical polymerizable monomer is:<br><br>"a compound that has at least one terminal ethylenic double bond and a boiling temperature, at standard pressure, of above 100 °C., and that can form a polymer by polymerization initiated by a free-radical process" (Frommeld, col. 2, lines 21-24 and claim 1).<br><br>"Polymerizable compounds useful for the purpose of this invention are known and are described, for example, in U.S. Pat. Nos. 2,760,863 and 3,060,023. Preferred examples are acrylic and methacrylic acid esters of dihydric and polyhydric alcohols, such as ethylene glycol diacrylate, polyethylene glycol dimethacrylate, acrylates and methacrylates of trimethylol ethane, trimethylol propane, pentaerythritol, dipentaerythritol, and of polyhydric alicyclic alcohols. (Frommeld, col. 5, lines 50-58) |
| 15c. | (B) 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures, thereof, per 100 parts of (A) | Kobayakawa states:<br><br>"For instances, a chromene compound represented by the following formula (1) can be preferably used<br><br><br><br>wherein $R_1$, $R_2$, $R_3$, and $R_4$ may be the same or different and are hydrogen atoms, hydrocarbon groups, substituted amino groups, aromatic hydrocarbon groups, unsaturated heterocyclic groups or saturated heterocyclic groups which may be substituted, $R_3$ and $R_4$ together may form a |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | | ring, and groups represented by  are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted." (Kobayakawa, col. 4, line 55 to column 5, line 9).] <br><br> Frommeld teaches the chromene compounds of Kobayawaka. Frommeld states: <br><br> "(e) a photochromic spiro-indolin-benzopyran compound represented by the formula  (Frommeld, col. 2, line 28-52 and claim 1). <br><br> Ring $\underline{2}$ in the above formula corresponds to the six-membered ring containing oxygen in formula 1 of Kobayakawa. Kobayakawa teaches that "$R_1$, $R_2$, $R_3$, and $R_4$ may be unsaturated heterocyclic groups" and "$R_3$ and $R_4$ together may form a ring." Ring $\underline{3}$ is an unsaturated heterocyclic group corresponding to $R_3$ and $R_4$ in formula 1 of Kobayakawa. For example, $R_4$ could correspond to the nitrogen atom in ring $\underline{3}$. $R_3$ could correspond to the top carbon atom in ring $\underline{3}$. Together the nitrogen, the top carbon, and the remaining carbon atoms form a ring containing nitrogen (i.e., a heterocyclic ring). Aromatic ring $\underline{1}$ corresponds to the ring defined by Y in Kobayakawa where Y is defined as aromatic hydrocarbon groups. Thus, the definition of a chromene is met by the formula taught in Frommeld. |

23

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | | Frommeld anticipates the amount of photochromic compound of claim 1c.  Using the chromene of Example 1c and dividing 0.04 parts by weight of a chromene (namely, 1′,3′,3′-trimethyl-6-nitro-8-methoxy-spiro-[2H-1-benzopyran-2,2′-indoline]) by 20 parts by weight of a radical polymerizable monomer (namely, the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxyethylmethacrylate) (Frommeld, col. 8, lines 34-43) results in 0.2 parts photochromic compound by weight per 100 parts by weight of the polymerizable monomer.

As such, part (B) of claim 1 is anticipated by Frommeld. |
| **15d.** | (C) 0.01 to 1 part by weight of a photopolymerization initiator having a main absorption in an ultraviolet region and a molar absorption coefficient at 400 nm of larger than 150 l/mol-cm, per 100 parts by weight of (A) | Frommeld teaches many photo polymerization initiators may be used.  Frommeld states:

"A large number of substances can be used as photopolymerization initiators in a composition according to the present invention.  Examples are benzophenone, thioxanthone, benzoin and their derivatives" (Frommeld, col. 4, lines 24-27).

"Among these substances, preference is given to heterocyclic compounds having 2 to 5 fused rings and at least one nitrogen atom as a heteroatom, in particular acridine derivatives, such as 9-phenylacridine, …" (Frommeld, col. 4, lines 27-31)

It is well known in the art that 9-phenylacridine exhibits a main absorption in the ultraviolet region and has a molar absorption coefficient larger than 150 l/mol-cm at 400 nm. (See Appendix D, Heinz-Helmut Perkamus, *UV-VIS Atlas of Organic Compounds,* Second Ed., p. 874.)

Frommeld teaches 0.01 to 1 part by weight a photopolymerization initiator per 100 parts by weight of (A).  Frommeld states:

"The initiators are generally employed in an amount ranging from 0.01 to 10.0 percent by weight, preferably from 0.05 to 4.0 percent by weight, relative to the |

24

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | | nonvolatile constituents of the composition." (Frommeld, col. 5, lines 46-49)<br><br>"20 p.b.w. of the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxyethylmethacrylate, ...<br>0.2 p.b.w. of 9-phenylacridine, (Frommeld, col. 8, lines 34-43)<br><br>Dividing 0.2 part photoinitiator by weight per 20 p.b.w. parts by weight of the polymerizable monomer yields 1 part by weight of photoinitiator per 100 parts by weight of polymerizable monomer.<br><br>For at least the reasons stated above, Frommeld anticipates claim 15. |

As set forth above, claims 1-4, 6, 7, 9, 12, 13, and 15 are clearly anticipated by Frommeld. It is requested that claims 1-4, 6, 7, 9, 12, 13, and 15 be reexamined in view of Frommeld.

## B. Claims 1-4, 6, 7, 9, 12, 13 and 15 Are Unpatentable Under 35 U.S.C. § 103 As Being Obvious Over Frommeld In View Of Ellrich

As shown in the following claim chart, claims 1-4, 6, 7, 9, 12, 13, and 15 are unpatentable under 35 U.S.C. §103 as being obvious Frommeld in view of Ellrich. Frommeld describes a photochromic composition that includes monomers, photochromic compounds, chromene compounds and photo initiators claimed in U.S. Patent No. 5,621,017. Ellrich teaches bisacylphosphine oxides and their use as a photopolymerization initiator for compounds containing ethylenically unsaturated bonds.

25

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| **1a.** | A photochromic composition comprising | Frommeld teaches a photochromic composition. Frommeld states:<br><br>"The present invention relates to a photopolymerizable composition that comprises (1) a polymeric binder, (2) an ethylenically unsaturated, polymerizable compound, (3) a photoinitiator and (4) a particular type of photochromic spiro-indolinobenzopyran compound." (Frommeld, col. 1, lines 1-11).<br><br>Ellrich teaches a photopolymerizable composition that includes dyes and pigments. Ellrich states:<br><br>"To the photopolymerizable compounds whose composition for a particular purpose is familiar to those skilled in the art there can be added, in a manner known per se, saturated and/or unsaturated polymers and further additives, such as thermal polymerization inhibitors, pigments, dyes, peroxides and fillers. Such mixtures are per se known to those skilled in the art, and the type and quantity of the additives depend on the contemplated purpose." (Ellrich, col. 28-36) |
| **1b.** | (A) at least one radical polymerizable monomer | Frommeld teaches at least one radical polymerizable monomer is:<br><br>"a compound that has at least one terminal ethylenic double bond and a boiling temperature, at standard pressure, of above 100 °C., and that can form a polymer by polymerization initiated by a free-radical process" (Frommeld, col. 2, lines 21-24 and claim 1).<br><br>"Polymerizable compounds useful for the purpose of this invention are known and are described, for example, in U.S. Pat. Nos. 2,760,863 and 3,060,023. Preferred examples are acrylic and methacrylic acid esters of dihydric and polyhydric alcohols, such as ethylene glycol diacrylate, polyethylene glycol dimethacrylate, acrylates and methacrylates of trimethylol ethane, trimethylol propane, pentaerythritol, dipentaerythritol, and of |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | polyhydric alicyclic alcohols." (Frommeld, col. 5, lines 50-58)<br><br>Ellrich also teaches at least one radical polymerizable monomer. Ellrich states:<br><br>"Suitable photopolymerizable monomers for use with the bisacylphosphines of the invention are compounds and substances with polymerizable CC double bonds familiar to those skilled in the art which are suitably activated by aryl, carbonyl, ester, carboxy, or cyanide groups, for example. For example, acrylic acid and methacrylic acid and their esters with monohydric or polyhydric alcohols having up to 20 carbon atoms, such as methyl methacrylate, ethyl methacrylate, and triethylene glycol dimethacrylate can be polymerized by use of the bisacylphosphines. Furthermore, acrylic and methacrylic derivatives of bisphenol A, e.g. the monomers mentioned in German Pat. No. 1,921,869 and U.S. Pat. No. 3,066,112 (which are hereby incorporated by reference), can be employed." (Ellrich, col. 3, lines 29-63) |
| 1c. | (B) 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures, thereof, per 100 parts of (A) | Kobayakawa states:<br><br>"For instances, a chromene compound represented by the following formula (1) can be preferably used<br><br><br><br>wherein $R_1$, $R_2$, $R_3$, and $R_4$ may be the same or different and are hydrogen atoms, hydrocarbon groups, substituted amino groups, aromatic hydrocarbon groups, unsaturated heterocyclic groups or saturated |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |

heterocyclic groups which may be substituted, $R_3$ and $R_4$ together may form a ring, and groups represented by



are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted." (Kobayakawa, col. 4, line 55 to column 5, line 9).]

Frommeld teaches the chromene compounds of Kobayawaka. Frommeld states:

"(e) a photochromic spiro-indolin-benzopyran compound represented by the formula

(Frommeld, col. 2, line 28-52 and claim 1).

Ring $\underline{2}$ in the above formula corresponds to the six-membered ring containing oxygen in formula 1 of Kobayakawa. Kobayakawa teaches that "$R_1$, $R_2$, $R_3$, and $R_4$ may be unsaturated heterocyclic groups" and "$R_3$ and $R_4$ together may form a ring." Ring $\underline{3}$ is an unsaturated heterocyclic group corresponding to $R_3$ and $R_4$ in formula 1 of Kobayakawa. For example, $R_4$ could correspond to the nitrogen atom in ring $\underline{3}$. $R_3$ could correspond to the top carbon atom in ring $\underline{3}$. Together the nitrogen, the top carbon, and the remaining carbon atoms form a ring containing nitrogen (i.e., a heterocyclic ring). Aromatic ring $\underline{1}$ corresponds to the ring defined by Y in Kobayakawa where Y is defined as aromatic hydrocarbon groups. Thus, the definition of a

| Kobayakawa | |
|---|---|
| **Claim No.** | **Claim Term** |

| Frommeld/Ellrich |
|---|
| **Reasons for Unpatentability** |

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| | | chromene is met by the formula taught in Frommeld.<br><br>Frommeld anticipates the amount of photochromic compound of claim 1c. Using the chromene of Example 1c and dividing 0.04 parts by weight of a chromene (namely, 1′,3′,3′-trimethyl-6-nitro-8-methoxy-spiro-[2H-1-benzopyran-2,2′-indoline]) by 20 parts by weight of a radical polymerizable monomer (namely, the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxyethylmethacrylate) (Frommeld, col. 8, lines 34-43) results in 0.2 parts photochromic compound by weight per 100 parts by weight of the polymerizable monomer.<br><br>As such, part (B) of claim 1 is taught by Frommeld. |
| **1d.** | (C) 0.01 to 1 part by weight of a photopolymerization initiator selected from the group consisting of a $\alpha$-dicarbonyl photo polymerization initiator, an acylphosphine oxide photo polymerization initiator, and a bisacylphosphine oxide photo polymerization initiator, per 100 parts by weight of (A) | Frommeld teaches many photo polymerization initiators may be used. Frommeld states:<br><br>"A large number of substances can be used as photopolymerization initiators in a composition according to the present invention. Examples are benzophenone, thioxanthone, benzoin and their derivatives"<br>(Frommeld, col. 4, lines 24-27).<br><br>For least the reasons stated in Section A, Frommeld teaches an $\alpha$-dicarbonyl photo polymerization initiator.<br><br>Ellrich teaches acylphosphine oxide photopolymerization initiators and bisacylphosphine oxide photopolymerization initiators and the amounts of photopolymerization initiator needed.<br><br>Ellrich states:<br><br>"A number of photoinitiators based on acylphosphines are known. U.S. Pat. No. 3,668,093 and German Offenlegungsschrift No. 3,020,092, for example, describe acylphosphines as photoinitiators. European publications Nos. 0 073 413, 0 007 508, 0 057 474 describe monoacylphosphine oxides as photoinitiators." |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | |
|---|---|
| **Claim No.** | **Claim Term** |
| | |

| Frommeld/Ellrich |
|---|
| **Reasons for Unpatentability** |
| (Ellrich, col. 1, lines 14-18). |

(Ellrich, col. 1, lines 14-18).

"The bisacylphosphine oxides of the invention exhibit very good reactivity as photoinitiators for photopolymerizable monomers having at least one ethylenically unsaturated bond, and mixtures thereof with one another and with known additives. The bisacylphosphine oxides of the invention are suited especially well as photoinitiators for photopolymerizable dental compositions such as tooth filling compositions, material for crowns and bridges, seal and bond solutions. Moreover, the photoinitiators of the invention are suited for the preparation of photopolymerizable compositions suited for use as moldings, and also, for example, for sheets, films or coatings.

The photopolymerizable compositions prepared with the bisacylphosphine oxides of the invention are far superior to photopolymerizable compositions prepared with hitherto known photoinitiators regarding color stability, storage stability, attainable curing depths and curing rates. A further advantage resides in the low oxygen inhibition during photopolymerization with the bisacylphosphine oxides of the invention."
(Ellrich, col. 2, lines 15-35)

"To the photopolymerizable compounds whose composition for a particular purpose is familiar to those skilled in the art there can be added, in a manner known per se, saturated and/or unsaturated polymers and further additives, such as thermal polymerization inhibitors, pigments, dyes, peroxides and fillers. Such mixtures are per se known to those skilled in the art, and the type and quantity of the additives depend on the contemplated purpose.

The bisacylphosphine oxides of the invention are generally employed at a concentration of about 0.01 to about 15% by weight, preferably 0.05 to 5% by weight, based on the photopolymerizable composition. They optionally can be combined with accelerators and/or other photoinitiators. Accelerators per se known to those

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | skilled in the art are, for example, secondary and/or tertiary amines, phosphites, sulfinic and barbituric acid derivatives. Furthermore, the bisacylphosphine oxides, optionally in the presence of the above indicated accelerators, can be used in combination with other photoinitiators for photo-curing photopolymerizable compositions. Such other photoinitiators are, for example, aromatic ketones such as benzil ketals, benzoine ethers, benzoine esters, thioxanthones and 1,2-diketones, e.g. camphor quinone." (Ellrich, col. 4, lines 27-52). <br><br> Kobayakawa teaches no criticality regarding the photoinitiators. In fact, Kobayakawa states: <br><br> "As the photo polymerization initiator, any widely known compound can be used without limitation that is added for photo-polymerizing the radical polymerizable monomers." (Kobayakawa, col. 7, lines 15-17) <br><br> It should also be noted that claim 1 was limited during examination to exclude photoinitiators used by Gupta. <br><br> Since Ellrich teaches the monomers of Kobayakawa, and Ellrich teaches that the photoinitiators of Kobayakawa are suitable for polymerizing such monomers and Kobayakawa and Frommeld essentially teach that any type of photoinitiator can be used, it would have been obvious to one skilled in the art to use photochromic compounds and polymerizable monomers of Frommeld in combination with the photoinitiators and monomers described by Ellrich to prepare the photochromic compositions of Kobayakawa. <br><br> As such, claim 1 is obvious over Frommeld in view of Ellrich. |

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| 2. | A photochromic composition according to claim 1, wherein the radical polymerizable monomer **is at least one** (emphasis added) of those selected from a diacrylate compound or a dimethacrylate compound represented by the following general formula (I), an acrylate compound or a methacrylate compound having an epoxy group represented by the general formula (II), and a vinylbenzyl compound represented by the general formula (III), general formula (I)<br><br>$$H_2C=CCO-(A)_n-OCCH_2=CH_2$$<br>with $R_1$ and $R_1$ groups and $O$ atoms<br><br>wherein $R_1$ and $R_2$ may be the same or different and are hydrogen atoms or methyl groups, and A is the same or different alkylene group, oxyalkylene group, or a group of the following formula which may be substituted,<br><br>$$-(HCH_2CO)_k \quad (OCH_2CH)_m-$$<br>with $R_3$, $X$, $CH_3$, $X$, $R_3$ groups<br><br>wherein $R_3$ is a hydrogen atom or a methyl group, X is a halogen atom, k and m are integers of from 0 to 1, a is an integer of from 0 to 4 representing the substitution number of halogen atoms, and n is an integer of from 1 to 20. general formula (II)<br><br>$$H_2C=CHCO-(R_2O)_m-(R_3O)_n-CH_2C-CH_2$$<br>with $R_1$, $R_4$, $O$ groups<br><br>wherein $R_1$ and $R_4$ are hydrogen atoms or methyl groups, and $R_2$ and $R_3$ may be the same or different and are alkylene group or groups of the following formula which | As stated in Section A, Frommeld teaches at least one radical polymerizable monomer. Ellrich also teaches the radical polymerizable monomers of claim 2. Ellrich states:<br><br>"Suitable photopolymerizable monomers for use with the bisacylphosphines of the invention are compounds and substances with polymerizable CC double bonds familiar to those skilled in the art which are suitably activated by aryl, carbonyl, ester, carboxy, or cyanide groups, for example, acrylic acid and methacrylic acid and their esters with monohydric or polyhydric alcohols having up to 20 carbon atoms, such as methyl methacrylate, ethyl methacrylate, and triethylene glycol dimethacrylate can be polymerized by use of the bisacylphosphines. Furthermore, acrylic and methacrylic derivatives of bisphenol A, e.g. the monomers mentioned in German Pat. No. 1,921,869 and U.S. Pat. No. 3,066,112 (which are hereby incorporated by reference), can be employed. Further useful compounds |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

may be substituted,
wherein m and n are 0 or 1



general formula (III)



wherein $R_1$, $R_2$, $R_3$, and $R_4$ may be the same or different and are halogen atoms, $X_1$, $X_2$ and $X_3$ are oxygen atoms or sulfur atoms, j, k and m are 0 or 1, respectively, and j=0 when k=0 or k=j=0 when m=0, but $X_1$, $X_2$ and $X_3$ are not simultaneously sulfur atoms when m=k=1 and j=0

polymerizable according to the invention are alkanediol diacrylates and alkanediol dimethacrylates, such as 1,6-hexanediol di(meth)acrylate, 1,4-butanediol di(meth)acrylate, tri- or tetraethylene glycol di(meth)acrylate, and the diacrylates and dimethacrylates of bis-hydroxymethyl tricyclo [5.2.1.0$^{2,6}$]-decane mentioned in German Pat. No. 2,816,823, which is hereby incorporated by reference. Also the reaction products of diisocyanates and hydroxyalkyl(meth)acrylates can be used, as described, for example, in German Offenlegungsschrift No. 2,312,559 (hereby incorporated by reference), adducts of diisocyanates and 2,2-propane-bis-3-(4-phenoxy)-1,2-hydroxy-propane-1-methacrylate according to U.S. Pat. No. 3,629,187 (hereby incorporated by reference) and the adducts of isocyanates and methacroyl alkyl ethers, adducts of isocyanates and methacroyl alkoxybenzoles and adducts of isocyanates and methacroyl akoxycycloalkanes, as described in the European publication 44,352 (hereby incorporated by reference)." (Ellrich, col. 3, line 49 through col. 4, line 15)

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| 3. | A photochromic composition according to claim 2, wherein said at least one radical polymerizable monomer (A) further comprises a monomer that is copolymerizable with said monomer of the general formula (I), said monomer of the general formula (II) or said monomer of the general formula (III) but different therefrom. | For at least the reasons stated in Section A, Frommeld teaches at least one radical polymerizable monomer (A) further comprises a monomer that is copolymerizable with said monomer of the general formula (I), said monomer of the general formula (II) or said monomer of the general formula (III) but different therefrom. Ellrich also teaches monomers that are copolymerizable with the monomers having the structures of (I), (II) or (III). Ellrich states: "Of course, mixtures of suitable monomers can also be employed." (Ellrich, col. 4, lines 16-17) "3. A method according to claim 1, wherein said photopolymerizable composition comprises acrylic acid or methacrylic acid or esters thereof with $C_{1-20}$ monohydric alcohols or polyhydric alcohols; acrylic or methacrylic derivatives of bisphenol A; alkanediol diacrylates or alkanediol dimethacrylates, diacrylates or dimethacrylates of bis-hydroxymethyl tricyclo[$5.2.1.0^{2,6}$]-decane; reaction products of diisocyanates and hydroxyalkyl(meth)acrylates; adducts of diisocyanates and 2,2-propane-bis-3-(4-phenoxy)-1,2-hydroxypropane-1-methacrylate; adducts of isocyanates and methacroyl alkyl ethers; adducts of isocyanates and methacroyl alkoxybenzoles; adducts of isocyanates and methacroyl alkoxycycloalkanes; aromatic vinyl compounds; styrene or derivatives thereof; α- alkyl derivatives of styrene; unsaturated polyesters prepared by the reaction of α,β-unsaturated dicarboxylic acids with alkanediols; or unsaturated polyesters prepared by the reaction of alkanediols with α,β unsaturated dicarboxylic acids in mixture with saturated dicarboxylic acids. 4. A method according to claim 3, wherein said photopolymerizable composition comprises methyl methacrylate, ethyl methacrylate, triethylene glycol dimethacrylate, 1,6-hexanediol di(meth)acrylate, 1,4-butandiol di(meth)acrylate, triethylene glycol di(meth)acrylate, tetraethylene glycol di(meth)acrylate, bis-acryloxymethyl-tricyclo-[$5.2.1.0^{2,6}$]-decane, 2,2-bis-4- |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | | (3-methacryloxy-2-hydroxypropoxy)-phenylpropane, styrene, .alpha.-methylstyrene or vinyl toluene." (Ellrich, col. 9, lines 18-47, claims 3 and 4) |
| 4. | A photochromic composition according to claim 3 wherein the monomer which is copolymerizable with the radical polymerizable monomer (A) is at least the one selected from an acrylic ester compound, a methacrylic ester compound, a fumaric ester compound an arylated compound and an aromatic vinyl compound. | For at least the reasons stated in Section A, Frommeld teaches the monomer which is copolymerizable with the radical polymerizable monomer (A) is at least the one selected from an acrylic ester compound, a methacrylic ester compound.  Ellrich also teaches these compounds.<br><br>Ellrich states:<br><br>Furthermore, aromatic vinyl compounds, such as styrene and derivatives thereof, e.g., $\alpha$-alkyl derivatives of styrene, like $\alpha$-methyl styrene and vinyl toluene, can be polymerized by the bisacylphosphines oxides of the invention." (Ellrich, col. 4, lines 16-21) |
| 6. | A photochromic composition according to claim 1, wherein the chromene compound is represented by the following formula (1)<br><br><br><br>wherein $R_1$, $R_2$, $R_3$, and $R_4$ may be the same or different and are hydrogen atoms, hydrocarbon groups, | Frommeld teaches the chromene compound represented by formula (1).  Frommeld states:<br><br>"a photochromic spiro-indolin-benzopyran compound represented by the formula:<br><br><br><br>wherein R denotes a hydrogen atom or a $C_1$-to-$C_{16}$ alkyl group, $R_1$, $R_2$, $R_3$ and $R_4$ are identical or different, and each denotes a hydrogen or a halogen atom, a $C_1$-to-$C_4$ alkyl or alkoxy group, or a nitro group, and $R_5$, $R_6$, $R_7$ and $R_8$ are identical or different, and each denotes a hydrogen |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| Claim No. | Claim Term | Reasons For Unpatentability |
| | substituted amino groups, aromatic hydrocarbon groups, unsaturated heterocyclic groups or saturated heterocyclic groups which may be substituted $R_3$ and $R_4$ together may from a ring, and groups represented by  are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted. | or a halogen atom, a nitro or an amino group, a $C_1$-to-$C_5$ alkyl or alkoxy group, or a $C_6$-to-$C_{10}$ aryl group" (Frommeld, col. 2, line 28-52 and claim 1). |
| 7. | A photochromic composition according to claim 1, wherein the spiro-oxazine compound is represented by the following formula  wherein $R_1$, $R_2$ and $R_3$ may be the same or different and are alkyl groups, cycloalkyl groups, cycloaralkyl groups, alkoxy groups, alkyleneoxyalkyl groups, alkoxycarbonyl groups, | Claim 7 is dependent on claim 1. Claim 7 incorporates all of the limitations of claim 1. Among the limitations of claim 1 is that a photochromic compound be "selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures thereof." Claim 7 adds certain limitations with respect to the spiro-oxazine compound. These limitations would apply for any composition in which a spiro-oxazine (or a mixture including a spiro-oxazine) is selected for the photochromic compound. Claim 7 does not, however, limit the photochromic compound *to* a spiro-oxazine compound (or a mixture containing a spiro-oxazine). Indeed, the photochromic compound may be "selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures thereof" (just as in claim 1). Thus, claim 7 would cover a composition that includes only a chromene compound as the photochromic compound. Thus the additional limitations of claim 7 (which relate to spiro-oxazines) do not narrow or change the chromene limitations of claim 1. As such, claim 7 is anticipated by Frommeld. |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | alkoxycarbonylalkyl groups, aryl groups, aralkyl groups, aryloxy groups, alkylenethioalkyl groups, acyl groups acyloxy groups or amino groups, $R_2$ and $R_3$ together may form a ring, $R_1$, $R_2$ and $R_3$ may have a substituent, and the substituent may be a halogen atom, a nitro group, a cyano group or a heterocyclic ring in addition to the above groups, and groups represented by  are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted, and groups represented by  are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted. | |
| **9.** | A photochromic composition according to claim 1, wherein the photochromic compound (B) is present in an amount of not smaller than 0.01 but | Frommeld teaches a photochromic compound present in an amount of not smaller than 0.01 but smaller than 0.1 part by weight per 100 parts by weight of at least one radical polymerizable monomer (A). |

