1  James E. Doroshow, Esq. (SBN: 112920)
      jdoroshow@linerlaw.com
2  Brian T. Hafter, Esq. (SBN: 173151)
      bhafter@linerlaw.com
3  Matthew Borden, Esq. (SBN: 214323)
      mborden@linerlaw.com
4  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
5  199 Fremont Street, 20th Floor
   San Francisco, CA  94105-2255
6  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
7
   Dwayne K. Goetzel, Esq. (SBN: 08059500)
8  Ryan T. Beard, Esq. (SBN: 24012264)
   MEYERTONS HOOD KIVLIN
9  KOWERT & GOETZEL PC
   700 Lavaca, Suite 800
10 Austin, TX  78701
   Telephone:  (512) 853-8800
11 Facsimile:  (512) 853-8801
   (pro hac vice to be filed)
12
   Attorneys for Defendant
13 Vision Dynamics, LLC

14                         **UNITED STATES DISTRICT COURT**

15                         **NORTHERN DISTRICT OF CALIFORNIA**

16                              **SAN FRANCISCO DIVISION**

17 | TOKUYAMA CORPORATION, | ) | Case No. C08-02781 JL |
   |                       | ) |                       |
18 |         Plaintiff,    | ) |                       |
   |                       | ) | **DECLARATION OF DWAYNE K.** |
19 | v.                    | ) | **GOETZEL IN SUPPORT OF** |
   |                       | ) | **DEFENDANT VISION DYNAMICS,** |
20 | VISION DYNAMICS, LLC, | ) | **LLC'S MOTION TO STAY THE** |
   |                       | ) | **LITIGATION FOR THE** |
21 |         Defendant.    | ) | **REEXAMINATION OF THE '017** |
   |                       | ) | **PATENT** |
22 |                       | ) |                       |
   |                       | ) | **Date:    September 3, 2008** |
23 |                       | ) | **Time:    9:30 a.m.** |
   |                       | ) | **Department: Courtroom F, 15th Floor** |

24

25

26

27

28

Dwayne K. Goetzel hereby declares as follows:

1. I am counsel for Vision Dynamics LLC ("Vision Dynamics") in the above matter. I am over the age of 18, have never been convicted of a crime involving moral turpitude, and am competent to make this Declaration. I make this Declaration on the basis of my personal knowledge of the facts recited below:

2. Attached as **Exhibit 1** to Vision Dynamics' *Motion to Stay the Litigation for the Reexamination* (the "Motion") is a true and correct copy of the U.S. Patent No. 5,621,017 C1 (the "017 Patent").

3. Attached as **Exhibit 2** to the Motion is a true and correct copy of the request for reexamination of the '017 Patent filed by Vision Dynamics with the U.S. Patent and Trademark Office.

4. Attached as **Exhibit 3** to the Motion is a true and correct copy of the complaint filed by plaintiff Tokuyama Corporation on or about June 4, 2008.

5. Attached as **Exhibit 4** to the Motion is a true and correct copy of United States Patent No. 4,780,393.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED this 25th day of July 2008.

/s/Dwayne K. Goetzel
Dwayne K. Goetzel

1      Case No. C08-02781 JL
DECL. OF GOETZEL ISO VISION DYNAMICS' MOT. TO STAY LIT. FOR REEX. OF '017 PATENT
0030074/001/ 38881v01

Dwayne K. Goetzel hereby declares as follows:

1. I am counsel for Vision Dynamics LLC ("Vision Dynamics") in the above matter. I am over the age of 18, have never been convicted of a crime involving moral turpitude, and am competent to make this Declaration. I make this Declaration on the basis of my personal knowledge of the facts recited below:

2. Attached as **Exhibit 1** to Vision Dynamics' *Motion to Stay the Litigation for the Reexamination* (the "Motion") is a true and correct copy of the U.S. Patent No. 5,621,017 C1 (the "017 Patent").

3. Attached as **Exhibit 2** to the Motion is a true and correct copy of the request for reexamination of the '017 Patent filed by Vision Dynamics with the U.S. Patent and Trademark Office.

4. Attached as **Exhibit 3** to the Motion is a true and correct copy of the complaint filed by plaintiff Tokuyama Corporation on or about June 4, 2008.

5. Attached as **Exhibit 4** to the Motion is a true and correct copy of United States Patent No. 4,780,393.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED this 25th day of July 2008.

*/s/ Dwayne K. Goetzel*
Dwayne K. Goetzel

---

1     Case No. C08-02781 JL
DECL. OF GOETZEL ISO VISION DYNAMICS' MOT. TO STAY LIT. FOR REEX. OF '017 PATENT
0030074/001/ 38881v01