James E. Doroshow, Esq. (SBN: 112920)
 jdoroshow@linerlaw.com
Brian T. Hafter, Esq. (SBN: 173151)
 bhafter@linerlaw.com
Matthew Borden, Esq. (SBN: 214323)
 mborden@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Dwayne K. Goetzel, Esq. (SBN: 08059500)
Ryan T. Beard, Esq. (SBN: 24012264)
MEYERTONS HOOD KIVLIN
KOWERT & GOETZEL PC
700 Lavaca, Suite 800
Austin, TX 78701
Telephone: (512) 853-8800
Facsimile: (512) 853-8801
(pro hac vice to be filed)

Attorneys for Defendant
Vision Dynamics, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TOKUYAMA CORPORATION, | Case No. C08-02781 JL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT VISION DYNAMICS, LLC'S MOTION TO STAY THE LITIGATION FOR THE REEXAMINATION OF THE '017 PATENT** |
| v. | |
| VISION DYNAMICS, LLC, | |
| Defendant. | Date:  September 3, 2008<br>Time:  9:30 a.m.<br>Department: Courtroom F, 15th Floor |

Case No. C08-02781 JL
ORDER GRANTING VISION DYNAMICS' MOT. TO STAY LIT. FOR REEXAM. OF '017 PATENT

0030074/001/ 38887v01

1     Before the Court is defendant Vision Dynamics, LLC's Motion to Stay the Litigation for the Reexamination of the '017 Patent.

    There appearing to be good cause therefor, the Court hereby ORDERS that plaintiff's causes of action are stayed pending completion of the reexamination.

IT IS SO ORDERED.

_____
Hon. James Larson
United States Magistrate Judge