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | smaller than 0.1 part by weight per 100 parts by weight of said at least one radical polymerizable monomer (A). | Frommeld states: "The corresponding content of spiro compound generally varies between 0.01 and 2.0 percent by weight, preferably between 0.05 and 1.0 percent by weight, relative to the nonvolatile constituents of the composition" (Frommeld, col. 4, lines 17-20). Frommeld states that the proportion of polymerizable monomers contained in the composition generally varies between about 10 and 80 percent by weight (Exhibit 6, column 5, lines 63-65.) Therefore Frommeld discloses that at least in some embodiments 80 weight percent of the composition is made up of the polymerizable monomers. As such, Frommeld's concentration range of photochromic compounds (i.e., between 0.01 and 2.0 percent by weight, relative to the nonvolatile constituents of the composition (Frommeld, col. 4, lines 17-20)) can be adjusted to be calculated relative to the concentration of polymerizable monomers, in the embodiment wherein 80 percent by weight of the composition is polymerizable monomers. To make this adjustment the "0.01 to 2.0 percent by weight" range is divided by 0.8 (i.e., 80%). As such, Frommeld teaches a range of photochromic compounds of 0.0125 to 2.5 percent by weight, relative to the polymerizable monomers in the composition. This equates to a range of 0.0125 to 2.5 parts by weight, per 100 parts by weight of the polymerizable monomer. Such a range substantially overlaps and therefore anticipates the range of not smaller than 0.01 but smaller than 0.1 part by weight, per 100 parts by weight of the radical polymerizable monomer which is set forth in claim 9 of Kobayakawa. As such, Frommeld anticipates claim 9. |
| 12. | A method of producing a photochromic cured product comprising polymerizing the photochromic composition of claim 1 by irradiating said composition with the light | For at least the reasons stated in Section A, Frommeld teaches irradiating the composition with light emitted from a source of light that emits ultraviolet rays. Ellrich also teaches using a source of light that emits ultraviolet rays. |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| Claim No. | Claim Term | Reasons For Unpatentability |
| | emitted from a source of light that emits ultraviolet rays. | Ellrich states:<br><br>"As radiation sources for the light initiating the polymerization of such mixtures, sources are generally used which emit the light preferably in the absorption range of the compounds of the invention, e.g. between 200 and 500 nm. For curing dental compositions light of a wavelength between 400 and 500 nm is especially suited. Especially preferred are optionally doped mercury low-pressure, medium-pressure, and high-pressure radiators, superactinic fluorescent tubes, pulse radiators and incandescent lamps, e.g. halogen lamps." (Ellrich, col. 4, lines 53-62)<br><br>It is well known in the art that ultraviolet light is light below 400 nm. |
| 13. | A method of producing a photochromic cured product according to claim 12 wherein said photochromic composition is irradiated with an active energy ray having an emission spectrum at longer than 250 nm. | For at least the reasons stated in Section A, Frommeld teaches using an active energy ray having an emission spectrum at longer than 250 nm.<br><br>Ellrich also teaches an active energy ray having an emission spectrum at longer than 250 nm.<br><br>Ellrich states:<br><br>"As radiation sources for the light initiating the polymerization of such mixtures, sources are generally used which emit the light preferably in the absorption range of the compounds of the invention, e.g. between 200 and 500 nm." (Ellrich, col. 4, lines 53-57). |
| 15a. | A photochromic composition comprising: | Frommeld teaches a photochromic composition. Frommeld states:<br><br>"The present invention relates to a photopolymerizable composition that comprises (1) a polymeric binder, (2) an ethylenically unsaturated, polymerizable compound, (3) a photoinitiator and (4) a particular type of photochromic spiro-indolinobenzopyran compound." (Frommeld, col. 1, lines 1-11). |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| Claim No. | Claim Term | Reasons For Unpatentability |
| | | Ellrich teaches a photopolymerizable composition that includes dyes and pigments. Ellrich states: "To the photopolymerizable compounds whose composition for a particular purpose is familiar to those skilled in the art there can be added, in a manner known per se, saturated and/or unsaturated polymers and further additives, such as thermal polymerization inhibitors, pigments, dyes, peroxides and fillers. Such mixtures are per se known to those skilled in the art, and the type and quantity of the additives depend on the contemplated purpose." (Ellrich, col. 28-36) |
| 15b. | (A) at least one radical polymerizable monomer, | Frommeld teaches at least one radical polymerizable monomer is: "a compound that has at least one terminal ethylenic double bond and a boiling temperature, at standard pressure, of above 100 °C., and that can form a polymer by polymerization initiated by a free-radical process" (Frommeld, col. 2, lines 21-24 and claim 1). "Polymerizable compounds useful for the purpose of this invention are known and are described, for example, in U.S. Pat. Nos. 2,760,863 and 3,060,023. Preferred examples are acrylic and methacrylic acid esters of dihydric and polyhydric alcohols, such as ethylene glycol diacrylate, polyethylene glycol dimethacrylate, acrylates and methacrylates of trimethylol ethane, trimethylol propane, pentaerythritol, dipentaerythritol, and of polyhydric alicyclic alcohols." (Frommeld, col. 5, lines 50-58) Ellrich also teaches at least one radical polymerizable monomer. Ellrich states: "Suitable photopolymerizable monomers for use with the bisacylphosphines of the invention are compounds and substances with polymerizable CC double bonds familiar |

40

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | | to those skilled in the art which are suitably activated by aryl, carbonyl, ester, carboxy, or cyanide groups, for example. For example, acrylic acid and methacrylic acid and their esters with monohydric or polyhydric alcohols having up to 20 carbon atoms, such as methyl methacrylate, ethyl methacrylate, and triethylene glycol dimethacrylate can be polymerized by use of the bisacylphosphines. Furthermore, acrylic and methacrylic derivatives of bisphenol A, e.g. the monomers mentioned in German Pat. No. 1,921,869 and U.S. Pat. No. 3,066,112 (which are hereby incorporated by reference), can be employed." (Ellrich, col. 3, lines 29-63) |
| **15c.** | (B) 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures, thereof, per 100 parts of (A) | Kobayakawa states: "For instances, a chromene compound represented by the following formula (1) can be preferably used  wherein $R_1$, $R_2$, $R_3$, and $R_4$ may be the same or different and are hydrogen atoms, hydrocarbon groups, substituted amino groups, aromatic hydrocarbon groups, unsaturated heterocyclic groups or saturated heterocyclic groups which may be substituted, $R_3$ and $R_4$ together may form a ring, and groups represented by  are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted." |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | |
|---|---|
| **Claim No.** | **Claim Term** |
| | |

| Frommeld/Ellrich |
|---|
| **Reasons For Unpatentability** |

(Kobayakawa, col. 4, line 55 to column 5, line 9).]

Frommeld teaches the chromene compounds of Kobayawaka. Frommeld states:

"(e) a photochromic spiro-indolin-benzopyran compound represented by the formula



(Frommeld, col. 2, line 28-52 and claim 1).

Ring 2 in the above formula corresponds to the six-membered ring containing oxygen in formula 1 of Kobayakawa. Kobayakawa teaches that "$R_1$, $R_2$, $R_3$, and $R_4$ may be unsaturated heterocyclic groups" and "$R_3$ and $R_4$ together may form a ring." Ring 3 is an unsaturated heterocyclic group corresponding to $R_3$ and $R_4$ in formula 1 of Kobayakawa. For example, $R_4$ could correspond to the nitrogen atom in ring 3. $R_3$ could correspond to the top carbon atom in ring 3. Together the nitrogen, the top carbon, and the remaining carbon atoms form a ring containing nitrogen (i.e., a heterocyclic ring). Aromatic ring 1 corresponds to the ring defined by Y in Kobayakawa where Y is defined as aromatic hydrocarbon groups. Thus, the definition of a chromene is met by the formula taught in Frommeld.

Frommeld anticipates the amount of photochromic compound of claim 1c. Using the chromene of Example 1c and dividing 0.04 parts by weight of a chromene (namely, 1',3',3'-trimethyl-6-nitro-8-methoxy-spiro-[2H-1-benzopyran-2,2'-indoline]) by 20 parts by weight of a radical polymerizable monomer (namely, the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | | hydroxyethylmethacrylate) (Frommeld, col. 8, lines 34-43) results in 0.2 parts photochromic compound by weight per 100 parts by weight of the polymerizable monomer.<br><br>As such, part (B) of claim 1 is taught by Frommeld. |
| **15d.** | (C) 0.01 to 1 part by weight of a photopolymerization initiator having a main absorption in an ultraviolet region and a molar absorption coefficient at 400 nm of larger than 150 l/mol-cm, per 100 parts by weight of (A) | Frommeld teaches many photo polymerization initiators may be used. Frommeld states:<br><br>"A large number of substances can be used as photopolymerization initiators in a composition according to the present invention. Examples are benzophenone, thioxanthone, benzoin and their derivatives" (Frommeld, col. 4, lines 24-27).<br><br>For least the reasons stated in Section A, Frommeld teaches an α-dicarbonyl photo polymerization initiator.<br><br>Ellrich teaches acylphosphine oxide photopolymerization initiators and bisacylphosphine oxide photopolymerization initiators and the amounts of photopolymerization initiator needed.<br><br>Ellrich states:<br><br>"A number of photoinitiators based on acylphosphines are known. U.S. Pat. No. 3,668,093 and German Offenlegungsschrift No. 3,020,092, for example, describe acylphosphines as photoinitiators. European publications Nos. 0 073 413, 0 007 508, 0 057 474 describe monoacylphosphine oxides as photoinitiators." (Ellrich, col. 1, lines 14-18).<br><br>"The bisacylphosphine oxides of the invention exhibit very good reactivity as photoinitiators for photopolymerizable monomers having at least one ethylenically unsaturated bond, and mixtures thereof with one another and with known additives. The bisacylphosphine oxides of the invention are suited especially well as photoinitiators for photopolymerizable dental compositions such as tooth filling compositions, |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | |
| --- | --- |
| **Claim No.** | **Claim Term** |
| | |

| Frommeld/Ellrich |
| --- |
| **Reasons For Unpatentability** |

material for crowns and bridges, seal and bond solutions. Moreover, the photoinitiators of the invention are suited for the preparation of photopolymerizable compositions suited for use as moldings, and also, for example, for sheets, films or coatings.

The photopolymerizable compositions prepared with the bisacylphosphine oxides of the invention are far superior to photopolymerizable compositions prepared with hitherto known photoinitiators regarding color stability, storage stability, attainable curing depths and curing rates. A further advantage resides in the low oxygen inhibition during photopolymerization with the bisacylphosphine oxides of the invention."
(Ellrich, col. 2, lines 15-35)

"To the photopolymerizable compounds whose composition for a particular purpose is familiar to those skilled in the art there can be added, in a manner known per se, saturated and/or unsaturated polymers and further additives, such as thermal polymerization inhibitors, pigments, dyes, peroxides and fillers. Such mixtures are per se known to those skilled in the art, and the type and quantity of the additives depend on the contemplated purpose.

The bisacylphosphine oxides of the invention are generally employed at a concentration of about 0.01 to about 15% by weight, preferably 0.05 to 5% by weight, based on the photopolymerizable composition. They optionally can be combined with accelerators and/or other photoinitiators. Accelerators per se known to those skilled in the art are, for example, secondary and/or tertiary amines, phosphites, sulfinic and barbituric acid derivatives. Furthermore, the bisacylphosphine oxides, optionally in the presence of the above indicated accelerators, can be used in combination with other photoinitiators for photo-curing photopolymerizable compositions. Such other photoinitiators are, for example, aromatic ketones such as benzil ketals, benzoine ethers, benzoine esters, thioxanthones and 1,2-diketones, e.g. camphor quinone."
(Ellrich, col. 4, lines 27-52).

44

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons For Unpatentability** |
| | | Kobayakawa teaches no criticality regarding the photoinitiators. In fact, Kobayakawa states:<br><br>"As the photo polymerization initiator, any widely known compound can be used without limitation that is added for photo-polymerizing the radical polymerizable monomers."<br>(Kobayakawa, col. 7, lines 15-17)<br><br>It should also be noted that claim 1 was limited during examination to exclude photoinitiators used by Gupta.<br><br>Since Ellrich teaches the monomers of Kobayakawa, and Ellrich teaches that the photoinitiators of Kobayakawa are suitable for polymerizing such monomers and Kobayakawa and Frommeld essentially teach that any type of photoinitiator can be used, it would have been obvious to one skilled in the art to use photochromic compounds and polymerizable monomers of Frommeld in combination with the photoinitiators and monomers described by Ellrich to prepare the photochromic compositions of Kobayakawa.<br><br>As such, claim 1 is obvious over Frommeld in view of Ellrich. |

For at least the reasons stated above, it would have been obvious to use the photoinitiators and monomers described by Ellrich in combination with the photochromic compounds and/or monomers of Frommeld to produce compositions and photochromic cured products as claimed in Kobayakawa. Claims 1-4, 6, 7, 9, 12, 13 and 15 of Kobayakawa are obvious by the combination of Frommeld in view of Ellrich. As such, it is requested that claims 1-4, 6, 7, 9, 12, 13 and 15 of Kobayakawa be reexamined in view of Frommeld in view Ellrich.

**C. Claims 1-4, 6, 7, 9, 12, 13 and 15 Are Unpatentable Under 35 U.S.C. § 103 As Being Obvious Over Gupta In View Of Ellrich.**

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

As shown in the following claim chart, claims 1-9, 12, 13, 14, and 15 are unpatentable under 35 U.S.C. §103 as being obvious with respect to Gupta in view of Ellrich. Gupta describes a photochromic composition that includes monomers, chromene compounds (pyrans), and spiro-oxazine compounds (oxazoles) as claimed in Kobayakawa. Ellrich teaches acylphosphine oxides and bisacylphosphine oxides and their use as photopolymerization initiators for compounds containing ethylenically unsaturated bonds.

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| 1a. | A photochromic composition comprising | Gupta teaches a photochromic composition. Gupta states: "Methods for making optical quality plastics lenses with photochromic additives are described. According to a first embodiment of the invention, a casting resin is containing photochromic additives is arranged between a mold and a lens preform and then cured. (Gupta, Abstract). |
| 1b. | (A) at least one radical polymerizable monomer | Gupta teaches at least one radical polymerizable monomer. Gupta states: "More preferred materials include bisphenol A polycarbonates; polycarbonates made from chloro, bromo, phenoxy and alkoxy substituted phenols or naphthols; and polymers of one or more monomers selected from the group consisting of aliphatic and aromatic acrylate monomers, urethane monomers, ester monomers, styrene monomers, vinyl monomers and allyl monomers." (Gupta, col. 4, lines 58-64). As stated in Section B, Ellrich also teaches at least one radical polymerizable monomer. |
| 1c. | (B) 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a | Gupta teaches 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures, thereof, per 100 parts of (A). Gupta states: |

46

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | chromene compound, a spiro-oxazine compound and mixtures, thereof, per 100 parts of (A) | "wherein the photochromic additive is selected from the group consisting of pyrans and oxazoles." (Gupta, claim 8)<br><br>"According to a preferred embodiment, the layering resin compositions comprise about 0.01 to 20 weight % photochromic additives; about 0.5 to 8 weight % photoinitiator; about 25 to 85 weight % bisallyl carbonate; and about to weigh % monofunctional or difunctional acrylates with a range of molecular weights needed to achieve an appropriate overall viscosity, for example, the more preferred viscosity of about 150 to 300 centipoise. More preferably, the layering resin compositions comprise about 0.1 to 5 weight % photochromic additives; about 2 to 4 weight % photoinitiator; about 25 to 50 weight % bisallyl carbonate; and remaining concentration of difunctional acrylates such as oligomeric urethanes terminated with acrylate groups." (Gupta, col. 7, lines 48-61).<br><br>It is well known in the art that pyrans are chromenes and oxazoles are the genus of spiro-oxizines. The Office Action mailed November 6, 2002 during prosecution of Kobayakawa, concurs by stating "pyrans (=chromenes) or oxazoles (=spiro-oxazines)" |
| **1d.** | (C) 0.01 to 1 part by weight of a photopolymerization initiator selected from the group consisting of a α-dicarbonyl photo polymerization initiator, an acylphosphine oxide photo polymerization initiator, and a bisacylphosphine oxide photo polymerization initiator, per 100 parts by weight of (A) | Gupta does not specifically teach the photo polymerization initiators of Kobayakawa. Gupta, however, teaches that photoinitiators that are triggered at wavelengths of 350 nm or longer are preferred. For example, Gupta teaches:<br><br>"Typically the resin is exposed to an ultraviolet source (i.e., a source emitting radiation in the range of about 300-450 nm) during the curing process until the resin sufficiently hardens (i.e., approximately 5-30 minutes). Many photochromic additives, however, are damaged by shorter-wavelength ultraviolet radiation, e.g., ultraviolet radiation of wavelengths less than about 320 nm. Fortunately, photoinitiators are available which are triggered at wavelengths of 350 nm and longer. Thus, according to a preferred embodiment of the invention, a colored-glass ultraviolet filter with a cutoff of 320 nm, such as those available from Corning Glass, is used to prevent exposure of the |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | photochromic additive to ultraviolet light. (Gupta, col. 11, lines 14-25)<br><br>Ellrich teaches acylphosphine oxide photopolymerization initiators and bisacylphosphine oxide photopolymerization initiators have adsorption at wavelengths of greater than 350 nm and the amounts of photopolymerization initiator needed.<br><br>Ellrich states:<br><br>"A number of photoinitiators based on acylphosphines are known. U.S. Pat. No. 3,668,093 and German Offenlegungsschrift No. 3,020,092, for example, describe acylphosphines as photoinitiators. European publications Nos. 0 073 413, 0 007 508, 0 057 474 describe monoacylphosphine oxides as photoinitiators." (Ellrich, col. 1, lines 14-18).<br><br>"Furthermore, it is a disadvantage that the initiators of the above publications only have a low absorption in the range of visible light, i.e., wavelength >400 nm, so that only low light yields can be attained in this range. However, the use of this "harmless" light is particularly indispensable for many applications, e.g. in the dental field." (Ellrich, col. 1, lines 28-34)<br><br>"The bisacylphosphine oxides of the invention exhibit very good reactivity as photoinitiators for photopolymerizable monomers having at least one ethylenically unsaturated bond, and mixtures thereof with one another and with known additives. The bisacylphosphine oxides of the invention are suited especially well as photoinitiators for photopolymerizable dental compositions such as tooth filling compositions, material for crowns and bridges, seal and bond solutions. Moreover, the photoinitiators of the invention are suited for the preparation of photopolymerizable compositions suited for use as moldings, and also, for example, for sheets, films or coatings.<br><br>The photopolymerizable compositions prepared with the bisacylphosphine oxides of the invention are far superior to photopolymerizable compositions prepared with hitherto known photoinitiators regarding color stability, storage stability, attainable curing depths and curing rates. A further advantage |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | resides in the low oxygen inhibition during photopolymerization with the bisacylphosphine oxides of the invention." (Ellrich, col. 2, lines 15-35)<br><br>"To the photopolymerizable compounds whose composition for a particular purpose is familiar to those skilled in the art there can be added, in a manner known per se, saturated and/or unsaturated polymers and further additives, such as thermal polymerization inhibitors, pigments, dyes, peroxides and fillers. Such mixtures are per se known to those skilled in the art, and the type and quantity of the additives depend on the contemplated purpose.<br><br>The bisacylphosphine oxides of the invention are generally employed at a concentration of about 0.01 to about 15% by weight, preferably 0.05 to 5% by weight, based on the photopolymerizable composition. They optionally can be combined with accelerators and/or other photoinitiators. Accelerators per se known to those skilled in the art are, for example, secondary and/or tertiary amines, phosphites, sulfinic and barbituric acid derivatives. Furthermore, the bisacylphosphine oxides, optionally in the presence of the above indicated accelerators, can be used in combination with other photoinitiators for photo-curing photopolymerizable compositions. Such other photoinitiators are, for example, aromatic ketones such as benzil ketals, benzoine ethers, benzoine esters, thioxanthones and 1,2-diketones, e.g. camphor quinone." (Ellrich, col. 4, lines 27-52).<br><br>Table 1 of Ellrich lists extinction coefficients of bisacylphosphine photoinitiators at a wavelength of 400 nm. All of the compounds listed in Table 1 have an extinction coefficient at 400 nm of greater than 150. (Ellrich, Table 1, cols. 5-6)<br><br>Since Gupta states that a photoinitiator having an absorbance above 350 nm is desirable, and Ellrich describes photoinitiators having high absorbance at wavelengths at wavelengths greater than 350 nm for use in polymerizing monomers, it would have been obvious to one skilled in the art to use the photoinitiators described by Ellrich in combination with photochromic compounds and polymerizable monomers of Gupta to prepare photochromic compounds. |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | As such, claim 1 is obvious over Gupta in view of Ellrich. |

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| 2. | A photochromic composition according to claim 1, wherein the radical polymerizable monomer **is at least one** (emphasis added) of those selected from a diacrylate compound or a dimethacrylate compound represented by the following general formula (I), an acrylate compound or a methacrylate compound having an epoxy group represented by the general formula (II), and a vinylbenzyl compound represented by the general formula (III), general formula (I)<br><br>$$H_2C=\overset{R_1}{\underset{\underset{O}{\parallel}}{C}}CO-(A)_n-O\overset{R_1}{\underset{\underset{O}{\parallel}}{C}}C=CH_2$$<br><br>wherein $R_1$ and $R_2$ may be the same or different and are hydrogen atoms or methyl groups, and A is the same or different alkylene group, oxyalkylene group, or a group of the following formula which may be substituted,<br><br>$$(HCH_2CO)_k\overset{R_3}{\underset{}{}}\overset{X_a}{\underset{}{}}\overset{CH_3}{\underset{CH_3}{}}\overset{X_a}{\underset{}{}}\overset{R_3}{\underset{}{}}(OCH_2CH)_m$$<br><br>wherein $R_3$ is a hydrogen atom or a methyl group, X is a halogen atom, k and m are integers of from 0 to 1, a is an integer of from 0 to 4 representing the substitution number of halogen atoms, and n is an integer of from 1 to 20. general formula (II) | | Gupta teaches the radical polymerizable monomers of claim 2.<br><br>Gupta states:<br><br>"Group A monomers and oligomers preferably include mono, di, tri, tetra and pentafunctional acrylates, such as alkoxylated acrylates derived from di or trimethylol alkanes or pentaerethrytol marketed by Sartomer or Polysciences; methacrylates; vinyl monomers such as styrene; allyl monomers such as HIRI, CR-39 and CR-307 marketed by PPG Industries; epoxies, urethanes or esters terminated with acrylic groups." (Gupta, col. 6, lines 58-65)<br><br>As stated in Section B, Ellrich also teaches the radical polymerizable monomers of claim 2. |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | wherein $R_1$ and $R_4$ are hydrogen atoms or methyl groups, and $R_2$ and $R_3$ may be the same or different and are alkylene group or groups of the following formula which may be substituted, wherein m and n are 0 or 1  general formula (III)  wherein $R_1$, $R_2$, $R_3$, and $R_4$ may be the same or different and are halogen atoms, $X_1$, $X_2$ and $X_3$ are oxygen atoms or sulfur atoms, j, k and m are 0 or 1, respectively, and j=0 when k=0 or k=j=0 when m=0, but $X_1$, $X_2$ and $X_3$ are not simultaneously sulfur atoms when m=k=1 and j=0 | |
| 3. | A photochromic composition according to claim 2, wherein said at least one radical polymerizable monomer (A) further comprises a monomer that is copolymerizable with said monomer of the general formula (I), said monomer of the general formula (II) or said monomer of the general formula (III) but different therefrom. | For at least the reasons stated above Gupta teaches at least one radical polymerizable monomer (A) and further comprises a monomer that is copolymerizable with said monomer of the general formula (I), said monomer of the general formula (II) or said |

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | monomer of the general formula (III) but different therefrom.<br><br>Gupta states:<br>"According to a preferred embodiment, the layering resin compositions comprise about 0.01 to 20 weight % photochromic additives; about 0.5 to 8 weight % photoinitiator; about 25 to 85 weight % bisallyl carbonate; and about to weigh % monofunctional or difunctional acrylates with a range of molecular weights needed to achieve an appropriate overall viscosity, for example, the more preferred viscosity of about 150 to 300 centipoise. More preferably, the layering resin compositions comprise about 0.1 to 5 weight % photochromic additives; about 2 to 4 weight % photoinitiator; about 25 to 50 weight % bisallyl carbonate; and remaining concentration of difunctional acrylates such as oligomeric urethanes terminated with acrylate groups.<br><br>Similarly, preferred casting resin compositions comprise about 0.5 to 8 weight % photoinitiator; about 25 to 85 weight % bisallyl carbonate; and % methacrylate, a multi-functional acrylate or a mixture of methacrylate and a multi-functional acrylate. More preferred casting resin compositions comprise about 1 to 4 weight % photoinitiator; about 50 to 80 weight % bisallyl carbonate; and % methacrylate, a multi-functional acrylate or a mixture of |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | methacrylate and a multi-functional acrylate." (Gupta, col. 7, l. 48 - col. 8, l. 3). As stated in Section B above, Ellrich also teaches monomers that are copolymerizable with the monomers having the structures of (I), (II) or (III). |
| 4. | A photochromic composition according to claim 3 wherein the monomer which is copolymerizable with the radical polymerizable monomer (A) is at least the one selected from an acrylic ester compound, a methacrylic ester compound, a fumaric ester compound an arylated compound and an aromatic vinyl compound. | Gupta teaches a monomer which is copolymerizable with the radical polymerizable monomer (A) is at least the one selected from an acrylic ester compound, a methacrylic ester compound, a fumaric ester compound an arylated compound and an aromatic vinyl compound. Gupta states: "wherein the uncured resin comprises about 65 to about 98 weight % allyl monomers and about 2 to about 35 weight % of a component selected from the group consisting of one or more aliphatic and aromatic acrylate monomers, urethane monomers, ester monomers, styrene monomers, vinyl monomers, and allyl monomers." (Gupta, col. 12, lines 42-48, claim 4). As stated in Section B, Ellrich also teaches this mixture of compounds. |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| 6. | A photochromic composition according to claim 1, wherein the chromene compound is represented by the following formula (1)<br><br><br><br>wherein $R_1$, $R_2$, $R_3$, and $R_4$ may be the same or different and are hydrogen atoms, hydrocarbon groups, substituted amino groups, aromatic hydrocarbon groups, unsaturated heterocyclic groups or saturated heterocyclic groups which may be substituted $R_3$ and $R_4$ together may from a ring, and groups represented by<br><br><br><br>are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted. | Claim 6 is dependent on claim 1. Claim 6 incorporates all of the limitations of claim 1. Among the limitations of claim 1 is that a photochromic compound be "selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures thereof." Claim 6 adds certain limitations with respect to the chromene compound. These limitations would apply for any composition in which a chromene (or a mixture including a chromene) is selected for the photochromic compound. Gupta teaches the use of pyrans. Pyrans are the genus of the chromene represented by formula (1).<br><br>Gupta states:<br><br>"Depending on the specific embodiment, either the casting resin or the layering resin composition may contain a photochromic additive. Preferred photochromic additives include pyrans and oxazoles." (Gupta, col. 7, lines 44-48) |
| 7. | A photochromic composition according to claim 1, wherein the spiro-oxazine compound is represented by the following formula | Claim 7 is dependent on claim 1. Claim 7 incorporates all of the limitations of claim 1. Among the limitations of claim 1 is that a photochromic compound be "selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures thereof." Claim 7 adds certain limitations with respect to the spiro-oxazine compound. These limitations would apply for any |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | <br><br>wherein $R_1$, $R_2$ and $R_3$ may be the same or different and are alkyl groups, cycloalkyl groups, cycloaralkyl groups, alkoxy groups, alkyleneoxyalkyl groups, alkoxycarbonyl groups, alkoxycarbonylalkyl groups, aryl groups, aralkyl groups, aryloxy groups, alkylenethioalkyl groups, acyl groups acyloxy groups or amino groups, $R_2$ and $R_3$ together may form a ring, $R_1$, $R_2$ and $R_3$ may have a substituent, and the substituent may be a halogen atom, a nitro group, a cyano group or a heterocyclic ring in addition to the above groups, and groups represented by<br><br><br><br>are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted, and groups represented by<br><br><br><br>are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted. | composition in which a spiro-oxazine (or a mixture including a spiro-oxazine) is selected for the photochromic compound. Gupta teaches the use of oxazoles. Oxazoles are the genus of the spiro-oxazine represented by the formula in claim 7.<br><br>Gupta states:<br><br>"Depending on the specific embodiment, either the casting resin or the layering resin composition may contain a photochromic additive. Preferred photochromic additives include pyrans and oxazoles." (Gupta, col. 7, lines 44-48). |
| 9. | A photochromic composition according to claim 1, wherein the photochromic compound (B) is present in an amount of not smaller than 0.01 but smaller than 0.1 part | Gupta teaches a photochromic compound present in an amount from 0.01 to 20 weight %. Gupta |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | by weight per 100 parts by weight of said at least one radical polymerizable monomer (A). | states:<br><br>"According to a preferred embodiment, the layering resin compositions comprise about 0.01 to 20 weight % photochromic additives;"<br><br>(Gupta, col. 7, lines 48-51).<br><br>The range of Gupta significantly overlaps the range of claim 9. As such, claim 9 is anticipated by Gupta. |
| **12.** | A method of producing a photochromic cured product comprising polymerizing the photochromic composition of claim 1 by irradiating said composition with the light emitted from a source of light that emits ultraviolet rays. | Gupta teaches producing a photochromic cured product comprising polymerizing the photochromic composition of claim 1 by irradiating said composition with the light emitted from a source of light that emits ultraviolet rays.<br><br>Gupta states:<br><br>"Ultraviolet curing is typically achieved in connection with a ultraviolet light source."<br>(Gupta, col. 11, lines 9-10)<br><br>As stated in section B, Ellrich also teaches using a source of light that emits ultraviolet rays. |
| **13.** | A method of producing a photochromic cured product according to claim 12 wherein said photochromic composition is irradiated with an active energy ray having an emission spectrum at longer than 250 nm. | Gupta teaches irradiating the photochromic composition with an active energy ray having an emission spectrum at longer than 250 nm. |

56

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | Gupta states: "Suitable ultraviolet light sources include those manufactured by Phillips Corporation and identified as TL/1OR/UVA reflector lamps, HPM high pressure halide lamps, HPA medium pressure metal halide lamps and HPR high pressure mercury vapor lamps. Typically, the resin is exposed to a ultraviolet source (i.e., a source emitting radiation in the range of about 300-450 nm) during the curing process until the resin sufficiently hardens (i.e., approximately 5-30 minutes)." (Gupta, col. 11, lines 10-17) As stated in Section B, Ellrich also teaches an active energy ray having an emission spectrum at longer than 250 nm. |
| 15a. | A photochromic composition comprising: | Gupta teaches a photochromic composition. Gupta states: "Methods for making optical quality plastics lenses with photochromic additives are described. According to a first embodiment of the invention, a casting resin is containing photochromic additives is arranged between a mold and a lens preform and then cured. (Gupta, Abstract). |
| 15b. | (A) at least one radical polymerizable monomer, | Gupta teaches at least one radical polymerizable monomer. Gupta |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | states:<br><br>"More preferred materials include bisphenol A polycarbonates; polycarbonates made from chloro, bromo, phenoxy and alkoxy substituted phenols or naphthols; and polymers of one or more monomers selected from the group consisting of aliphatic and aromatic acrylate monomers, urethane monomers, ester monomers, styrene monomers, vinyl monomers and allyl monomers."<br>(Gupta, col. 4, lines 58-64).<br><br>As stated in Section B, Ellrich also teaches at least one radical polymerizable monomer. |
| 15c. | (B) 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures, thereof, per 100 parts of (A) | Gupta teaches 0.001 to 0.2 part by weight of a photochromic compound selected from the group consisting of a chromene compound, a spiro-oxazine compound and mixtures, thereof, per 100 parts of (A). Gupta states:<br><br>"wherein the photochromic additive is selected from the group consisting of pyrans and oxazoles." (Gupta, claim 8)<br><br>"According to a preferred embodiment, the layering resin compositions comprise about 0.01 to 20 weight % photochromic additives; about 0.5 to 8 weight % photoinitiator; about 25 to 85 weight % bisallyl carbonate; and about to weigh % monofunctional or difunctional acrylates with a |

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| Claim No. | Claim Term | Reasons for Unpatentability |
| | | range of molecular weights needed to achieve an appropriate overall viscosity, for example, the more preferred viscosity of about 150 to 300 centipoise. More preferably, the layering resin compositions comprise about 0.1 to 5 weight % photochromic additives; about 2 to 4 weight % photoinitiator; about 25 to 50 weight % bisallyl carbonate; and remaining concentration of difunctional acrylates such as oligomeric urethanes terminated with acrylate groups." (Gupta, col. 7, lines 48-61). It is well known in the art that pyrans are chromenes and oxazoles are the genus of spiro-oxizines. The Office Action mailed November 6, 2002 during prosecution of Kobayakawa, concurs by stating "pyrans (=chromenes) or oxazoles (=spiro-oxizines)" |
| 15d. | (C) 0.01 to 1 part by weight of a photopolymerization initiator having a main absorption in an ultraviolet region and a molar absorption coefficient at 400 nm of larger than 150 l/mol-cm, per 100 parts by weight of (A) | Gupta does not specifically teach the photo polymerization initiators of Kobayakawa. Gupta, however, teaches that photoinitiators that are triggered at wavelengths of 350 nm or longer are preferred. For example, Gupta teaches: "Typically the resin is exposed to an ultraviolet source (i.e., a source emitting radiation in the range of about 300-450 nm) during the curing process until the resin sufficiently hardens (i.e., approximately 5-30 minutes). |

59

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | Many photochromic additives, however, are damaged by shorter-wavelength ultraviolet radiation, e.g., ultraviolet radiation of wavelengths less than about 320 nm. Fortunately, photoinitiators are available which are triggered at wavelengths of 350 nm and longer. Thus, according to a preferred embodiment of the invention, a colored-glass ultraviolet filter with a cutoff of 320 nm, such as those available from Corning Glass, is used to prevent exposure of the photochromic additive to ultraviolet light. (Gupta, col. 11, lines 14-25) <br><br> Ellrich teaches acylphosphine oxide photopolymerization initiators and bisacylphosphine oxide photopolymerization initiators have adsorption at wavelengths of greater than 350 nm and the amounts of photopolymerization initiator needed. <br><br> Ellrich states: <br><br> "A number of photoinitiators based on acylphosphines are known. U.S. Pat. No. 3,668,093 and German Offenlegungsschrift No. 3,020,092, for example, describe acylphosphines as photoinitiators. European publications Nos. 0 073 413, 0 007 508, 0 057 474 describe monoacylphosphine oxides as photoinitiators." (Ellrich, col. 1, lines 14-18). <br><br> "Furthermore, it is a disadvantage |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | that the initiators of the above publications only have a low absorption in the range of visible light, i.e., wavelength >400 nm, so that only low light yields can be attained in this range. However, the use of this "harmless" light is particularly indispensable for many applications, e.g. in the dental field." (Ellrich, col. 1, lines 28-34) "The bisacylphosphine oxides of the invention exhibit very good reactivity as photoinitiators for photopolymerizable monomers having at least one ethylenically unsaturated bond, and mixtures thereof with one another and with known additives. The bisacylphosphine oxides of the invention are suited especially well as photoinitiators for photopolymerizable dental compositions such as tooth filling compositions, material for crowns and bridges, seal and bond solutions. Moreover, the photoinitiators of the invention are suited for the preparation of photopolymerizable compositions suited for use as moldings, and also, for example, for sheets, films or coatings. The photopolymerizable compositions prepared with the bisacylphosphine oxides of the invention are far superior to photopolymerizable compositions prepared with hitherto known photoinitiators regarding color stability, storage stability, |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | attainable curing depths and curing rates. A further advantage resides in the low oxygen inhibition during photopolymerization with the bisacylphosphine oxides of the invention." (Ellrich, col. 2, lines 15-35) "To the photopolymerizable compounds whose composition for a particular purpose is familiar to those skilled in the art there can be added, in a manner known per se, saturated and/or unsaturated polymers and further additives, such as thermal polymerization inhibitors, pigments, dyes, peroxides and fillers. Such mixtures are per se known to those skilled in the art, and the type and quantity of the additives depend on the contemplated purpose. The bisacylphosphine oxides of the invention are generally employed at a concentration of about 0.01 to about 15% by weight, preferably 0.05 to 5% by weight, based on the photopolymerizable composition. They optionally can be combined with accelerators and/or other photoinitiators. Accelerators per se known to those skilled in the art are, for example, secondary and/or tertiary amines, phosphites, sulfinic and barbituric acid derivatives. Furthermore, the bisacylphosphine oxides, optionally in the presence of the above indicated accelerators, can be used in combination with other photoinitiators for photo-curing photopolymerizable compositions. Such other |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | photoinitiators are, for example, aromatic ketones such as benzil ketals, benzoine ethers, benzoine esters, thioxanthones and 1,2-diketones, e.g. camphor quinone." (Ellrich, col. 4, lines 27-52). Table 1 of Ellrich lists extinction coefficients of bisacylphosphine photoinitiators at a wavelength of 400 nm. All of the compounds listed in Table 1 have an extinction coefficient at 400 nm of greater than 150. (Ellrich, Table 1, cols. 5-6) Since Gupta states that a photoinitiator having an absorbance above 350 nm is desirable, and Ellrich describes photoinitiators having high absorbance at wavelengths at wavelengths greater than 350 nm for use in polymerizing monomers, it would have been obvious to one skilled in the art to use the photoinitiators described by Ellrich in combination with photochromic compounds and polymerizable monomers of Gupta to prepare photochromic compounds. As such, claim 1 is obvious over Gupta in view of Ellrich. |

For at least the reasons stated above, it would have been obvious to use the photoinitiators and monomers described by Ellrich in combination with the photochromic compounds and/or monomers of Gupta to produce compositions and photochromic cured

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

products as claimed in Kobayakawa. Claims 1-4, 6, 7, 9, 12, 13 and 15 of Kobayakawa are obvious by the combination of Gupta in view of Ellrich. As such, it is requested that claims 1-4, 6, 7, 9, 12, 13 and 15 of Kobayakawa be reexamined in view of Gupta in view Ellrich.

**D. Claim 5 Is Unpatentable Under 35 U.S.C. § 103 As Being Obvious Over Frommeld In View Of Reardon.**

As shown by the following claim chart, claim 5 is unpatentable under 35 U.S.C. §103 as being obvious over Frommeld in view of Reardon. Frommeld teaches photochromic compositions that include radical polymerizable monomers, photochromic compounds, and photo initiators. Reardon teaches phototropic compounds that include radical polymerizable monomers, phototropic compounds, and photo initiators. Reardon also teaches radical polymerizable monomers that include epoxy groups.

| Kobayakawa | | Frommeld/Reardon |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| 5. | A photochromic composition according to claim 2, wherein the radical polymerizable monomer is a composition containing 30 to 90% by weight of a monomer of the general formula (I) or a monomer of the general formula (III), 0.1 to 40% by weight of an epoxy monomer of the general formula (II), and 0.1 to 50% by weight of another monomer copolymerizable with said monomers. | As stated in Sections A and B, Frommeld teaches a photochromic composition that includes monomers of the general formula (I).<br><br>Reardon teaches phototropic photosensitive compositions that include a mixture of monomers including a composition containing 30 to 90% by weight of a monomer of the general formula (I), 0.1 to 40% by weight of an epoxy monomer of the general formula (II), and 0.1 to 50% by weight of another monomer copolymerizable with said monomers.<br><br>Reardon states:<br><br>"It would also be useful to have a liquid photopolymerizable system that is colorless or lightly colored in the unexposed state and which both crosslinks and becomes intensely colored upon exposure to actinic light." (Reardon, col. 1, lines 51-54).<br><br>"As used herein, the term "phototropic" is intended to identify |

| Kobayakawa | | Frommeld/Reardon |
|---|---|---|
| Claim No. | Claim Term | Reasons for Unpatentability |
| | | the capability of a system, such as the composition described above, to darken in response to actinic light; the term is derived from "photo"--indicating light or radiant energy and "tropic"--changing or tending to change in a specified manner in response to a specified stimulus." (Reardon, col. 2, lines 60-66)<br><br>Reardon gives numerous examples of monomers of formulas (I) and (II) that may be used. Reardon states:<br><br>"As indicated, there is contemplated a photosensitive composition that contains at least one component capable of curing, crosslinking or polymerizing upon suitable initiation. ... Glycidyl esters of acrylic acid and of its homologs, methacrylic acid and crotonic acid, are vinyl epoxy monomers of particular interest. ... The component capable of curing, crosslinking or polymerizing upon suitable initiation can be used alone in mixtures and/or in conjunction with one or more preformed polymers." (Reardon, col. 7, line 9 through col. 12, line 46)<br><br>In Example 7 of Reardon, the table lists a mixture of components in the ranges specified by claim 5 are listed as follows:<br>16 parts by wt of EPOA (polyacrylates of epoxidized soya bean available from Union Carbide)<br>14.2 parts by wt of NPGDA (neopentyl glycol diacrylate)<br>14.2 parts by wt of EHA (2-ethylhexyl acrylate).<br><br>Example 7 states: "The composition are prepared by adding the Epon Diacrylate polymer to the monomers and mixing in conventional equipment at low to medium speeds until dissolved. The photoinitiator is added and the other ingredients are ingredients are incorporated." (Reardon, col. 38, lines 15 through 43)<br><br>Since Reardon teaches photopolymerizing monomers to produce a phototropic photosensitive compositions, it would have been obvious to one skilled in the art to use the monomers of Reardon, such as epoxy monomers, in combination with the photochromic compounds and monomers of Frommeld to form the photochromic compositions of Kobayakawa. |

65

For at least the reasons stated above, it would have been obvious to irradiate the monomers of Reardon in combination with the monomers, photochromic compounds, and photoinitiators of Frommeld to produce compositions and photochromic cured products as claimed in Kobayakawa. Claim 5 of Kobayakawa is therefore obvious by the combination of Frommeld in view of Reardon. As such, it is requested that claim 5 of Kobayakawa be reexamined in view of Frommeld in view Reardon.

### E. Claim 7 Is Unpatentable Under 35 U.S.C. § 103 As Being Obvious Over Frommeld In View of Iwamoto

As shown by the following claim chart, claim 7 is unpatentable under 35 U.S.C. §103 as being obvious over Frommeld in view of Iwamoto. Since, claim 7 does not further limit claim 1, Frommeld anticipates claim 7. Frommeld, however, does not specifically teach the structure represented in claim 7. Iwamoto teaches the spiro-oxazine compound in claim 7 for photochromic uses.

| Kobayakawa | | Frommeld/Iwamoto |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| 7. | A photochromic composition according to claim 1, wherein the spiro-oxazine compound is represented by the following formula<br><br><br><br>wherein $R_1$, $R_2$ and $R_3$ may be the | For at least the reasons stated in Section A Frommeld teaches all the features of claim 1.<br><br>Iwamoto teaches photochromic compounds claimed in claim 7 and photochromic compositions containing the spiro-oxazine. Iwamoto states:<br><br>"The present invention relates to a novel compound having a photochromic action, a composition comprising this compound, and a use thereof. More particularly, the present invention relates to a novel compound which is colored from the colorless state under irradiation of an ultraviolet ray-containing light such as sunlight or a light of a mercury lamp, this change is reversible and the color fading speed is high, a composition comprising this novel compound and a use thereof." |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Iwamoto |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | same or different and are alkyl groups, cycloalkyl groups, cycloaralkyl groups, alkoxy groups, alkyleneoxyalkyl groups, alkoxycarbonyl groups, alkoxycarbonylalkyl groups, aryl groups, aralkyl groups, aryloxy groups, alkylenethioalkyl groups, acyl groups acyloxy groups or amino groups, $R_2$ and $R_3$ together may form a ring, $R_1$, $R_2$ and $R_3$ may have a substituent, and the substituent may be a halogen atom, a nitro group, a cyano group or a heterocyclic ring in addition to the above groups, and groups represented by <br><br>  <br><br> are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted, and groups represented by <br><br>  <br><br> are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted. | (Iwamoto, col. 1, lines 8-16) <br><br> "A still further object of the present invention is to provide a photochromic lens having a practical utility. <br><br> As the result of research made by us, it was found that these objects could be attained by a photochromic compound described below. <br><br> More specifically, in accordance with the present invention, there is provided a spiroxazine compound represented by the following general formula (I): <br><br>  <br><br> wherein $R_1$ and $R_2$ may be the same or different alkyl groups having 1 to 20 carbon atoms, or may together form a cycloalkyl ring, bicycloalkyl ring or a tricycloalkyl ring, <br><br> $R_3$ represents an alkyl group having 1 to 10 carbon atoms, an aryl group having 6 to 10 carbon atoms, an aralkyl group having 7 to 14 carbon atoms, an alkoxycarbonylalkyl group including an alkoxy group having 1 to 10 carbon atoms and an alkylene group having 1 to 10 carbon atoms or a cyanoalkyl group having 1 to 10 carbon atoms, <br> $R_4$ and $R_5$, which may be the same or different, represent a hydrogen atom, a halogen atom, an alkyl group having 1 to 10 carbon atoms, an aryl group having 6 to 10 carbon atoms, an aralkyl group having 7 to 14 carbon atoms, an alkoxy group having 1 to 10 carbon atoms, cyano group, a |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Iwamoto |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | halogenoalkyl group having 1 to 4 carbon atoms, an amino group, a dialkylamino group having 2 to 20 carbon atoms, a 5- or 6-membered monocyclic heterocyclic group having one nitrogen atom or an alkoxycarbonyl group having 1 to 5 carbon atoms, <br><br>  <br><br> represents an aromatic hydrocarbon group which may be substituted with a halogen atom, a hydroxyl group, a cyano group, a nitro group, an alkyl group having 1 to 20 carbon atoms, an alkoxy group having 1 to 20 carbon atoms, an aryl group having 6 to 10 carbon atoms, an alkylamino group having 1 to 4 carbon atoms, a dialkylamino group having 2 to 8 carbon atoms, a halogenoalkyl group having 1 to 4 carbon atoms, a 5- or 6-membered monocyclic heterocyclic group, an aralkyl group having 7 to 14 carbon atoms or an alkoxy carbonyl group having 1 to 5 carbon atoms, or an unsaturated heterocyclic group which may be substituted with at least one constituent selected from the group consisting of a halogen atom and said groups, and <br><br>  <br><br> represents, when $R_1$ and $R_2$ are both methyl groups, a fused polycyclic aromatic hydrocarbon group which may be substituted with a halogen atom, a cyano group, a nitro group, an alkyl group having 1 to 20 carbon atoms, an alkoxy group having 1 to 20 carbon atoms, an amino group or a dialkylamino group having 2 to 8 carbon atoms, or an unsaturated heterocyclic group which may be substituted with at least one constituent selected |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Frommeld/Iwamoto |
|---|---|---|
| Claim No. | Claim Term | Reasons for Unpatentability |
| | | from the group consisting of a halogen atom and said groups, and represents, when $R_1$ and $R_2$ are other than the mentioned above, an aromatic hydrocarbon group which may be substituted with a halogen atom, a cyano group, a nitro group, an alkyl group having 1 to 20 carbon atoms, an alkoxy group having 1 to 20 carbon atoms, an amino group or a dialkylamino group having 2 to 8 carbon atoms, or an unsaturated heterocyclic group which may be substituted with at least one constituent selected from the group consisting of a halogen atom and said groups." (Iwamoto, col. 1, line 63 through col. 3, line 19) It would have been obvious to one skilled in the art to use the spiro-oxazines described by Iwamoto in the invention of Frommeld to make photochromic compositions of Kobayakawa. |

For at least the reasons stated above, it would have been obvious to use the spiro-oxazine compounds of Iwamoto in combination with the monomers, photochromic compounds, and photoinitiators of Frommeld to produce compositions and photochromic cured products as claimed in Kobayakawa. Claim 7 of Kobayakawa is obvious by the combination of Frommeld in view of Iwamoto. As such, it is requested that claim 7 of Kobayakawa be reexamined in view of Frommeld in view Iwamoto.

### F. Claim 8 Is Unpatentable Under 35 U.S.C. § 103 As Being Obvious Over Gupta et al. In View of Reardon.

As shown by the following claim chart, claim 8 is unpatentable under 35 U.S.C. §103 as being obvious over Gupta in view of Reardon. Gupta teaches photochromic compositions that include radical polymerizable monomers, photochromic compounds, and photo initiators. Reardon teaches phototropic compounds that include radical polymerizable monomers, phototropic compounds, and photo initiators. Reardon also teaches radical polymerizable

monomers that include epoxy groups.

| Kobayakawa | | Gupta/Reardon |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| **8a.** | A photochromic composition comprising: | Both Reardon and Gupta teach a photochromic composition.<br><br>Gupta states:<br><br>"Methods for making optical quality plastics lenses with photochromic additives are described. According to a first embodiment of the invention, a casting resin is containing photochromic additives is arranged between a mold and a lens preform and then cured.<br>(Gupta, Abstract).<br><br>Reardon states:<br><br>"It would also be useful to have a liquid photopolymerizable system that is colorless or lightly colored in the unexposed state and which both crosslinks and becomes intensely colored upon exposure to actinic light."<br>(Reardon, col. 1, lines 51-54).<br><br>"As used herein, the term "phototropic" is intended to identify the capability of a system, such as the composition described above, to darken in response to actinic light; the term is derived from "photo"--indicating light or radiant energy and "tropic"--changing or tending to change in a specified manner in response to a specified stimulus."<br>(Reardon, col. 2, lines 60-66) |
| **8b.** | (A) at least one radical polymerizable monomer | Both Gupta and Reardon teach at least one radical polymerizable monomer.<br><br>Gupta states:<br><br>"More preferred materials include bisphenol A polycarbonates; polycarbonates made from chloro, bromo, phenoxy and alkoxy substituted phenols or naphthols; and polymers of one or more monomers selected from the group consisting of aliphatic and aromatic acrylate monomers, urethane monomers, ester monomers, styrene monomers, vinyl monomers and allyl monomers." |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Reardon |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | (Gupta, col. 4, lines 58-64).<br><br>Reardon states:<br><br>"As indicated, there is contemplated a photosensitive composition that contains at least one component capable of curing, crosslinking or polymerizing upon suitable initiation. ... Glycidyl esters of acrylic acid and of its homologs, methacrylic acid and crotonic acid, are vinyl epoxy monomers of particular interest. ... The component capable of curing, crosslinking or polymerizing upon suitable initiation can be used alone in mixtures and/or in conjunction with one or more preformed polymers."<br>(Reardon, col. 7, line 9 through col. 12, line 46) |
| | (B) 0.001 to 0.2 part by weight of a spiro-oxazine compound, per 100 parts by weight of (A), | Gupta teaches 0.001 to 0.2 part by weight of a spiro-oxazine compound, per 100 parts by weight of (A).<br><br>Gupta states:<br><br>"wherein the photochromic additive is selected from the group consisting of pyrans and oxazoles."<br>(Gupta, claim 8)<br><br>"According to a preferred embodiment, the layering resin compositions comprise about 0.01 to 20 weight % photochromic additives; about 0.5 to 8 weight % photoinitiator; about 25 to 85 weight % bisallyl carbonate; and about to weigh % monofunctional or difunctional acrylates with a range of molecular weights needed to achieve an appropriate overall viscosity, for example, the more preferred viscosity of about 150 to 300 centipoise. More preferably, the layering resin compositions comprise about 0.1 to 5 weight % photochromic additives; about 2 to 4 weight % photoinitiator; about 25 to 50 weight % bisallyl carbonate; and remaining concentration of difunctional acrylates such as oligomeric urethanes terminated with acrylate groups."<br>(Gupta, col. 7, lines 48-61).<br><br>It is well known in the art that pyrans are chromenes and oxazoles are the genus of spiro-oxizines. The Office Action mailed November 6, 2002 during prosecution of Kobayakawa, concurs by stating "pyrans (=chromenes) or oxazoles (=spiro-oxazines)" |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Reardon |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | As stated above Reardon teaches compositions that are photochromic. |
| | (C) 0.01 to 1 part by weight of a photo polymerization initiator, per 100 parts by weight of (A), and | Both Gupta and Reardon teaches a composition having a photoinitiator. Gupta teaches 0.01 to 1 part by weight of a photo polymerization initiator, per 100 parts by weight of (A). Gupta states: "According to a preferred embodiment, the layering resin compositions comprise about 0.01 to 20 weight % photochromic additives; about 0.5 to 8 weight % photoinitiator; about 25 to 85 weight % bisallyl carbonate; and about to 25 to 75 weight% monofunctional or difunctional acrylates with a range of molecular weights needed to achieve an appropriate overall viscosity, for example, the more preferred viscosity of about 150 to 300 centipoise. More preferably, the layering resin compositions comprise about 0.1 to 5 weight % photochromic additives; about 2 to 4 weight % photoinitiator; about 25 to 50 weight % bisallyl carbonate; and remaining concentration of difunctional acrylates such as oligomeric urethanes terminated with acrylate groups." (Gupta, col. 7, lines 48-61). Reardon states: "the compositions will generally contain from about 1 to 10% by weight of photoinitiator." |
| **8d.** | (D) 0.01 to 20 parts by weight of a compound having at least one epoxy group in the molecule, per 100 parts by weight of (A). | Reardon teaches .01 to 20 parts by weight of a compound having at least one epoxy group in the molecule, per 100 parts by weight of (A). Reardon states: "In another aspect the component that is capable of curing, crosslinking or polymerizing is an epoxy compound that contains one or more 1,2-epoxy groups …Thus, there can be used any polymerizable, monomeric or prepolymeric epoxide material or mixture of such epoxide materials containing at least one vicinal epoxide group per molecule. The classic epoxy resin is obtained by the well known reaction of epichlorohydrin and bisphenol A (4,4'-isopropylidenediphenol). The reaction product is believed to have the form of a polyglycidyl ether of bisphenol A (the glycidyl group |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Reardon |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | being more formally referred to as the 2,3-epoxypropyl group) and thus may be thought of as a polyether derived from the diphenol and glycidol (2,3-epoxy-1-propanol). …Glycidyl esters of acrylic acid and of its homologs, methacrylic acid and crotonic acid, are vinyl epoxy monomers of particular interest. Other such monomers are allyl glycidyl ether (1-allyloxy-2,3-epoxypropane) and glycidyl phenyl ether (1,2-epoxy-3-phenoxypropane).… The component capable of curing, crosslinking or polymerizing upon suitable initiation can be used alone in mixtures and/or in conjunction with one or more preformed polymers." (Reardon, col. 10, line 43 through col. 12, line 46)<br><br>In Example 7 of Reardon, the table lists a mixture of components in the ranges specified by claim 5 are listed as follows: 16 parts by wt of EPOA (polyacrylates of epoxidized soya bean available from Union Carbide) 14.2 parts by wt of NPGDA (neopentyl glycol diacrylate) 14.2 parts by wt of EHA (2-ethylhexyl acrylate).<br><br>Example 7 states: "The composition are prepared by adding the Epon Diacrylate polymer to the monomers and mixing in conventional equipment at low to medium speeds until dissolved. The photoinitiator is added and the other ingredients are ingredients are incorporated." (Reardon, col. 38, lines 15 through 43)<br><br>Since Gupta and Reardon both teach photopolymerizing monomers to produce a phototropic photosensitive compositions, it would have been obvious to one skilled in the art to use the epoxy monomers of Reardon in combination with the photochromic compounds and monomers of Gupta to form the claimed photochromic composition of Kobayakawa |

For at least the reasons stated above, it would have been obvious to irradiate the monomers of Reardon in combination with the monomers, photochromic compounds, and photoinitiators of Gupta to produce compositions and photochromic cured products as claimed in Kobayakawa. Claim 8 of Kobayakawa is obvious by the combination of Gupta in view of Reardon. As such, it is requested that claim 8 of Kobayakawa be reexamined in view of Gupta in view Reardon.

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

## G. Claims 5 and 14 Are Unpatentable Under 35 U.S.C. § 103 As Being Obvious Over Gupta In View Ellrich In Further View Of Reardon.

As shown by the following claim chart, claims 5 and 14 are unpatentable under 35 U.S.C. §103 as being obvious over Gupta in view Ellrich in further view of Reardon. Gupta teaches photochromic compositions that include radical polymerizable monomers, photochromic compounds, and photo initiators. Ellrich teaches photo initiators that meet the criteria of Gupta. Reardon teaches phototropic compounds that include radical polymerizable monomers, phototropic compounds, and photo initiators. Reardon also teaches radical polymerizable monomers that include epoxy groups.

| Kobayakawa | | Gupta/Ellrich/Reardon |
|---|---|---|
| Claim No. | Claim Term | Reasons for Unpatentability |
| 5. | A photochromic composition according to claim 2, wherein the radical polymerizable monomer is a composition containing 30 to 90% by weight of a monomer of the general formula (I) or a monomer of the general formula (III), 0.1 to 40% by weight of an epoxy monomer of the general formula (II), and 0.1 to 50% by weight of another monomer copolymerizable with said monomers. | As stated in Sections C, Gupta in combination with Ellrich teaches a photochromic composition that includes monomers of the general formula (I) and bisacylphosphine oxide photoinitiators.<br><br>Reardon teaches a phototropic photosensitive compositions that include a mixture of monomers including a composition containing 30 to 90% by weight of a monomer of the general formula (I),0.1 to 40% by weight of an epoxy monomer of the general formula (II), and 0.1 to 50% by weight of another monomer copolymerizable with said monomers.<br><br>Reardon states:<br><br>"As indicated, there is contemplated a photosensitive composition that contains at least one component capable of curing, crosslinking or polymerizing upon suitable initiation. ... Glycidyl esters of acrylic acid and of its homologs, methacrylic acid and crotonic acid, are vinyl epoxy monomers of particular interest. ... The component capable of curing, crosslinking or polymerizing upon suitable initiation can be used alone in mixtures and/or in conjunction with one or more preformed polymers."<br>(Reardon, col. 7, line 9 through col. 12, line 46) |

74

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich/Reardon |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | In Example 7 of Reardon, the table lists a mixture of components in the ranges specified by claim 5 are listed as follows: 16 parts by wt of EPOA (polyacrylates of epoxidized soya bean available from Union Carbide) 14.2 parts by wt of NPGDA (neopentyl glycol diacrylate) 14.2 parts by wt of EHA (2-ethylhexyl acrylate). Example 7 states: "The composition are prepared by adding the Epon Diacrylate polymer to the monomers and mixing in conventional equipment at low to medium speeds until dissolved. The photoinitiator is added and the other ingredients are ingredients are incorporated." (Reardon, col. 38, lines 15 through 43) Given the numerous monomers listed by Reardon and the various amounts of monomers used in Reardon, it would have been obvious to one skilled in the art to use the monomers of Reardon in place of the monomers in Gupta in combination with the photoinitiators of Ellrich to form a photochromic composition as claimed by Kobayakawa. |
| 14. | A method of producing a photochromic cured product according to claim 12, wherein the photochromic compound (B) is a spiro-oxazine compound, and said composition is photo-polymerized in the presence of a compound which has at least one epoxy group in the molecules. | As stated in Sections C, Gupta in combination with Ellrich teaches a photochromic composition that includes monomers of the general formula (I), spiro-oxazine compounds and bisacylphosphine oxide photoinitiators. Reardon teaches phototropic photosensitive compositions that include a mixture of monomers including a composition containing 30 to 90% by weight of a monomer of the general formula (I), 0.1 to 40% by weight of an epoxy monomer of the general formula (II), and 0.1 to 50% by weight of another monomer copolymerizable with said monomers. Reardon states: "As indicated, there is contemplated a photosensitive composition that contains at least one component capable of curing, crosslinking or polymerizing upon suitable initiation. ... Glycidyl esters of acrylic acid and of its homologs, methacrylic acid and crotonic acid, are vinyl epoxy monomers of particular interest. ... The component capable of curing, crosslinking or polymerizing upon suitable initiation can be used alone in mixtures and/or in conjunction with one or more preformed |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich/Reardon |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | polymers." (Reardon, col. 7, line 9 through col. 12, line 46)<br><br>In Example 7 of Reardon, the table lists a mixture of components in the ranges specified by claim 5 are listed as follows:<br>16 parts by wt of EPOA (polyacrylates of epoxidized soya bean available from Union Carbide)<br>14.2 parts by wt of NPGDA (neopentyl glycol diacrylate)<br>14.2 parts by wt of EHA (2-ethylhexyl acrylate).<br><br>Example 7 states: "The composition are prepared by adding the Epon Diacrylate polymer to the monomers and mixing in conventional equipment at low to medium speeds until dissolved. The photoinitiator is added and the other ingredients are ingredients are incorporated."<br>(Reardon, col. 38, lines 15 through 43)<br><br>Given the numerous monomers listed by Reardon and the various amounts of monomers used in Reardon, it would have been obvious to one skilled in the art to use the monomers of Reardon in place of the monomers in Gupta in combination with the photoinitiators of Ellrich to form a photochromic composition as claimed by Kobayakawa. |

For at least the reasons stated above, it would have been obvious to irradiate the monomers of Reardon in combination with the monomers and photochromic compounds of Gupta and the photoinitiators of Ellrich to produce compositions and photochromic cured products as claimed in Kobayakawa. Claims 5 and 14 of Kobayakawa is obvious by the combination of Gupta in view of Ellrich in further view of Reardon. As such, it is requested that claims 5 and 14 of Kobayakawa be reexamined based on Gupta in view of Ellrich and further in view Reardon.

### H. Claim 7 Is Unpatentable Under 35 U.S.C. § 103 As Being Obvious Over Gupta In View Ellrich In Further View Of Iwamoto

As shown by the following claim chart, claim 7 is unpatentable under 35 U.S.C. §103 as

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

being obvious over Gupta in view of Ellrich and further in view of Iwamoto. Since, claim 7 does not further limit claim 1, Gupta anticipates claim 7. Gupta, however, does not specifically teach the structure represented in claim 7. Iwamoto teaches the spiro-oxazine compound in claim 7 for photochromic uses.

| Kobayakawa | | Gupta/Ellrich/Iwamoto |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| 7. | A photochromic composition according to claim 1, wherein the spiro-oxazine compound is represented by the following formula<br><br><br><br>wherein $R_1$, $R_2$ and $R_3$ may be the same or different and are alkyl groups, cycloalkyl groups, cycloaralkyl groups, alkoxy groups, alkyleneoxyalkyl groups, alkoxycarbonyl groups, alkoxycarbonylalkyl groups, aryl groups, aralkyl groups, aryloxy groups, alkylenethioalkyl groups, acyl groups acyloxy groups or amino groups, $R_2$ and $R_3$ together may form a ring, $R_1$, $R_2$ and $R_3$ may have a substituent, and the substituent may be a halogen atom, a nitro group, a cyano group or a heterocyclic ring in addition to the above groups, and groups represented by<br><br><br><br>are aromatic hydrocarbon groups or | For at least the reasons stated in Section C, Gupta in combination with Ellrich teaches all of the features of claim 1.<br><br>Iwamoto teaches the photochromic compounds claimed in claim 7 and photochromic compositions containing a spiro-oxazine. Iwamoto states:<br><br>"The present invention relates to a novel compound having a photochromic action, a composition comprising this compound, and a use thereof. More particularly, the present invention relates to a novel compound which is colored from the colorless state under irradiation of an ultraviolet ray-containing light such as sunlight or a light of a mercury lamp, this change is reversible and the color fading speed is high, a composition comprising this novel compound and a use thereof."<br>(Iwamoto, col. 1, lines 8-16)<br><br>"A still further object of the present invention is to provide a photochromic lens having a practical utility.<br><br>As the result of research made by us, it was found that these objects could be attained by a photochromic compound described below. More specifically, in accordance with the present invention, there is provided a spiroxazine compound represented by the following general formula (I): |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich/Iwamoto |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | unsaturated heterocyclic groups which may be substituted, and groups represented by<br><br>are aromatic hydrocarbon groups or unsaturated heterocyclic groups which may be substituted. |  wherein $R_1$ and $R_2$ may be the same or different alkyl groups having 1 to 20 carbon atoms, or may together form a cycloalkyl ring, bicycloalkyl ring or a tricycloalkyl ring, $R_3$ represents an alkyl group having 1 to 10 carbon atoms, an aryl group having 6 to 10 carbon atoms, an aralkyl group having 7 to 14 carbon atoms, an alkoxycarbonylalkyl group including an alkoxy group having 1 to 10 carbon atoms and an alkylene group having 1 to 10 carbon atoms or a cyanoalkyl group having 1 to 10 carbon atoms, $R_4$ and $R_5$, which may be the same or different, represent a hydrogen atom, a halogen atom, an alkyl group having 1 to 10 carbon atoms, an aryl group having 6 to 10 carbon atoms, an aralkyl group having 7 to 14 carbon atoms, an alkoxy group having 1 to 10 carbon atoms, cyano group, a halogenoalkyl group having 1 to 4 carbon atoms, an amino group, a dialkylamino group having 2 to 20 carbon atoms, a 5- or 6-membered monocyclic heterocyclic group having one nitrogen atom or an alkoxycarbonyl group having 1 to 5 carbon atoms, represents an aromatic hydrocarbon group which may be substituted with a halogen atom, a hydroxyl group, a cyano group, a nitro group, an |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich/Iwamoto |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | alkyl group having 1 to 20 carbon atoms, an alkoxy group having 1 to 20 carbon atoms, an aryl group having 6 to 10 carbon atoms, an alkylamino group having 1 to 4 carbon atoms, a dialkylamino group having 2 to 8 carbon atoms, a halogenoalkyl group having 1 to 4 carbon atoms, a 5- or 6-membered monocyclic heterocyclic group, an aralkyl group having 7 to 14 carbon atoms or an alkoxy carbonyl group having 1 to 5 carbon atoms, or an unsaturated heterocyclic group which may be substituted with at least one constituent selected from the group consisting of a halogen atom and said groups, and  represents, when $R_1$ and $R_2$ are both methyl groups, a fused polycyclic aromatic hydrocarbon group which may be substituted with a halogen atom, a cyano group, a nitro group, an alkyl group having 1 to 20 carbon atoms, an alkoxy group having 1 to 20 carbon atoms, an amino group or a dialkylamino group having 2 to 8 carbon atoms, or an unsaturated heterocyclic group which may be substituted with at least one constituent selected from the group consisting of a halogen atom and said groups, and represents, when $R_1$ and $R_2$ are other than the mentioned above, an aromatic hydrocarbon group which may be substituted with a halogen atom, a cyano group, a nitro group, an alkyl group having 1 to 20 carbon atoms, an alkoxy group having 1 to 20 carbon atoms, an amino group or a dialkylamino group having 2 to 8 carbon atoms, or an unsaturated heterocyclic group which may be substituted with at least one constituent selected from the group consisting of a halogen atom and said groups." (Iwamoto, col. 1, line 63 through col. 3, line 19) |

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

| Kobayakawa | | Gupta/Ellrich/Iwamoto |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | It would have been obvious to one skilled in the art to use the spiro-oxazines described by Iwamoto in place of the photochromic compounds described in Gupta in combination with the photoinitiators of Ellrich to form a photochromic composition as claimed by Kobayakawa. |

For at least the reasons stated above, it would have been obvious to use the spiro-oxazine compounds of Iwamoto in combination with the monomers and photochromic compounds of Gupta, and the photoinitiators of Ellrich to produce compositions and photochromic cured products as claimed in Kobayakawa. Claim 7 of Kobayakawa is obvious by the combination of Gupta in view of Ellrich in further view of Iwamoto. As such, it is requested that claim 7 of Kobayakawa be reexamined in view of Gupta in view Ellrich in further view of Iwamoto.

6158-06902
Ex Parte Reexam of U.S. Patent 5,621,107

## VII.    **Conclusion.**

For the reasons stated above, reexamination of claims 1-9 and 12-15 of U.S. Patent No. 5,621,017 C1 is requested.

A copy via overnight delivery of the reexamination request is being sent concurrently to counsel for the owner of U.S. Patent No. 5,621,017 C1 (Tokuyama).

The fee will be authorized to be deducted from a deposit account during electronic submission of this document in the amount of $2,520.00 for the *Ex Parte* Reexamination fee. If any additional fees are required, or if any over charge of fees occur, please appropriately charge or credit those fees to Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C. Deposit Account Number 50-1505/6158-06902/EBM.

Respectfully submitted,

Eric B. Meyertons
Reg. No. 34,876

Attorney for Third Party Requester

MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.
P.O. Box 398
Austin, TX 78767-0398
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

Date: _April 25, 2008_

APPENDIX A:  Excerpts from Lewis Sr., *Hawley's Condensed Chemical Dictionary*

*Hawley's*

*Condensed Chemical*

*Dictionary*

*THIRTEENTH EDITION*

*Revised by*

Richard J. Lewis, Sr.



JOHN WILEY & SONS, INC.

New York • Chichester • Weinheim • Brisbane • Singapore • Toronto

alkali-resistant. Congo red is derived from benzidine and naphthionic acid.
Hazard: These compounds are highly toxic and carcinogenic. Physical contact with them should be avoided.

**benzidine rearrangement; semidine rearrangement.** The acid-catalyzed rearrangement of hydrazobenzenes to 4,4'-diaminobiphenyls. If the hydrazobenzene contains a *para* substituent, the product is a *p*-aminodiphenylamine (semidine rearrangement).

**benzidine sulfate.**
CAS: 531-86-2. $C_{12}H_{12}N_2 \cdot H_2SO_4$.
Properties: White, crystalline powder. Soluble in ether; sparingly soluble in water, alcohol, dilute acids.
Derivation: Action of sulfuric acid or sodium sulfate on benzidine with subsequent recovery by precipitation.
Hazard: Poison by ingestion, skin absorption. A carcinogen.
Use: Organic synthesis.

**benzil.** (dibenzoyl). $C_6H_5CO \cdot COC_6H_5$.



Properties: Yellow needles. Mp 95C, bp 346–348C, d 1.521. Soluble in alcohol and ether; insoluble in water.
Derivation: From benzoin by oxidation with $HNO_3$.
Use: Organic synthesis; insecticide.

**benzilic acid.** (diphenylglycolic acid).
$(C_6H_5)_2C(OH)COOH$.
Properties: White to tan powder with a characteristic odor. Mp 148–151C. Soluble in hot water and alcohol. Combustible.
Use: Chemical intermediate.

**benzilic acid rearrangement.** Rearrangement of benzyl to benzilic acid on treatment with base.

**benzimidazole.** (1,3-benzodiazole; azindole; benzoglyoxaline).
CAS: 51-17-2. $C_7H_6N_2$.
Properties: Tabular crystals. Mp 172–174C, mw 118.13, bp >360C. Weak base sparingly soluble in cold water and ether. Freely soluble in alcohol; practically insoluble in benzene and petroleum ether.

**benzine.** The name *benzine* is archaic and misleading and should not be used. (ASTM Petroleum Definitions D-288.) Do not confuse with benzene. See ligroin.

**benzocaine.** See ethyl-*p*-aminobenzoate hydrochloride.

**benzodihydropyrone.** (dihydrocoumarin).
$C_9H_8O_2$ (bicyclic).
Properties: White to light-yellow, oily liquid with a sweet odor. Congeals at 23C. Insoluble in water, soluble in alcohol, chloroform, ether. Combustible.
Use: Perfumery.

**"Benzoflex"** *[Velsicol].* TM for a series of plasticizers that are dibenzoate esters of dipropylene glycol or any of several polyethylene glycols.
Use: Primary plasticizer for vinyl resins; adhesive formulations; some grades in food-packaging adhesives.

**benzofuran.** See coumarone.

**benzoglycolic acid.** See mandelic acid.

**benzoguanamine.** (2,4-diamino-6-phenyl-*s*-triazine). $C_6H_5C_3N_3(NH_2)_2$.
Properties: Crystals. D 1.40, mp 227–228C. Soluble in methyl "Cellosolve," alcohol, dilute hydrochloric acid; partially soluble in dimethylformamide, acetone; practically insoluble in chloroform, ethyl acetate; insoluble in water, benzene, ether. Combustible.
Derivation: Benzonitrile and dicyandiamide in the presence of sodium and liquid ammonia.
Use: Thermosetting resins, resin modifiers; chemical intermediate for pesticides, pharmaceuticals, and dyestuffs.

**benzohydrol.** See benzhydrol.

**benzoic acid.** (carboxybenzene; benzenecarboxylic acid; phenylformic acid).
CAS: 65-85-0. $C_6H_5COOH$. It occurs naturally in benzoin resin.
Properties: White scales or needle crystals; odor of benzoin or benzaldehyde. D 1.2659, mp 121.25C, partially sublimes at 100C, p 249.2C, flash p 250F (121.1C) (CC). Freely volatile in steam. Soluble in alcohol, ether, chloroform, benzene, carbon disulfide, carbon tetrachloride, turpentine; slightly soluble in water. Combustible.
Derivation: (1) Decarboxylation of phthalic anhydride in the presence of catalysts; (2) chlorination of toluene to yield benzotrichloride, which is hydrolyzed to benzoic acid; (3) oxidation of toluene; (4) from benzoin resin.
Method of purification: Sublimation.
Grade: Technical, CP, USP, FCC.
Hazard: Moderately toxic by ingestion. Use restricted to 0.1% in foods.
Use: Sodium and butyl benzoates, plasticizers, benzoyl chloride, alkyd resins, food preservative, seasoning tobacco, flavors, perfumes, dentifrices, standard in analytical chemistry, antifungal agent.

**benzoic aldehyde.**    See benzaldehyde.

**benzoic anhydride.**    $(C_6H_5CO)_2O$.
   Properties: Colorless prisms. D 1.198, mp 42C, bp 360C, refr index 1.576. Soluble in most organic solvents; insoluble in water.
   Use: Dyes, intermediates, pharmaceuticals (benzoylating agent), organic synthesis.

**benzoic trichloride.**    See benzotrichloride.

**benzoin.**    (bitter almond-oil camphor; benzoylphenylcarbinol; 2-hydroxy-2-phenylacetophenone; phenylbenzoylcarbinol).
   CAS: 119-53-9. $C_6H_5CH_2OCOC_6H_5$.
   Properties: White or yellowish crystals; slight camphor odor. Mp 137C. Slightly soluble in water and ether; soluble in acetone and hot alcohol. Optically active. Combustible.
   Derivation: Condensation of benzaldehyde in an alkaline cyanide solution.
   Hazard: Highly toxic.
   Use: Organic synthesis, intermediate, photopolymerization catalyst.
   *Note:* Do not confuse with benzoin resin.

**benzoin condensation.**    Cyanide ion–catalyzed condensation of aromatic aldehydes to give benzoins (acyloins).

**α-benzoin oxime.**    (benzoin antioxime).
   $C_6H_5CH_2CH_2OC:NOHC_6H_5$.
   Properties: Solid. Mp 150–152C.
   Use: Organic intermediates and photographic chemicals, analytical reagent for determination of metals.

**benzoin resin.**    (gum benzoin; Benjamin gum).
   Properties: Reddish-brown globules; balsamic, vanilla-like odor. Brittle at room temperature but softened by heat. Soluble in warm alcohol and carbon disulfide; insoluble in water.
   Source: Obtained from the styrax tree in Southeast Asia and Sumatra. The Sumatran grade is higher melting and only 75% soluble in alcohol.
   Grade: Technical, tincture USP.
   Constituents: Benzoic acid, cinnamic acid, vanillin.
   Use: Source of benzoic acid; perfumery; cosmetics; medicine (antiseptic and expectorant).
   *Note:* Do not confuse with benzoin.

**benzol.**    Obsolete name for benzene, no longer in approved use.

**benzonitrile.**    (phenyl cyanide).
   CAS: 100-47-0. $C_6H_5CN$.
   Properties: Colorless oil; almondlike odor; sharp taste. D 1.0051; bp 190.7C; fp −13.1C, viscosity 1.054 centistokes (100F), refr index 1.5289. Soluble in boiling water, alcohol, ether; slightly soluble in cold water.
   Derivation: From benzoic acid by heating with lead thiocyanate.

Hazard: High toxicity; absorbed by skin.
   Use: Manufacture of benzoguanamine; intermediate for rubber chemicals; solvent for nitrile rubber, specialty lacquers, many resins and polymers, and for many anhydrous metallic salts.

**benzophenol.**    See phenol.

**benzophenone.**    (diphenylketone).
   CAS: 119-61-9. $(C_6H_5)_2CO$.
   Properties: White prisms with sweet, roselike odor. Mp 47.5C; bp 305C. Partially soluble in alcohol, ether; soluble in chloroform; insoluble in water. Combustible.
   Method of purification: Crystallization from alcohol.
   Grade: Free from chlorine (FFC), also FCC.
   Use: Organic synthesis; odor fixative; derivatives are used as ultraviolet absorbers; flavoring; soap fragrance; pharmaceuticals; polymerization inhibitor for styrene.

**benzophenone oxide.**    See xanthone.

**3,3′,4,4′-benzophenonetetracarboxylic dianhydride.**    (BTDA). $C_{17}H_6O_7$.
   Properties: Free-flowing powder. Mp 228C.
   Use: Epoxy curing agent, heat-resistant polymers, specialty alkyd resins, polyesters, and plasticizers.

**benzopyrene.**    (3,4-benzypyrene).
   CAS: [a] form 50-32-8. $C_{20}H_{12}$. A polynuclear (five-ring) aromatic hydrocarbon. Found in coal tar and cigarette smoke, and in the atmosphere as a product of incomplete combustion.
   Occurs as benzo[a]pyrene and benzo[e]pyrene.
   Properties: (Benzo[a]pyrene) Yellowish crystals. Mp 179C. bp 310–312C (10 mm Hg). Insoluble in water; slightly soluble in alcohol; soluble in benzene, toluene, xylene.
   Hazard: Highly toxic, carcinogen by inhalation.

**benzopyrone.**    See coumarin.

**benzoquinone.**    See quinone.

**benzosulfimide.**    See saccharin.

**benzothiazole.**    $C_6H_4SCHN$ (bicyclic).
   Properties: Yellow liquid; unpleasant odor. D 1.246, refr index 1.637, bp 227C. Slightly soluble in water; soluble in alcohol. Combustible.
   Hazard: Highly toxic by ingestion.
   Use: Derivatives used as rubber accelerators.

**benzothiazolyl disulfide.**
   See 2,2′-dithiobis(benzothiazole).

**benzothiazyl-2-cyclohexylsulfenamide.**    See *N*-cyclohexyl-2-benzothiazole-sulfenamide.

**APPENDIX B: Excerpts from Aldrich,** *Aldrich Polymer Products Reference Guide*

# ALDRICH POLYMER PRODUCTS
## CD-Catalog and Reference Guide

**An Interactive Publication Featuring**

**Nearly 4,000 Products**
- Over 1,600 Monomers
- More than 1,700 Polymers
- Polymer Additives
- Polymerization Initiators
- Polymeric Supports

**Applications & Reference Information**
- Products Classified by Chemical & Application Categories
- Extensive Physical Data
- Literature Citations
- Glossary and Other Reference Information

Searchable
Browsable
Links Between Sections on CD-ROM
Hyperlinks to Web site for MSDS, C of A, Spectra, and Ordering



The Link to All Your Polymer Needs



## Preface

Dear Colleague:

It is a pleasure to introduce the *Aldrich Polymer Products CD – Catalog and Reference Guide*. This searchable electronic publication offers our comprehensive range of quality products including monomers, polymers, polymer additives, polymerization initiators, and polymeric supports to the research and scientific community.

In keeping with the Aldrich tradition of our main catalog serving as a *Handbook*, this specialty *Polymer Products CD – Catalog and Reference Guide* offers considerable technical information by way of literature references, physical data, glossary of terms and abbreviations commonly used by polymer scientists, etc. In addition, a large number of links have been provided between the various sections of this *e*-publication as well as hyperlinks to our Web site for downloading *MSDS's, certificates of analyses, and spectra*. For more detail, please click on HOW TO USE THIS CD.

We hope you find this compilation of information useful and that it will serve as a ready reference in your research. Whether your needs are in the cutting edge of polymer chemistry or the applications of advanced polymeric materials in the electronics, pharmaceutical, biomedical, or coatings industries, we aim to be *The Link to All Your Polymer Needs*.

*We are committed to the success of our customers through Life Science, Technology and Service.*

If you need a product that is not included in this catalog, please <u>contact us</u> our R&D and Custom Synthesis chemists will gladly evaluate your requirements.

I would like to acknowledge Dr. Daniel R. Bloch for his technical contribution to this *Catalog and Reference Guide*.

Click here for the
Table of Contents

Yours Sincerely,

**Shashi Jasty, Ph.D.**
**Product Manager, Polymer Products**
**Aldrich Chemical Co., Inc.**

**E-mail:** <u>sjasty@sial.com</u>

# Table of Contents

Cover ......................................................................................................... F1

Preface ..................................................................................................... F2

Table of Contents ..................................................................................... F3

Contact Information: USA and Worldwide ............................................ F4-F5

Manufacturing Facilities and Capabilities ............................................... F6

Aldrich Quality: Analytical Capabilities ............................................... F7-F9

How to Use this CD ............................................................................... F10

Key to Chemical Product Listings ......................................................... F11

Chemical Product Listings ........................................................................ 1
  ■ Alphabetical List of Products with Structures ............................. 1-363
  ■ Products by Category ............................................................... 364-452
    ● Monomers ................................................................................ 364
    ● Polymers .................................................................................. 399
    ● Polymer Additives and Polymerization Initiators ....................... 441
  ■ CAS Registry Number Cross Reference Index ........................ 453-467

Applications ......................................................................................... 468-535
  ■ Free Radical Initiators ............................................................. 468-484
    ● Thermal Initiators: Decomposition Rate and Half-Life ......... 468-469
    ● Photoinitiators .................................................................... 470-484
      ▲ Classification ..................................................................... 470
      ▲ UV Absorption Spectra .............................................. 471-484
  ■ Vinyl Ether Terminated Monomers for RadCure ......................... 485
  ■ Fluoroepoxide Functional Monomers ........................................ 486
  ■ Bisphenol Monomers ................................................................ 487
  ■ Silsesquioxanes (POSS Monomers) ..................................... 488-491
  ■ Labeled Monomers ................................................................... 492
  ■ Ion Exchange Resins: Classification and Properties ............ 493-495
  ■ Polymeric Reagents and Supports for SPOS ............................ 496
  ■ Solid Phase Resins for SPOS .................................................... 497
  ■ Scavenger Resins in Combinatorial Chemistry .......................... 498
  ■ Nafion® Resins: Novel Device Applications ............................... 499
  ■ Conducting Polymers ................................................................ 500
  ■ Electronic and Optoelectronic Materials ................................... 501
  ■ Microparticle Size Standards ............................................... 502-503
  ■ Plasticizers ............................................................................... 504
  ■ Engineering Polymers .......................................................... 505-506
  ■ Surfactants ............................................................................... 506

Reference Information ......................................................................... 507-531
  ■ Glossary ............................................................................... 507-510
  ■ Abbreviations and Acronyms ............................................... 511-513
  ■ Books for the Polymer Scientist .......................................... 514-516
  ■ Polymer Properties .............................................................. 517-524
    ● Polymer Solutions: Solvents and Solubility Parameters .... 517-520
    ● Viscosity .......................................................................... 521-522
      ▲ Viscosity Terms ................................................................ 521
      ▲ Viscometer Comparison Chart for Newtonian Liquids ..... 521
      ▲ Viscosity/Molecular Weight Relationships ....................... 522
    ● Thermal Transitions of Homopolymers: Glass Transition and Melting Point .... 523-524
  ■ Tables and Charts ............................................................... 525-528
    ● Periodic Table ................................................................... 525
    ● Table of Atomic Weights .................................................. 526
    ● Table of Metric Values, Prefixes, and Symbols ................ 527
    ● Color Scales Comparison Chart ....................................... 527
    ● Particle Size Conversion Chart ........................................ 528
  ■ Trademarks and Registered Trademarks ............................ 529-531

Additional Aldrich Literature: Request ................................................ 532

General Information & Terms and Conditions ................................. 533-535





Applications: Free Radical Initiators

Photoinitiators: UV Absorption Spectra (continued)





# Applications: Free Radical Initiators

Photoinitiators: UV Absorption Spectra (continued)





**APPENDIX C: Excerpts from Loctite Light Cure Technology Guide**

**LOCTITE**

LIGHT  CURE

T E C H N O L O G Y

## TYPES OF UV AND VISIBLE LIGHT

As indicated in the diagram, UV light is subdivided into four groups based on wavelength/energy and ability to interact with matter:

**UVA (315-400 nm)** — Blacklight. Used for low energy UV polymerization reactions, also for fluorescent inspection purposes.

**UVB (280-315 nm)** — Used with UVA for polymerization and, since it is the most energetic region of natural sunlight, for accelerated light aging of materials. UVB light is responsible for suntanning.

**UVC (200-280 nm)** — Used for rapid surface cure of UV inks and lacquers, also for sterilization and germicidal applications.

**VUV (200-100 nm)** — Vacuum UV. Can only be used in a vacuum and is therefore of minor commercial importance.

Visible light is also subdivided, with different colors being associated with different wavelengths, as shown in the diagram of the electromagnetic spectrum. Currently, wavelengths used for visible light cure are in the violet-to-blue region (400-480 nm).



## COMMERCIAL USE OF RADIANT ENERGY

Radiant energy found in nature is generally diffuse. In order to make radiant energy economically and commercially useful, man must be able to generate it at will and, furthermore, be able to intensify it as it is generated. Designing equipment that efficiently and economically produce suitably intense radiation for industrial use, whether UV, X-ray or any other type, is a continuing challenge.


3

## METAL HALIDE LAMPS

Metal halide lamps are a type of medium pressure mercury arc lamp (with electrodes) in which the spectral output is modified by addition of metal halides to the bulb contents. The most common dopant is an iron halide which enhances output in the UV region. Gallium or Indium halides are used to shift emission maxima to the visible region. Loctite offers a choice of two types of metal halide lamps for use in the Zeta® 7410 Medium Intensity Light Cure System. This system is a low to medium energy unit, delivering 20 to 50 mW/cm² intensity at the part surface, depending on distance from the source. Figure 5 illustrates spectral output of the UV bulb, which is iron doped; Figure 6 illustrates output of the visible bulb, which is Indium doped. Loctite® metal halide cure equipment utilizes advanced light filtering technology that enhances cure response. The Loctite® Light Cure Wand System also uses a metal halide lamp and delivers up to 4W/cm² output.



Figure 5



Figure 6

## OTHER LIGHT SOURCES

A *pulsed Xenon* or *flash Xenon lamp* utilizes Xenon gas and no mercury to generate UV, visible and infrared radiation. This equipment, often used for curing of fiber optic coatings, utilizes an energy storage capacitor to trigger the lamp system 120 times per second, with 6-10 microsecond pulses, to yield bursts of very high energy and power peaks, as high as one million watts. Advantages are said to be very fast cure rates and degree of cure, excellent depth of penetration, low heat buildup, and instant on-off capability. A wide variety of lamp configurations is possible, although high cost, higher than electrodeless systems, is a disadvantage.

*Laser light sources* are also used industrially. Several laser sources are available, including Argon, Krypton, and Helium/Cadmium. This technology is often used for rapid prototyping (stereolithography) operations. While laser sources produce very fast cure, cost is a consideration.

CONTACT INFORMATION

## U.S.A.

**LOCAL LOCTITE ADHESIVES & SEALANTS SPECIALIST**
1-800-323-5106

**NEAREST AUTHORIZED LOCTITE DISTRIBUTOR**

**ARRANGE AN IN-PLANT SEMINAR**

**TECHNICAL PRODUCT ASSISTANCE**

**TO PLACE AN ORDER**
1-800-LOCTITE (800-562-8483)

Loctite Corporation
1001 Trout Brook Crossing
Rocky Hill, Connecticut 06067
860-571-5100
fax: 860-571-5465

Loctite Corporation
One Northfield Plaza, 5600 Crooks Road
Suite 105
Troy, Michigan 48098
248-828-8000
fax: 248-828-8009

## CANADA

**LOCAL LOCTITE ADHESIVES & SEALANTS SPECIALIST**

**NEAREST AUTHORIZED LOCTITE DISTRIBUTOR**

**ARRANGE AN IN-PLANT SEMINAR**

**TECHNICAL PRODUCT ASSISTANCE**

**TO PLACE AN ORDER**
1-800-263-5043 (within Canada)

Loctite Canada, Inc.
2225 Meadowpine Boulevard
Mississauga, Ontario L5N 7P2
800-263-5043 (within Canada)
905-814-6511
fax: 905-814-5391

## BRAZIL

**LOCAL LOCTITE ADHESIVES & SEALANTS SPECIALIST**

**NEAREST AUTHORIZED LOCTITE DISTRIBUTOR**

**ARRANGE AN IN-PLANT SEMINAR**

**TECHNICAL PRODUCT ASSISTANCE**

**TO PLACE AN ORDER**
(55.11) 7243-7000

Loctite Brazil
Av. Prof. Vernon Krieble, 91
06690-11-Itapevi

São Paulo - Brazil
(55.110 7243-7000
fax: (55.11) 7243-7100

## MEXICO

**LOCAL LOCTITE ADHESIVES & SEALANTS SPECIALIST**

**NEAREST AUTHORIZED LOCTITE DISTRIBUTOR**

**ARRANGE AN IN-PLANT SEMINAR**

**TECHNICAL PRODUCT ASSISTANCE**
01-800-901-8100 (within Mexico)

**TO PLACE AN ORDER**
01-800-8499-412 (within Mexico)

Loctite Company de Mexico S.A. de C.V.
Calzada de la Viga s/n, Fracc. Los Laureles
Loc. Tulpetlac, C.P. 55090
Ecatepac de Morelos, Edo. de Mexico
011-525-836-1305
fax: 011-525-787-9404

Visit  www.loctite.com

 *LOCTITE*

## Loctite Americas

Loctite Corporation
Rocky Hill, CT 06067

Loctite and Zeta are trademarks of Loctite Corporation, U.S.A. © Copyright 2000. Loctite Corporation. All rights reserved. Printed in U.S.A.

LT-2730A

**APPENDIX D: Excerpts from Heinz-Helmut Perkamus,** *UV-VIS Atlas of Organic Compounds*

Heinz-Helmut Perkampus

# UV-VIS Atlas of Organic Compounds

## Second Edition
## Part 2
## Spectra D1/1–M19



VCH    Weinheim · New York · Basel · Cambridge

H8/16

| 9 – Phenylacridine | H8/16 |
| 9 – Phenylacridin | 73.040 / 40.600 |

| Spectrometer            Spektrometer | Solvent            Lösungsmittel | Formula            Formel |
| Zeiss PMQ II | Water + 20 % ethanol | $C_{19}H_{13}N$ |

| Spec. resn          Spek. Auflösung | Concn            Konz. | Mol. wt            Mol. Gew. |
| 50 cm$^{-1}$ at 40,000 cm$^{-1}$    20 cm$^{-1}$ at 25,000 cm$^{-1}$ | $10^{-4}$ M | 255·3 |
| | | m.p. 182° |

| Cell length          Schichtdicke | Purity            Reinheit | I.R |
| 0·01, 0·1, 0·25, 1·0 cm | Research sample | — |

V. Zanker: Inst. phys. Chem., T.H. München



H8/17

| 9–Phenylacridinylium | | H8/17 |
| --- | --- | --- |
| 9–Phenylacridinium Ion | | 73.040/40.600 |
| **Spectrometer** Spektrometer | **Solvent** Lösungsmittel | **Formula** Formel |
| Zeiss P M Q II | Water + 20% ethanol + 2 x 10⁻⁴ M H₂SO₄ | C₁₉H₁₄N |
| **Spec. resn** Spek. Auflösung | **Concn** Konz. | **Mol. wt** Mol. Gew. |
| 50 cm⁻¹ at 40,000 cm⁻¹ 20 cm⁻¹ at 25,000 cm⁻¹ | 10⁻⁴ M | 256·3 |
| | | m.p. 182° (free base) |
| **Cell length** Schichtdicke | **Purity** Reinheit | I.R |
| 0·01, 0·1, 0·25, 1·0 cm | Research sample | ——— |
| V. Zanker:  Inst. phys. Chem., T. H. München | | |



PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent No.: 5,621,017 C1 | § | Confirmation No. 2167 |
| Issued: September 27, 2004 | § | Reexam Control No.: Unknown |
| Application No.: 90/006,383 | § | Reexam Filed: June 25, 2008 |
| Filing Date: September 16, 2002 | § | Atty. Dkt. No.: 6158-06902 |

First Named Inventor: Takashi Kobayakawa

Title: PHOTOCHROMIC COMPOSITION AND METHOD PRODUCING PHOTOCHROMIC CURED PRODUCT

§ § § § § § § § § §

CERTIFICATE OF ELECTRONIC TRANSMISSION
UNDER 37 C.F.R. §1.8

DATE OF DEPOSIT: *July 18, 2008*

I hereby certify that this correspondence is being deposited with the United States Patent Office electronic filing system on the date indicated above

*Kay A. Colapret*

Kay A. Colapret

## SUPPLEMENTAL PAPER TO REQUEST FOR *EX PARTE* REEXAMINATION

Mail Stop *EX-PARTE* REEXAM
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Request respectfully requests that Detailed Request for *Ex Parte* Reexamination of the above-captioned patent be amended as follows.

Please add after line 1 of paragraph 2 on page 12, "Frommeld" column, the following:

Frommeld states:

"The corresponding content of spiro compound generally varies between 0.01 and 2.0 percent by weight, preferably between 0.05 and 1.0 percent by weight, relative to the nonvolatile constituents of the composition"
(Frommeld, col. 4, lines 17-20).

Please add after paragraph 4 on page 13, "Frommeld" column, the following:

1

6158-06902
Ex Parte Reexam for U.S. Pat. No. 5,621,017

"The initiators are generally employed in an amount ranging from 0.01 to 10.0 percent by weight, preferably from 0.05 to 4.0 percent by weight, relative to the nonvolatile constituents of the composition."
(Frommeld, col. 5, lines 46-49)

Due to a typographical error, the above-quoted passages were inadvertently deleted from the discussion of claim number 1c on page 12 and claim number 1d on page 13, respectively, Requestor submits no new matter has been added. The above-quoted passages are also set forth on page 19, "Frommeld" column, pertaining to the discussion for claim number 9; and pages 24 through 25, "Frommeld" column, pertaining to the discussion of claim number 15d, respectively.

Marked up copies and clean copies of amended pages 12 and 13 are submitted herewith.

Respectfully submitted,

Eric B. Meyertons
Reg. No. 34,876
Attorney for Third Party Requester

MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.
P.O. BOX 398
AUSTIN, TX 78767-0398
(512) 853-8800 (voice)
(512) 853-8801 (facsimile)

Date: _July 18, 2008_

6158-06902
Ex Parte Reexam for U.S. Pat. No. 5,621,017

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | Kobayakawa. Kobayakawa teaches that "$R_1$, $R_2$, $R_3$, and $R_4$ may be unsaturated heterocyclic groups" and "$R_3$ and $R_4$ together may form a ring." Ring $\underline{3}$ is an unsaturated heterocyclic group corresponding to $R_3$ and $R_4$ in formula 1 of Kobayakawa. For example, $R_4$ could correspond to the nitrogen atom in ring $\underline{3}$. $R_3$ could correspond to the top carbon atom in ring $\underline{3}$. Together the nitrogen, the top carbon, and the remaining carbon atoms form a ring containing nitrogen (i.e., a heterocyclic ring). Aromatic ring $\underline{1}$ corresponds to the ring defined by Y in Kobayakawa where Y is defined as aromatic hydrocarbon groups. Thus, the definition of a chromene is met by the formula taught in Frommeld. |
| | | Frommeld anticipates the amount of photochromic compound of claim 1c. Frommeld states: <u>"The corresponding content of spiro compound generally varies between 0.01 and 2.0 percent by weight, preferably between 0.05 and 1.0 percent by weight, relative to the nonvolatile constituents of the composition"</u> <u>(Frommeld, col. 4, lines 17-20).</u> |
| | | Using the chromene of Example 1c and dividing 0.04 parts by weight of a chromene (namely, 1',3',3'-trimethyl-6-nitro-8-methoxy-spiro-[2H-1-benzopyran-2,2'-indoline]) by 20 parts by weight of a radical polymerizable monomer (namely, the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxyethylmethacrylate) (Frommeld, col. 8, lines 34-43) results in 0.2 parts photochromic compound by weight per 100 parts by weight of the polymerizable monomer. |
| | | As such, part (B) of claim 1 is anticipated by Frommeld." |
| **1d.** | (C) 0.01 to 1 part by weight of a photopolymerization initiator selected from the group consisting of a α-dicarbonyl photo polymerization initiator, an acylphosphine oxide photo polymerization initiator, and a bisacylphosphine oxide photo polymerization initiator, per 100 parts by weight of (A). | Kobayakawa teaches two α-dicarbonyl photo polymerization initiators. <br><br> Kobayakawa states: <br><br> "Dicarbonyl compounds: <br> 1) 1,2-Diphenylethanedione , and <br> 2) Methylphenylglyoxylate." <br> (Kobayakawa, col. 7, line 67 through col. 8, line 2) <br><br> Frommeld teaches many photopolymerization initiators may be used including the α-dicarbonyl photopolymerization initiators of Kobayakawa. <br><br> Frommeld states: |

6158-06902
Ex Parte Reexam for U.S. Pat. No. 5,621,017

| Kobayakawa | |
|---|---|
| **Claim No.** | **Claim Term** |
| | |

| Frommeld |
|---|
| **Reasons for Unpatentability** |
| "A large number of substances can be used as photopolymerization initiators in a composition according to the present invention. Examples are benzophenone, thioxanthone, benzoin <u>and their derivatives</u>" (Frommeld, col. 4, lines 24-27, emphasis added).<br><br>It is well known in the art that 1,2-diphenylethanedione (i.e., benzil) is a derivative of benzoin. As the similar names "benzoin" and "benzil" suggest, benzil would have been well known as a derivative of benzoin to a person skilled in the art. A commonly used chemical dictionary discloses that benzil is derived from benzoin by oxidization with $HNO_3$ (See Appendix A, *Hawley's Condensed Chemical Dictionary*, which states: "**benzil....Derivation:** from benzoin by oxidation with $HNO_3$" or wikepedia. In addition, it is commonly known that benzil and benzoin have similar UV adsorptions (See Appendix B which includes the UV adsorptions of benzil and benzoin from the Aldrich catalog at http://www.sigmaaldrich.com/img/assets/3900/Photoinitiators.pdf).<br><br>As noted, benzil (i.e., 1,2-diphenylethanedione) is identified as an α-dicarbonyl photopolymerization initiator in Kobayakawa.<br><br>Frommeld also teaches 0.01 to 1 part by weight a photopolymerization initiator per 100 parts by weight of (A). Frommeld states:<br><br><u>"The initiators are generally employed in an amount ranging from 0.01 to 10.0 percent by weight, preferably from 0.05 to 4.0 percent by weight, relative to the nonvolatile constituents of the composition."</u><br><u>(Frommeld, col. 5, lines 46-49)</u><br><br>"20 p.b.w. of the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxyethylmethacrylate, ...<br>0.2 p.b.w. of 9-phenylacridine, (Frommeld, col. 8, lines 34-43)<br><br>Dividing 0.2 parts photoinitiator by weight per 20 p.b.w. parts by weight of the polymerizable monomer yields 1 part by weight of photoinitiator per 100 parts by weight of polymerizable monomer.<br><br>For at least the reasons stated above, Frommeld anticipates all the features of claim 1. |

6158-06902
Ex Parte Reexam for U.S. Pat. No. 5,621,017

| Kobayakawa | | Frommeld |
|---|---|---|
| Claim No. | Claim Term | Reasons for Unpatentability |
| | | Kobayakawa. Kobayakawa teaches that "$R_1$, $R_2$, $R_3$, and $R_4$ may be unsaturated heterocyclic groups" and "$R_3$ and $R_4$ together may form a ring." Ring $\underline{3}$ is an unsaturated heterocyclic group corresponding to $R_3$ and $R_4$ in formula 1 of Kobayakawa. For example, $R_4$ could correspond to the nitrogen atom in ring $\underline{3}$. $R_3$ could correspond to the top carbon atom in ring $\underline{3}$. Together the nitrogen, the top carbon, and the remaining carbon atoms form a ring containing nitrogen (i.e., a heterocyclic ring). Aromatic ring $\underline{1}$ corresponds to the ring defined by Y in Kobayakawa where Y is defined as aromatic hydrocarbon groups. Thus, the definition of a chromene is met by the formula taught in Frommeld. <br><br>Frommeld anticipates the amount of photochromic compound of claim 1c. Frommeld states: "The corresponding content of spiro compound generally varies between 0.01 and 2.0 percent by weight, preferably between 0.05 and 1.0 percent by weight, relative to the nonvolatile constituents of the composition" (Frommeld, col. 4, lines 17-20). <br><br>Using the chromene of Example 1c and dividing 0.04 parts by weight of a chromene (namely, 1′,3′,3′-trimethyl-6-nitro-8-methoxy-spiro-[2H-1-benzopyran-2,2′-indoline]) by 20 parts by weight of a radical polymerizable monomer (namely, the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxyethylmethacrylate) (Frommeld, col. 8, lines 34-43) results in 0.2 parts photochromic compound by weight per 100 parts by weight of the polymerizable monomer. <br><br>As such, part (B) of claim 1 is anticipated by Frommeld." |
| 1d. | (C) 0.01 to 1 part by weight of a photopolymerization initiator selected from the group consisting of a α-dicarbonyl photo polymerization initiator, an acylphosphine oxide photo polymerization initiator, and a bisacylphosphine oxide photo polymerization initiator, per 100 parts by weight of (A). | Kobayakawa teaches two α-dicarbonyl photo polymerization initiators. <br><br>Kobayakawa states: <br><br>"Dicarbonyl compounds: <br>1) 1,2-Diphenylethanedione , and <br>2) Methylphenylglyoxylate." <br>(Kobayakawa, col. 7, line 67 through col. 8,line 2) <br><br>Frommeld teaches many photopolymerization initiators may be used including the α-dicarbonyl photopolymerization initiators of Kobayakawa. <br><br>Frommeld states: |

6158-06902
Ex Parte Reexam for U.S. Pat. No. 5,621,017

| Kobayakawa | | Frommeld |
|---|---|---|
| **Claim No.** | **Claim Term** | **Reasons for Unpatentability** |
| | | "A large number of substances can be used as photopolymerization initiators in a composition according to the present invention.  Examples are benzophenone, thioxanthone, benzoin <u>and their derivatives</u>" (Frommeld, col. 4, lines 24-27, emphasis added).<br><br>It is well known in the art that 1,2-diphenylethanedione (i.e., benzil) is a derivative of benzoin.  As the similar names "benzoin" and "benzil" suggest, benzil would have been well known as a derivative of benzoin to a person skilled in the art.  A commonly used chemical dictionary discloses that benzil is derived from benzoin by oxidization with $HNO_3$ (See Appendix A, *Hawley's Condensed Chemical Dictionary*, which states: "**benzil....Derivation:** from benzoin by oxidation with $HNO_3$" or wikepedia).  In addition, it is commonly known that benzil and benzoin have similar UV adsorptions (See Appendix B which includes the UV adsorptions of benzil and benzoin from the Aldrich catalog at http://www.sigmaaldrich.com/img/assets/ 3900/Photoinitiators.pdf).<br><br>As noted, benzil (i.e., 1,2-diphenylethanedione) is identified as an α-dicarbonyl photopolymerization initiator in Kobayakawa.<br><br>Frommeld also teaches 0.01 to 1 part by weight a photopolymerization initiator per 100 parts by weight of (A). Frommeld states:<br><br>"The initiators are generally employed in an amount ranging from 0.01 to 10.0 percent by weight, preferably from 0.05 to 4.0 percent by weight, relative to the nonvolatile constituents of the composition." (Frommeld, col. 5, lines 46-49)<br><br>"20 p.b.w. of the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxyethylmethacrylate, ... 0.2 p.b.w. of 9-phenylacridine, (Frommeld, col. 8, lines 34-43)<br><br>Dividing 0.2 parts photoinitiator by weight per 20 p.b.w. parts by weight of the polymerizable monomer yields 1 part by weight of photoinitiator per 100 parts by weight of polymerizable monomer.<br><br>For at least the reasons stated above, Frommeld anticipates all the features of claim 1. |

# EXHIBIT 3

COPY

ORIGINAL
FILED

1
2    SQUIRE, SANDERS & DEMPSEY L.L.P.
Michael E. Sobel (State Bar No. 121913)
600 Hansen Way
Palo Alto, California 94304-1043
3    Telephone: (650) 856-6500
Facsimile: (650) 856-3619
4    Email: msobel@ssd.com

08 JUN -4 PM 1:56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

5    Attorneys for Plaintiff
TOKUYAMA CORPORATION

6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12   TOKUYAMA CORPORATION,                Case No. C 08-02781 JL

13              Plaintiff,
                                          COMPLAINT OF
14        v.                              TOKUYAMA CORPORATION
                                          AGAINST VISION DYNAMICS, LLC
     VISION DYNAMICS, LLC,                FOR PATENT INFRINGEMENT
15
                                          DEMAND FOR JURY TRIAL
16           Defendant.

17

18        Rather than using technology to which they have legal rights, defendant

19   VISION DYNAMICS, LLC ("Vision Dynamics") and its predecessor company

20   Optical Dynamics Corporation ("Optical Dynamics"), upon information and belief, have

21   proceeded to use that of plaintiff TOKUYAMA CORPORATION ("Tokuyama"). The result has

22   been to deny Tokuyama a significant part of the fruit of its labors: the right to use its valuable

23   patented technology for its own exclusive benefit. Accordingly, Tokuyama hereby charges

24   Vision Dynamics with liability for the infringement of Tokuyama's patent rights, based on

25   Vision Dynamics' own actions as well as those of its predecessor.

26                              JURISDICTION

27        1.    This Complaint arises under the Patent Laws of the United States, 35 U.S.C.

28   section 100 et seq. This Court has jurisdiction over the Complaint pursuant to 28 U.S.C.

SQUIRE SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043

COMPLAINT OF TOKUYAMA CORPORATION AGAINST VISION DYNAMICS, LLC FOR PATENT INFRINGEMENT    1.

1  section 1331 (federal question jurisdiction) and 28 U.S.C. section 1338(a) (patent jurisdiction),

2  based on Vision Dynamics' and Optical Dynamics' relevant infringement of Tokuyama's patent

3  rights.

4  <u>INTRADISTRICT ASSIGNMENT</u>

5      2.    This Complaint should be assigned to the San Jose Division of the Court, because,

6  on information and belief, a substantial part of Vision Dynamics' infringement of Tokuyama's

7  patent rights and of Optical Dynamics' infringement of Tokuyama's patent rights for which

8  Vision Dynamics is responsible, which give rise to the claim in the Complaint, occurred and

9  continue to occur in Santa Clara County.

10  <u>VENUE</u>

11      3.    Venue is proper in this Court pursuant to 28 U.S.C. sections 1391(b) and 1400(b),

12  based on, on information and belief, the facts that Vision Dynamics resides, as a legal matter, in

13  this judicial district, and that Vision Dynamics' infringement of Tokuyama's patent rights and

14  Optical Dynamics' infringement of Tokuyama's patent rights for which Vision Dynamics is

15  responsible, which give rise to the Complaint's claim, occurred and continue to occur in this

16  judicial district (among other locations).

17  <u>PARTIES</u>

18      4.    Plaintiff Tokuyama Corporation is, and at all relevant times was, a corporation

19  duly organized and existing under the laws of Japan.

20      5.    Tokuyama is informed and believes and on that basis alleges that defendant

21  Vision Dynamics, LLC is, and at all relevant times was, a Kentucky corporation with its principal

22  place of business in Louisville, Kentucky, doing business throughout the U.S. and internationally,

23  which has made, imported, used, sold and/or offered to sell the infringing products and/or

24  technology that is the subject of this lawsuit.

25  <u>TOKUYAMA AND ITS VALUABLE TECHNOLOGY</u>

26      6.    Tracing its roots back to 1918, Tokuyama has as one of its business goals the

27  concentration of its research and technological development efforts to nurture its business.

28  Through the resulting hard work and ingenuity of its employees, Tokuyama has become a success

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hanson Way
Palo Alto, California 94304-1043

COMPLAINT OF TOKUYAMA CORPORATION AGAINST VISION DYNAMICS, LLC FOR PATENT INFRINGEMENT     2.

1    and a leader in its fields, including the field of photochromic eyeglass-related products,

2    specifically, materials that become darker when exposed to strong sunlight, thereby blocking

3    ultraviolet rays, and that become transparent when shielded from exposure. Eye doctors and

4    optometrists often recommend that sunglasses be used to prevent cataracts due to excessive

5    ultraviolet light, and Tokuyama's technology has become ever more important.

6        7.    Tokuyama has expended considerable time, effort and investment to invent and

7    develop its photochromic technology. In all, Tokuyama has spent over 20 years to develop its

8    technology, at a cost of more than $15 million during the last 7 years alone, and not including

9    personnel costs. Those efforts continue to this day, as Tokuyama works to advance its technology

10   further.

11       8.    Like any smart owner of valuable property, Tokuyama sought to protect it. As part

12   of this, Tokuyama applied for and obtained patent protection for its technology from the

13   U.S. Patent and Trademark Office, as explained further below, as well as from the Japan Patent

14   Office.

15                              TOKUYAMA'S PATENT RIGHTS

16       9.    On April 15, 1997, the U.S. Patent and Trademark Office granted United States

17   Letters Patent No. 5,621,017 (the "'017 Patent"), covering a photochromic composition and a

18   method to produce photochromic cured product. A true and correct copy of the '017 Patent is

19   attached as Exhibit A.

20       10.   . On September 16, 2002, upon Tokuyama's own initiative, Tokuyama sought the

21   U.S. Patent and Trademark Office to reexamine the '017 Patent, on the basis of certain further

22   information discovered by Tokuyama. On January 27, 2004, the U.S. Patent and Trademark

23   Office reissued the '017 Patent, with limited amendments to the original patent. A true and

24   correct copy of the '017 Patent's Reexamination Certificate is attached as Exhibit B.

25       11.   The '017 Patent is subsisting. Tokuyama has been and remains the sole assignee

26   of all rights under the '017 Patent.

27   ///

28   ///

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043

COMPLAINT OF TOKUYAMA CORPORATION AGAINST VISION DYNAMICS, LLC FOR PATENT INFRINGEMENT        3.

CAUSE OF ACTION

(For Patent Infringement, under 35 U.S.C. section 271 et seq.)

12.    Tokuyama realleges and incorporates herein by this reference the allegations contained in paragraphs 1 through 11 above, as though fully set forth herein.

13.    Tokuyama is informed and believes and on that basis alleges that Vision Dynamics has infringed Tokuyama's rights under the '017 Patent, by making, importing, using, selling and/or offering to sell products and/or technology that embody Tokuyama's patented technology, in violation of Tokuyama's patent rights.

14.    Tokuyama is informed and believes and on that basis alleges that Vision Dynamics is the de facto successor of the former company Optical Dynamics, having assumed the business of the former Louisville, Kentucky-based Optical Dynamics, which Vision Dynamics operates as a so-called "division" of Vision Dynamics under the "Optical Dynamics" name, through continuity of management, personnel, physical operations, assets, and general business operations with the former Optical Dynamics. Tokuyama further is informed and believes and on that basis alleges that prior to being acquired by Vision Dynamics, Optical Dynamics likewise itself infringed Tokuyama's rights under the '017 Patent, by making, importing, using, selling and/or offering to sell products and/or technology that embody Tokuyama's patented technology, in violation of Tokuyama's patent rights, for which Vision Dynamics, as the successor of Optical Dynamics, is liable under the principles of successor liability.

15.    Tokuyama is informed and believes and on that basis alleges that Vision Dynamics' actions, as well as the actions of Optical Dynamics for which Vision Dynamics is liable, have been deliberate and in willful and wanton disregard of Tokuyama's rights, thereby establishing this lawsuit as an exceptional case and entitling Tokuyama to recover its attorneys' fees as against Vision Dynamics, pursuant to 35 U.S.C. section 285, as well as entitling Tokuyama to treble damages, pursuant to 35 U.S.C. section 284. Simply by way of example, Tokuyama had been in long-term discussion earlier with Optical Dynamics concerning the latter's infringement of Tokuyama's patent rights. Despite that discussion, Optical Dynamics' infringement, on Tokuyama's information and belief, went on unabated. Upon Vision Dynamics'

SQUIRE, SANDERS &
DEMPSEY L.L.P.
601 Hansen Way
Palo Alto, California 94304-1043

COMPLAINT OF TOKUYAMA CORPORATION AGAINST VISION DYNAMICS, LLC FOR PATENT INFRINGEMENT    4.

1    assumption of Optical Dynamics' business, Vision Dynamics, on information and belief,

2    proceeded similarly and likewise went forward to violate Tokuyama's patent rights.  Since the

3    time of Vision Dynamics' assumption of Optical Dynamics' business, Tokuyama once again has

4    engaged in discussion with Vision Dynamics about the latter's infringement of Tokuyama's

5    patent rights.  Nonetheless, once again, on Tokuyama's information and belief, Vision Dynamics'

6    infringing conduct has not ceased.

7        16.    Tokuyama is informed and believes and on that basis alleges that unless and until

8    enjoined by the Court, Vision Dynamics will continue to violate Tokuyama's patent rights, to

9    Tokuyama's detriment.

10       17.    As a proximate result of Vision Dynamics' wrongful conduct as well as that of

11   Optical Dynamics for which Vision Dynamics is responsible, Tokuyama has been harmed, and

12   Vision Dynamics and Optical Dynamics before it have been unjustly enriched, in an amount to be

13   proved at trial.  At least part of that harm is irreparable, including based on Tokuyama's resultant

14   inability to control the exercise of its patent rights.

15

16                                   PRAYER FOR RELIEF

17       WHEREFORE, plaintiff TOKUYAMA CORPORATION prays as follows.

18       1.    For a preliminary and permanent injunction against VISION DYNAMICS, LLC,

19   enjoining it and each of its agents, employees, servants, privies, representatives and assigns, and

20   any and all persons and entities acting with, through or under its authority, and each of them, from

21   making, importing, offering to sell, selling and/or using any product and/or technology that

22   infringes Tokuyama's rights under U.S. Patent No. 5,621,017;

23       2.    For an order that Vision Dynamics disclose the name, address and telephone

24   number of each of the persons, companies and other entities to whom Vision Dynamics and/or

25   Optical Dynamics have sold, offered to sell, transferred or made available, or otherwise offered to

26   transfer or make available, products and/or technology that infringe U.S. Patent No. 5,621,017,

27   including each of Vision Dynamics' and/or Optical Dynamics' business partners, customers

28   and/or clients and those others who have requested to receive further product information from

SQUIRE SANDERS &
DEMPSEY L.L.P.
401 Main Way
San Francisco 94104-1943

COMPLAINT OF TOKUYAMA CORPORATION AGAINST VISION DYNAMICS, LLC FOR PATENT INFRINGEMENT        5.

1    Vision Dynamics and/or Optical Dynamics involving in any way the technology covered by

2    U.S. Patent No. 5,621,017;

3         3.     For an accounting for damages and for the award of those damages, in an amount

4    that is yet to be ascertained and in accordance with proof;

5         4.     For treble those damages, pursuant to 35 U.S.C. section 284, on the ground of

6    Vision Dynamics' and/or Optical Dynamics' willful and wrongful infringement of Tokuyama's

7    patent rights;

8         5.     For a judgment awarding Tokuyama its attorneys' fees in this lawsuit, pursuant to

9    35 U.S.C. section 285, on the ground that Vision Dynamics' willful and wrongful infringement of

10   Tokuyama's patent rights, as well as Optical Dynamics' similar willful and wrongful

11   infringement of Tokuyama's patent rights for which Vision Dynamics is responsible, establishes

12   the lawsuit as an exceptional case and entitles Tokuyama to recover its attorneys' fees;

13        6.     For the assessment and award of prejudgment and postjudgment interest against

14   Vision Dynamics;

15        7.     For the award of Tokuyama's costs incurred herein; and

16        8.     For such other and further relief as the Court may deem just and proper.

17

18                                        Respectfully submitted,

19                                        SQUIRE, SANDERS & DEMPSEY L.L.P.

20

21   Dated: June 4, 2008               By _____
                                            Michael E. Sobel
22

23                                        Attorneys for Plaintiff
                                          TOKUYAMA CORPORATION
24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043

COMPLAINT OF TOKUYAMA CORPORATION AGAINST VISION DYNAMICS, LLC FOR PATENT INFRINGEMENT          6.

DEMAND FOR TRIAL BY JURY

Pursuant to Federal Rule of Civil Procedure 38(b) and Northern District of California Civil Local Rule 3-6, plaintiff TOKUYAMA CORPORATION, by and through its counsel, hereby demands a trial by jury in this action.

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

Dated: June 4, 2008                  By _____
                                          Michael E. Sobel

                                     Attorneys for Plaintiff
                                     TOKUYAMA CORPORATION

SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043

COMPLAINT OF TOKUYAMA CORPORATION AGAINST VISION DYNAMICS, LLC FOR PATENT INFRINGEMENT        7.

# EXHIBIT 4

# United States Patent [19]

## Frommeld

[11] Patent Number: 4,780,393

[45] Date of Patent: Oct. 25, 1988

[54] PHOTOPOLYMERIZABLE COMPOSITION AND PHOTOPOLYMERIZABLE RECORDING MATERIAL CONTAINING SAME

[75] Inventor: Hans-Dieter Frommeld, Wiesbaden, Fed. Rep. of Germany

[73] Assignee: Hoechst Aktiengesellschaft, Fed. Rep. of Germany

[21] Appl. No.: 5,949

[22] Filed: Jan. 22, 1987

[30] Foreign Application Priority Data

Jan. 25, 1986 [DE] Fed. Rep. of Germany ....... 3602215

[51] Int. Cl.$^4$ ...................... G03C 1/68; G03C 1/733; G03C 5/16

[52] U.S. Cl. .................................. 430/292; 430/293; 430/277; 430/22; 430/325; 430/345; 430/962; 430/915; 430/920; 430/281; 522/14; 522/26; 522/95; 522/121

[58] Field of Search ................ 430/292, 293, 277, 22, 430/325, 345, 962, 915, 920, 281; 522/14, 26, 95, 121

[56]                References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,469,982 | 9/1969 | Celeste | 96/35.1 |
| 3,526,504 | 9/1970 | Celeste | 96/35.1 |
| 3,528,926 | 9/1970 | Voorhis | 430/962 |
| 3,804,631 | 4/1974 | Faust | 96/115 |
| 4,225,661 | 9/1980 | Muzyczko | 430/345 |
| 4,241,166 | 12/1980 | Kluepfel et al. | 430/281 |
| 4,251,619 | 2/1981 | Kurita | 430/281 |
| 4,444,869 | 4/1984 | Chonan et al. | 430/962 |
| 4,693,962 | 9/1987 | Tamura et al. | 430/345 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0024916 | 3/1981 | European Pat. Off. . |
| 00717789A1 | 2/1983 | European Pat. Off. . |
| 1929375 | 9/1970 | Fed. Rep. of Germany . |
| 3131448 | 2/1983 | Fed. Rep. of Germany . |
| 1154716 | 6/1969 | United Kingdom . |
| 1205781 | 9/1970 | United Kingdom . |

### OTHER PUBLICATIONS

Photopolymerizable Composition for Forming Image, vol. 8, No. 175, p. 294 [1612], Aug. 11, 1984, Sekisui Kagaku Kogyo K. K.

Primary Examiner—Paul R. Michl

Assistant Examiner—Cynthia Hamilton

Attorney, Agent, or Firm—Foley & Lardner, Schwartz, Jeffery, Schwaab, Mack, Blumenthal & Evans

[57]                ABSTRACT

Upon imagewise exposure, a photopolymerizable composition which contains

(a) a polymeric binder;

(b) a compound that has at least one terminal ethylenic double bond and a boiling temperature, at standard pressure, of above 100° C., and that can form a polymer by polymerization initiated by a free-radical process;

(c) a photoinitiator;

(d) a leuco base of a triarylmethane dye; and

(e) a photochromic spiro-indolino-benzopyran compound represented by the formula



wherein

R denotes a hydrogen atom or a $C_1$-to-$C_{16}$ alkyl group,

$R^1$, $R^2$, $R^3$ and $R^4$ are identical or different, and each denotes a hydrogen or a halogen atom, a $C_1$-to-$C_4$ alkyl or alkoxy group, or a nitro group, and

$R^5$, $R^6$, $R^7$ and $R^8$ are identical or different, and each denotes a hydrogen or a halogen atom, a nitro or an amino group, a $C_1$-to-$C_5$ alkyl or alkoxy group, or a $C_6$-to-$C_{10}$ aryl group exhibits a strong color contrast which is maintained even after prolonged storage.

16 Claims, 2 Drawing Sheets



**U.S. Patent**    Oct. 25, 1988    Sheet 1 of 2    **4,780,393**







*FIG 3*



*FIG 4*



4,780,393

1

### PHOTOPOLYMERIZABLE COMPOSITION AND PHOTOPOLYMERIZABLE RECORDING MATERIAL CONTAINING SAME

#### BACKGROUND OF THE INVENTION

The present invention relates to a photopolymerizable composition that comprises (1) a polymeric binder, (2) an ethylenically unsaturated, polymerizable compound, (3) a photoinitiator and (4) a particular type of photochromic spiro-indolinobenzopyran compound.

Compositions containing components (1), (2) and (3) above are used for producing printing plates, relief images and photoresists and are, for example, known from German Pat. Nos. 1,171,267, 2,027,467 and 2,039,861 and from German Offenlegungsschriften No. 15 22 515, No. 20 64 079 and No. 20 64 080 (corresponding to U.S. Pat. No. 3,804,631). They are employed, in particular, as recording materials for the photomechanical production of lithographic printing forms and for photoresist processes.

In the photopolymerizable layers of these compositions or reproduction materials, respectively, dyes or pigments are usually included to improve the visibility of the relief image following development. The colored additives should be lightfast by nature, since the stencil obtained after development, which consists of the light-hardened layer constituents, must exhibit a maximum of contrast. On the other hand, the exposed areas are clearly distinguishable from the unexposed areas immediately after the exposure of photopolymerizable recording materials. To achieve this objective, azo dyes are used, among others, which are bleached out upon exposure. In most cases the images produced using these dyes are very light, i.e., poor in contrast.

German Offenlegungsschrift No. 28 07 933 describes specific azo dyes which are reversibly bleached. When being exposed, they are bleached by down to 50% of the original extinction, resulting in a relatively high image contrast. The images must, however, be developed immediately after exposure, because, especially in the presence of ambient oxygen from the air, the original color density is gradually restored and, hence, the contrast due to exposure disappears.

In accordance with the teaching of European patent application No. 24,916, suitable dyes include triarylmethane dyes, cis- or trans-azobenzenes, thioindigo dyes, o-nitrobenzene derivatives and spiropyran compounds which in positive-working photoresists exhibit photochromic properties.

German Offenlegungsschrift No. 31 31 448 describes photopolymerizable mixtures with binders containing amino or imino groups, which may additionally contain dyes, contrast agents or photochromic compounds. Leuco dyes, such as leuco crystal violet, are mentioned as photochromic compounds. Triphenyl methane dyes and 3'-phenyl-7-dimethylamino-2,2'-spirodi[2H-1-benzopyran] are mentioned, inter alia, as suitable contrast dyes.

#### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide highly photosensitive photopolymerizable compositions that show, immediately after exposure, a strong image contrast which is maintained even after prolonged storage.

It is also an object of the present invention to provide photopolymerizable copying material characterized by

2

a good contrast between the exposed photopolymerizable layer areas and the layer support, in particular copper supports, which is observable after development.

It is still another object of the present invention to provide a photopolymerizable composition that is storable for at least two weeks without changing substantially when the composition is applied, in the form of a photopolymerizable layer, to a copper-containing layer support.

It is yet another object of the present invention to provide a process that is characterized, inter alia by the ease with which correctness of image exposure can be monitored.

In accomplishing the foregoing objects, there has been provided, in accordance with one aspect of the present invention, a photopolymerizable composition comprising

(a) a polymeric binder;

(b) a compound that has at least one terminal ethylenic double bond and a boiling temperature, at standard pressure, of above 100° C., and that can form a polymer by polymerization initiated by a free-radical process;

(c) a photoinitiator;

(d) a leuco base of a triarylmethane dye; and

(e) photochromic spiro-indolino-benzopyran compound represented by the formula



wherein

R denotes a hydrogen atom or a $C_1$-to-$C_{16}$ alkyl group,

$R^1, R^2, R^3$ and $R^4$ are identical or different, and each denotes a hydrogen or a halogen atom, a $C_1$-to-$C_4$ alkyl or alkoxy group, or a nitro group, and

$R^5, R^6, R^7$ and $R^8$ are identical or different, and each denotes a hydrogen or a halogen atom, a nitro or an amino group, a $C_1$-to-$C_5$ alkyl or alkoxy group, or a $C_6$-to-$C_{10}$ aryl group.

In accordance with another aspect of the present invention, a photopolymerizable recording material has been provided which is comprised of a layer support and a photopolymerizable layer provided thereon, which layer is comprised of the above-described composition. In a preferred embodiment, the photopolymerizable layer is provided on the surface of the layer support that is comprised of copper or a copper alloy.

In accordance with another aspect of the present invention, there has been provided a process for recording relief images, comprising the steps of (a) imagewise-exposing a photopolymerizable recording material as described above, whereby a colored image is formed; (b) checking the correctness of the exposure of the recording material by reference to the colored image; and (c) washing out the unexposed portions of the layer.

4,780,393

3

Other objects, features and advantages of the present invention will become apparent from the following detailed description. It should be understood, however, that the detailed description and the specific examples, while indicating preferred embodiments of the invention, are given by way of illustration only, since various changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art from this detailed description.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1–4 are graphs that depict, respectively, the relation between brightness values in an image field and time elapsed after exposure for comparison materials (FIGS. 1, 2 and 3) and recording material within the present invention (FIG. 4).

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Leuco bases of triarylmethane dyes that are suitable for use in the present invention include, inter alia, those of Crystal Violet, Victoria Blue BH, Victoria Pure Blue BOH, Methyl Violet, Fuchsine, Malachite Green, Acid Violet 5B, Solar Cyanine 6B, Brillant Green and Acilan Violet S.

Of the spiro-[2H-1-benzopyran-2,2'-indolines] corresponding to formula I, both derivatives carrying substituents on the benzopyran ring system and derivatives carrying substituents on the indoline system can be employed in the photopolymerizable compositions of the present invention.

Among the suitable substituted benzopyrans are: 6-Acetyl-, 5-bromo-8-methoxy-6-nitro-, 5-bromo-6-nitro-, 6-bromo-8-nitro-, 8-bromo-6-nitro-, 6-chloro-, 7-chloro-, 6-chloro-5,7-dimethyl-8-nitro-, 8-chloro-5,6-dinitro-, 5-chloro-6-nitro-, 5-chloro-8-nitro-, 6-cyano-, 5,7-dichloro-6-nitro-, 6,8-dichloro-5-nitro-, 5,7-dimethoxy-6-nitro-, 8-fluoro-, 6-fluoro-8-nitro-, 8-fluoro-6-nitro-, 7-hydroxy-, 6-iodo-8-nitro-, 8-iodo-6-nitro-, 7-methoxy-5-methyl-6-nitro-, 6-methoxy-5-nitro-, 8-methoxy-5-nitro-, 8-methoxy-6-nitro-, 5-nitro-, 6-nitro-, 7-nitro-, 8-nitro-, 6-nitro-5,7,8-trimethyl-, 6-(β-nitrovinyl) and 7-methyl-benzopyran.

Suitable substituted indolines include: 1'-butyl-, 3',3'-diethyl-, 3',3'-diphenyl-, 3',7'-diphenyl-, 3'-ethyl-, 1'-hexadecyl-, 1'-isoamyl-, 5'-nitro-3'-phenyl-, 3'phenyl-, 1',3',3'-trimethyl-, 4'-chloro-, 5'-chloro-, 6'-chloro-, 5',7'-dichloro-, 3',3'-trimethyl-5'-chloro-, 4',6'-dimethoxy-, 4',7'-dimethyl-, 5',7'-dimethyl-, 4',6'-diphenyl-, 5',7'-diphenyl-,4'-fluoro-, 5'- fluoro-, 5'-(β-hydroxyethyl), 5'-methoxy-, 7'-methoxy-, 5'-methyl-, 6'-methyl-, 7'-methyl-, 5'-nitro-, 7'-nitro-, 5'-phenyl-, 7'-phenyl-and 4',6',7'-triphenyl-indoline.

If one or several of the radicals $R^1$ to $R^8$ are alkyl groups, these preferably have 1 or 2 carbon atoms, with methyl groups being particularly preferred. R preferably is an alkyl group having, in particular, 1 to 5 carbon atoms; most preferably it is a methyl group.

Compounds of formula I that possess at least one nitro group, especially in the benzopyran system, yield particularly strong color contrasts and, therefore, are preferred.

The suitable spiro-[2H-1-benzopyran-2,2'-indolines] preferably include those which—in accordance with the above-mentioned preferred substituents—carry substituents on both ring systems. Particular preference is given to those substituted compounds that are substituted, in position 1' of the indoline system, by one

4

methyl group and, in position 3' of the indoline system, by two methyl groups, and that in position 6 of the benzopyran system are substituted by a nitro group. Optionally, position 8 of the benzopyran system is additionally substituted by an alkoxy group, in particular, a methoxy group.

Additional suitable spiro-indolino-benzopyrans are described by G. H. Brown in PHOTOCHROMISM, Wiley-Interscience, New York (1971), at pages 165–69, particularly page 169, the contents of which are hereby incorporated by reference.

The amount of leuco base contained in a photopolymerizable composition of the present invention preferably varies between 0.05 and 5.0 percent by weight, preferably between 0.4 and 4.0 percent by weight, relative to the nonvolatile constituents of the composition. The corresponding content of spiro compound generally varies between 0.01 and 2.0 percent by weight, preferably between 0.05 and 1.0 percent by weight, relative to the nonvolatile constituents of the composition. The preferred ratio of leuco base to spiro compound ranges from 12:1 to 2:1.

A large number of substances can be used as photopolymerization initiators in a composition according to the present invention. Examples are benzophenone, thioxanthone, benzoin and their derivatives.

Among these substances, preference is given to heterocyclic compounds having 2 to 5 fused rings and at least one nitrogen atom as a heteroatom, in particular acridine derivatives, such as 9-phenylacridine, 9-p-methoxyphenylacridine, 9-acetylaminoacridine and benz(a)acridine; quinoline derivatives, such as 2-styrylquinoline and cinnamylidene-quinaldine; phenazine derivatives like 9,10-dimethyl-benz(a)phenazine and 10-methoxybenz(a)phenazine; quinoxaline derivatives, for example, 6,4',4''-trimethoxy-2,3-diphenylquinoxaline and 4',4''-dimethoxy-2,3-diphenyl-5-azaquinoxaline; and quinazoline derivatives. These preferred initiators are described in German patent No. 20 27 467, and are represented by the formula



Formula II

or



Formula III

in which

$R_1$, $R_2$, and $R_3$ are selected from the group consisting of hydrogen, halogen, alkyl, alkoxy, aryl, aryloxy, amino, acrylamino, and aralkeny groups,

$R_4$, $R_5$, $R_6$ and $R_7$ are H or annelated benzene rings, with no more than two annelated benzene rings being present per molecule, however, and

X is selected from the group consisting of

4,780,393

5                                                          6

in German Pat. No. 20 39 861, and are represented by the formula



Formula IV

in which

Z and Q are different from one another and each represents either a nitrogen atom or the group C—R',

X and T are the same or different and represent a nitrogen atom or the group C—R'',

R and R' are the same or different and represent aliphatic, aromatic or heterocyclic groups and

R'' represents hydrogen or an organic group of the nucleus A carrying a further group of the significance of R'' or an annellated benzene ring; and in prior German patent application No. 35 37 380, and are represented by the formula



Formula V

in which

$R^1$ is a substituted or unsubstituted m-valent, carbocyclic aromatic or heterocyclic aromatic radical,

$R^2$ is an alkyl group, an aryl group, an aralkyl group or an aralkenyl group,

$R^3$ and $R^4$ are identical or different, and each denotes a hydrogen atom, a halogen atom, an alkyl group or an alkoxy group,

n is 0 or 1, and

m is 1 or 2.

The initiators are generally employed in an amount ranging from 0.01 to 10.0 percent by weight, preferably from 0.05 to 4.0 percent by weight, relative to the non-volatile constituents of the composition.

Polymerizable compounds useful for the purpose of this invention are known and are described, for example, in U.S. Pat. Nos. 2,760,863 and 3,060,023. Preferred examples are acrylic and methacrylic acid esters of dihydric or polyhydric alcohols, such as ethylene glycol diacrylate, polyethylene glycol dimethacrylate, acrylates and methacrylates of trimethylol ethane, trimethylol propane, pentaerythritol, dipentaerythritol, and of polyhydric alicyclic alcohols. Reaction products of diisocyanates with partial esters of polyhydric alcohols are also used advantageously. Monomers of this kind are described in German Offenlegungsschriften Nos. 20 64 079, 23 61 041 and 28 22 190. The proportion of monomers contained in the layer generally varies between about 10 and 80, preferably 20 and 60, percent by weight.

A large number of soluble organic polymers can be employed as binders. Examples are: polyamides, polyvinyl esters, polyvinyl acetals, polyvinyl ethers, epoxide resins, polyacrylic acid esters, polymethacrylic acid esters, polyesters, alkyd resins, polyacrylamide, polyvinyl alcohol, polyethylene oxide, polydimethyl acrylamide, polyvinyl pyrrolidone, polyvinylmethyl formamide, polyvinylmethyl acetamide, and copolymers of the monomers which form the enumerated homopolymers. Other suitable binders are natural substances or modified natural substances, for example, gelatin or cellulose ethers.

With particular advantage, binders are used that are insoluble in water but that are soluble, or at least swellable, in aqueous-alkaline solutions, since layers containing such binders can be developed with the preferably employed aqueous-alkaline developers. Binders of this type can, for instance, contain the following groups: —COOH, —PO$_3$H$_2$, —SO$_3$H, —SO$_2$NH, —SO$_2$—N—H—SO$_2$— and —SO$_2$—NH—CO. Examples of these binders are maleate resins, polymers of β-methacryloyloxy-ethyl-N-(p-tolylsulfonyl)-carbamate and copolymers of these and similar monomers with other monomers, vinyl acetate/crotonic acid copolymers and styrene /maleic acid anhydride copolymers. Copolymers of alkylmethacrylates and methacrylic acid and copolymers of methacrylic acid, higher alkyl methacrylates and methyl methacrylate and/or styrene, acrylonitrile, and the like, which are described in German Offenlegungsschriften Nos. 20 64 080 and 23 63 806, are preferably used. It is also preferred that the water-insoluble, aqueous-alkaline-swellable binders used in the present invention have an acid number of 50 to 350.

In general, the quantity of binder added ranges between about 20 to 90% by weight, preferably 40 to 80% by weight, of the layer constituents.

Depending on their intended use and desired properties, the photopolymerizable compositions of the present invention can contain various additional substances. Examples of these admixtures are:

inhibitors to prevent thermal polymerization of the monomers,

hydrogen donors,

substances regulating the sensitometric properties of layers of this type,

dyes,

colored and uncolored pigments, and

plasticizers, such as polyglycols or esters of p-hydroxylbenzoic acid.

These constituents advantageously should be selected to minimize absorption in the region of actinic radiation, which is important for the initiation process.

In the context of this description, actinic radiation is to be understood as any radiation, the energy of which corresponds at least to that of shortwave visible light. Longwave UV-radiation and laser radiation are also suitable.

The photopolymerizable composition of the present invention can be used in many applications, such as in the production of varnishes which are hardened by the action of light and, in particular, in a light-sensitive copying material used for reproduction purposes.

Although the present description focuses to an extent on this last field of application, the present invention is not limited thereto. Examples of applications for the present invention in the reproduction field are: recording layers for the photomechanical production of printing plates suitable for relief printing, lithographic printing, gravure printing, or screen printing; relief copies, for example, in the production of Braille books; single

4,780,393

7

copies; tanned images and pigment images. The compositions of the present invention can also be employed for the photomechanical production of etch resists, for example, for name plates, printed circuits, and chemical milling. The compositions of this invention are of particular importance with regard to the photomechanical production of lithographic printing plates and to photoresist technology.

A composition within the present invention can be used industrially for the above-mentioned applications as a liquid solution or dispersion, for example, a photoresist solution, which is applied by the consumer to an appropriate support, for example, for chemical milling, for the production of printed circuits, screen printing stencils, etc. The composition can also be present as a solid light-sensitive layer coated on a suitable support, i.e., as a storable, photosensitive copying material, for example, for the production of printing plates. It can also be employed for the production of dry resists.

It is generally advantageous substantially to isolate the compositions of the present invention from the influence of atmospheric oxygen during light polymerization. If the composition is used in the form of a thin copying layer, it is recommended that a suitable cover film with a low permeability to oxygen be applied to the layer. The cover film may be self-supporting and removable from the copying layer prior to development. Polyester films, for example, are suitable for this purpose. The cover film may also comprise a material that dissolves in the developer liquid or that can be removed at least from the nonhardened areas during development. Examples of materials suitable for this purpose are, inter alia, waxes, polyvinyl alcohol, polyphosphates and sugars.

Layer supports which are suitable for copying materials prepared using the composition of the present invention include, for example, aluminum, steel, zinc, copper, plastic films, such as films of polyethylene terephthalate or cellulose acetate, and screen printing supports, such as perlon gauze.

The light-sensitive materials employing the composition of this invention are conventionally prepared. Thus, the composition can be taken up in a solvent, and the resulting solution or dispersion can be applied to the intended support as a thin film by casting, spraying, immersion or roller application, and subsequently dried. Thick layers (for example, 250 μm and thicker) are advantageously prepared by first producing a self-supporting film by extrusion or molding, which is then optionally laminated to the support. In the case of dry resists, solutions of the composition are applied to transparent intermediate supports and dried. The light-sensitive layers, having a thickness between about 10 and 100 μm, are then also bonded to the desired support by lamination, along with the temporary support.

The copying materials can be processed using known methods. They are developed by treatment with an appropriate developer solution, for example, a solution of organic solvents, but preferably with a weakly alkaline aqueous solution, whereby the unexposed areas of the layer are dissolved away and the exposed areas of the copying layer remain on the support.

On exposure, the materials prepared according to the present invention immediately exhibit a clearly visible color contrast, due to an intensive coloring of the exposed areas. During storage in the dark, the color contrast is preserved almost unchanged and is maintained over quite a number of days and even weeks. The pho-

8

tosensitivity of the photopolymerizable composition remains virtually unaffected by contrast-provoking additives.

Surprisingly, the desired effect is only achieved when spiro compounds represented by formula I are employed in the composition according to the invention. For example, the 3'-phenyl-7-dimethylamino-2,2'-spirodi[2H-1-benzopyran]dye mentioned in German Offenlegungsschrift No. 31 31 448, which dye has a structure that is similar to that of the formula I spiro compounds described above, does not undergo any photochromic color change in the composition, whether it is used alone or in combination with a leucotriarylmethane dye. In contrast, if a formula I compound is used alone, i.e., without the addition of a leuco base, the coloring rpidly decreases after the imagewise exposure, and within the course of a few hours it practically disappears. If the leuco base is used alone, practically no image contrast is visible immediately after exposure. A marked image contrast manifests itself only after a certain period of storage in the dark, with the maximum intensity reached after approximately one day.

The following examples illustrate preferred embodiments of the present invention. Quantitative ratios and percentages are to be understood as weight units, unless otherwise stated. As a rule, the amounts of the individual constituents are expressed in parts by weight (p.b.w.).

EXAMPLE 1

Solutions 1a to 1f were prepared by first preparing a stock solution comprised of

20 p.b.w. of the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxyethylmethacrylate,

20 p.b.w. of a terpolymer of styrene, n-hexylmethacrylate and methacrylic acid (10:60:30) having an acid number of 190,

0.02 p.b.w. of 1,4-bis-(4-tert.butoxy-phenylamino)-5,8-dihydroxyanthraquinone,

0.2 p.b.w. of 9-phenylacridine, in

46 p.b.w. of butanone and

23 p.b.w. of ethanol,

to which one of the following constituents was added in each case:

1a (C): no admixture

1b (C): 0.04 p.b.w. of 3'-phenyl-7-dimethyl-amino-2,2'-spirodi[2H-1-benzopyran],

1c (C): 0.04 p.b.w. of 1',3',3'-trimethyl-6-nitro-8-methoxy-spiro-[2H-1-benzopyran-2,2'-indoline],

1d (C): 0.35 p.b.w. of leuco-crystal violet,

1e (C): 0.35 p.b.w. of leuco-crystal violet and 0.04 p.b.w. of 3'-phenyl-7-dimethyl-amino-2,2'-spirodi-[2H-1-benzopyran],

1f: 0.35 p.b.w. of leuco-crystal violet and 0.04 p.b.w. of 1',3',3'-trimethyl-6-nitro-8-methoxy-spiro-[2H-1-benzopyran]-2,2'-indoline].

C=Comparison

Each of these solutions was applied to 25 μm-thick polyethylene terephthalate film, with subsequent drying at 100° C. in a drying cabinet for 2 minutes. Dry resist layers having a weight of 50 g/m2 were obtained.

For protection from dust and mechanical damage, the dry resist layers were covered with a 20 μm-thick covering film of polyethylene, which adhered less strongly to the resist layer than did the polyester film. The mate-

4,780,393

9               10

rials thus obtained could be stored over a prolonged period, provided that light was excluded.

After removal of the covering film, the dry resist layers were laminated, at a temperature of 120° C. and an advance speed of 1.5 m/min., to a precleaned copper foil bonded to a rigid epoxide/glass fiber laminate, using a commercially available laminator.

Samples 1a to 1f of the resist material laminated onto the copper surface were then exposed through the support film, under an original comprising a transparent field of 4×4 cm, a dark field of 4×4 cm, a line pattern and a 13-step exposure wedge having density increments of 0.15. In each case, exposure was performed for 5 seconds, by means of an iron-doped 5 kW halide lamp, at a distance of 90 cm.

The brightness values of the 4×4 cm fields, i.e., the light remitted by these fields, were then measured by means of a HUNTERLAB color tester. The L-value is a measure of brightness (100=ideal white, 0=ideal black). The L-values determined for the different compositions are compiled in Table 1.

TABLE 1

| | | | | | |
|---|---|---|---|---|---|
| L-values of layers a–f, determined as a function of the time elapsed after exposure | | | | | |
| time after exposure (hours) | 0 | 0.5 | 1 | 4 | 20 |
| a unexposed | 60.5 | 60.5 | 60.4 | 60.4 | 60.5 |
| a exposed | 60.5 | 60.5 | 60.5 | 60.4 | 60.4 |
| b unexposed | 60.1 | 60.1 | 60.0 | 60.1 | 60.1 |
| b exposed | 60.0 | 60.1 | 60.1 | 60.0 | 60.0 |
| c unexposed | 59.1 | 59.1 | 59.0 | 59.0 | 59.0 |
| c exposed | 54.0 | 54.6 | 55.1 | 56.4 | 58.8 |
| d unexposed | 56.3 | 56.2 | 56.0 | 55.9 | 55.5 |
| d exposed | 56.0 | 55.1 | 54.2 | 52.3 | 50.4 |
| e unexposed | 56.2 | 56.1 | 55.9 | 55.8 | 55.5 |
| e exposed | 56.2 | 55.1 | 54.0 | 52.2 | 50.2 |
| f unexposed | 55.2 | 55.1 | 55.0 | 54.8 | 54.7 |
| f exposed | 49.9 | 49.8 | 49.6 | 49.4 | 49.2 |

Conclusions:

1b: The comparative compound 1b (3'-phenyl-7-dimethylamino-2,2'-spirodi-[2H-1-benzopyran]) was ineffective, both when used alone (FIG. 1) and when used in combination with the leuco base (1e).

1c: The compound 1c (1',3',3'-trimethyl-6-nitro-8-methoxyspiro-[2H-1-benzopyran-2,2'-indoline]) gave a good contrast immediately after exposure, but this contrast did not last (FIG. 2).

1d: With leuco crystal violet alone, an acceptable contrast was reached only after several hours (FIG. 3).

1f: The composition of the present invention provided a substantially uniform contrast, independent of the time (FIG. 4).

Additional samples of plates 1a to 1f were then exposed as described above and, after the support film had been peeled off, were developed by spraying with 0.8% strength sodium carbonate solution at 25° C. for 60 seconds.

The photosensitivity had not been affected by the additives. In each of the 6 samples, steps 1 to 4 of the continuous tone step wedge were completely hardened, and steps 7 to 12 were completely developed. The best contrast relative to the copper was observed in the case of sample 1f, prepared in accordance with the present invention.

EXAMPLE b 2

Coating solutions comprised of

100 p.b.w. of trimethylolpropane triacrylate,
100 p.b.w. of a terpolymer of n-hexylmethacrylate, n-butoxymethylmethacrylamide and methacrylic acid (50:25:25) having an acid number of 163,
1200 p.b.w. of 2-methoxyethanol,
200 p.b.w. of butanone,
1 p.b.w. of 3-benzylidene-9-methyl-2,3-dihydro1H-cyclopenta(b)quinoline and either
(a)(C) 2 p.b.w. of 3'-phenyl-7-dimethylamino-2,2'-soirodi[2H-1-benzopyran] or
(b) (C) 2 p.b.w. of 1',3',3'-trimethyl-6-nitro-8-methoxy-spiro[2H-1-benzopyran-2,2'-indoline] or
(c)(C) 6 p.b.w. of leuco crystal violet or
(d)(C) 6 p.b.w. of leuco crystal violet and 2 p.b.w. of 1',3',3'-trimethyl-6-nitro-8-methoxyspiro[2H-1-benzopyran-2,2'-indoline]

were spin-coated onto electrolytically grained and anodically oxidized, 0.3 mm-thick aluminum and dried at 100° C. for two minutes, such that a layer weight of 2.4 g/m² was obtained in each case. Thereafter the photosensitive plates were coated with a 15% strength aqueous solution of polyvinyl alcohol (12% residual acetyl groups, K-value 4) and dried again (coating weight 4–5 g/m²).

The printing plates thus obtained were exposed for 10 seconds through a screened original by means of a 5 kW metal halide lamp at a distance of 110 cm. The resulting contrast was evaluated prior to development.

Evaluation of the image contrast after exposure, prior to development:

| immediately | after 20 min | after 24 hours |
|---|---|---|
| (a) no image | no image | no image |
| (b) good image | good image | faint image |
| (c) no image | acceptable image | acceptable image |
| (d) good image | good image | acceptable image |

When the printing plates were developed immediately after exposure, using a developer comprised of

15 p.b.w. of pelargonic acid,
10 p.b.w. of sodium hydroxide,
92 p.b.w. of a block polymer comprising 90 % of propylene oxide and 10% of ethylene oxide,
12 p.b.w. of sodium tetrapolyphosphate, and
550 p.b.w. of water,

sample (d), prepared according to the present invention, exhibited an image having good contrast, comparative samples (c) and (b) exhibited an image of weak contrast, and comparative sample (a) showed no contrast whatever. A field could be detected only where exposed and unexposed areas were distinguishable from one another by slight differences in surface gloss.

EXAMPLE 3

Coating solutions comprised of

30 p.b.w. of the reaction product obtained from 1 mole of 2,2,4-trimethyl-hexamethylene diisocyanate and 2 moles of 2-hydroxy-ethylmethacrylate,
10 p.b.w. of polyethylene glycol dimethacrylate (average molecular weight of the polyethylene glycol 550),
60 p.b.w. of a terpolymer obtained from methylmethacrylate, n-hexylmethacrylate and methacrylic acid (10:60:30) having an acid number of 190, and

4,780,393

11

1 p.b.w. of 9-acetylamino-acridine, in
60 p.b.w. of ethanol and
125 p.b.w. of butanone,
which were used
(a) without an admixture or with an admixture of
(b) 2 p.b.w. of leuco malachite green or
(c) 1 p.b.w. of 1′,3′,3′-trimethyl-6-nitro-spiro[2H-1 ben-
zopyran-2,2′-indoline] or
(d) 2 p.b.w. of leuco malachite green and 1 p.b.w. of
1′,3′,3′-trimethyl-6-nitro-spiro[2H-1-benzopyran-2,2′-
indoline] or
(e) 2 p.b.w. of leuco malachite green and 0.5 p.b.w. of
1′,3′,3′-trimethyl-6-nitro-8-methoxy-spiro-[2H-1-ben-
zopyran-2,2′-indoline],
were applied to 25 μm-thick polyethylene terephthalate
film and dried (dry layer weight: 45 g/m²). The dry
resist layers thus prepared were laminated to precleaned
copper foil, which had been bonded to rigid epoxide/-
glass fiber laminate, and subsequently exposed through
an original (5 kW metal halide lamp; distance 90 cm; 10
seconds).

The surfaces subjected to imagewise exposure were
then evaluated. The results are compiled in the table
below:

| | immediately after exposure | after 60 min | after 24 hours |
|---|---|---|---|
| (a) | no image | no image | no image |
| (b) | no image | very faint image | acceptable image |
| (c) | acceptable image | faint image | very faint image |
| (d) | acceptable image | acceptable image | acceptable image |
| (e) | good image | good image | acceptable image |

It was possible without any problems to develop the
exposed plates 3a–3e with 0.8 % strength sodium car-
bonate solution and to reinforce the bared copper sur-
face by electroplating.

EXAMPLE 4

A coating solution comprised of
40 p.b.w. of a copolymer of methylmethacrylate and
methacrylic acid (acid number 115),
40 p.b.w. of 1,1,1-trimethylolethane triacrylate,
1 p.b.w. of 6,4′,4″-trimethoxy-2,3-diphenylquinoxaline,
2 p.b.w. of leuco crystal violet,
0.5 p.b.w. of 1′,3′,3′-trimethyl-5′-chloro-6-nitro-8-
methoxy-spiro[2H-1-benzopyran-2,2′-indoline], and
520 p.b.w. of 2-methoxyethanol,
was coated onto electrolytically grained and anodically
oxidized aluminum foil (dry layer weight: 3.4 g/m²).
Then a covering layer (4 g/m²) of polyvinyl alcohol
was applied to the plate.

The printing plate thus obtained was exposed
through an original for 30 seconds by means of a 5 kW
metal halide lamp and then wiped for 1 minute with a
developer of
15 p.b.w. of sodium metasilicate×9H₂O,
3 p.b.w. of polyglycol 6000,
0.6 p.b.w. of levulinic acid, and
0.3 p.b.w. of strontium hydroxide×8H₂O, in
1,000.0 p.b.w. of water,
whereby the unexposed portions of the layer were re-
moved. Prior to and after development, a sharp, high-
contrast, negative image of the original was visible on
the plate.

12

The plate was then inked with black greasy ink. A
printing test was stopped after 100,000 perfect prints
had been run.

What is claimed is:
1. A photopolymerizable composition comprising
   (a) a polymeric binder;
   (b) a compound that has at least one terminal ethyl-
       enic double bond and a boiling temperature, at
       standard pressure, of above 100° C., and that can
       form a polymer by polymerization initiated by a
       free-radical process;
   (c) a photoinitiator;
   (d) a leuco base of a triarylmethane dye; and
   (e) a photochromic spiro-indolino-benzopyran com-
       pound represented by the formula



Formula I

wherein
   R denotes a hydrogen atom or a $C_1$-to-$C_{16}$ alkyl
       group,
   $R^1$, $R^2$, $R^3$ and $R^4$ are identical or different, and each
       denotes a hydrogen or a halogen atom, a $C_1$-to-$C_4$
       alkyl or alkoxy group, or a nitro group, and
   $R^5$, $R^6$, $R^7$ and $R^8$ are identical or different, and each
       denotes a hydrogen or a halogen atom, a nitro or an
       amino group, a $C_1$- to-$C_5$ alkyl or alkoxy group, or
       a $C_6$-to-$C_{10}$ aryl group.

2. A photopolymerizable composition as in claim 1,
wherein at least one of the groups $R^1$, $R^2$, $R^3$ and $R^4$ is
a nitro group.

3. A photopolymerizable composition as in claim 2,
wherein compound (e) has a nitro group at the 6 posi-
tion of said formula.

4. A photopolymerizable composition as in claim 3,
wherein compound (e) has an alkoxy group at the 8
position of said formula.

5. A photopolymerizable composition as in claim 1,
wherein three substituents of the group consisting of $R^5$,
$R^6$, $R^7$ and $R^8$ are methyl.

6. A photopolymerizable composition as in claim 5,
wherein compound (e) has one methyl substituent at
position 1′, and two methyl substituents at position 3′, of
said formula.

7. A photopolymerizable composition as in claim 1,
wherein said leuco base is a tris-(4-dialkylamino-
phenyl)methane compound.

8. A photopolymerizable composition as in claim 1,
wherein (i) said leuco base is present in an amount rang-
ing between about 0.05 and 5.0 percent by weight and
(ii) said compound (e) is present in an amount ranging
between about 0.01 and 2.0 percent by weight.

9. A photopolymerizable composition as in claim 1
wherein said photoinitiator is a heterocyclic compound
having two to five fused rings and at least one nitrogen
atom as a heteroatom.

10. A photopolymerizable composition as in claim 9,
wherein said photoinitiator is a derivative of quinoline,

4,780,393

**13**

quinoxaline, phenazine or acridine, and is represented by one of the following formulas

R₄, R₆, R₁, R₂, R₃, R₅, N, R₇    Formula II

or

R₄, N, R₆, R₁, R₂, R₃, R₅, X, N, R₇    Formula III

in which

R₁, R₂, and R₃ are selected from the group consisting of hydrogen, halogen, alkyl, alkoxy, aryl, aryloxy, amino, acylamino, and aralkeny groups,

R₄, R₅, R₆ and R₇ are H or annelated benzene rings, with no more than two annelated benezene rings being present per molecule, however, and

X is selected from the group consisting of N and

H
C; or

A, B, N, R, Z, Q, T, X    Formula IV

in which

Z and Q are different from one another and each represents either a nitrogen atom or the group C—R′,

X and T are the same or different and represent a nitrogen atom or the group C—R″,

R and R′ are the same or different and represent aliphatic, aromatic or heterocyclic groups and

R″ represents hydrogen or an organic group of the nucleus A carrying a further group of the significance of R″ or an annellated benzene ring; or,

R³, R², R⁴, N, HC—(CH=CH)ₙ—, m, R¹    Formula V

in which

R¹ is a substituted or unsubstituted m-valent, carbocyclic aromatic or heterocyclic aromatic radical,

R² is an alkyl group, an aryl group, an aralkyl group or an aralkenyl group,

**14**

R³ and R₄ are identical or different, and each denotes a hydrogen atom, a halogen atom, an alkyl group or an alkoxy group,

n is 0 or 1, and

m is 1 or 2.

11. A photopolymerizable composition as in claim 1, wherein said polymeric binder is insoluble in water and soluble in an aqueous-alkaline solution,

12. A photopolymerizable composition as in claim 11, wherein said polymeric binder has an acid number of 50 to 350.

13. A photopolymerizable recording material comprised of a layer support and a photopolymerizable layer provided on said layer support, said layer comprising

(a) a polymeric binder;

(b) a compound that has at least one terminal ethylenic double bond and a boiling temperature, at standard pressure, of above 100° C., and that can form a polymer by polymerization initiated by a free-radical process;

(c) a photoinitiator;

(d) a leuco base of a triarylmethane dye; and

(e) a photochromic spiro-indolino-benzopyran compound represented by the formula



wherein

R denotes a hydrogen atom or a $C_1$-to-$C_{16}$ alkyl group,

$R^1, R^2, R^3$ and $R^4$ are identical or different, and each denotes a hydrogen or a halogen atom, a $C_1$-to-$C_4$ alkyl or alkoxy group, or a nitro group, and

$R^5, R^6, R^7$ and $R^8$ are identical or different, and each denotes a hydrogen or a halogen atom, a nitro or an amino group, a $C_1$-to-$C_5$ alkyl or alkoxy group, or a $C_6$-to-$C_{10}$ aryl group.

14. Recording material as in claim 13, wherein said photopolymerizable layer is provided on a surface of said layer support that is comprised of copper or a copper alloy.

15. A process for recording relief images, comprising the steps of (a) imagewise-exposing a photopolymerizable recording material as claimed in claim 13, whereby a colored image is formed; (b) checking the correctness of the exposure of said recording material by reference to said colored image; and (c) washing out the unexposed portions of said layer.

16. A photopolymerizable composition as in claim 9, wherein said photoinitiator is at least one compound selected from the group consisting of 9-phenylacridine, 9-p-methoxyphenylacridine, 9-acetylaminoacridine, benz(a)acridine, 2-styrylquinoline, cinnamylidenequinaldine, 9,10-dimethyl-benz(a)phenazine, 10-methoxybenz(a)phenazine, 6,4′,4″-trimethoxy-2,3-diphenylquinoxaline and 4′,4″-dimethoxy-2,3-diphenyl-5-azaquinoxaline.

* * * * *