Clerk's Use Only

Initial for fee pd.:

_____

Dwayne K. Goetzel, Esq. (SBN: 08059500)
Meyertons Hood Kivlin Kowert & Goetzel, PC
700 Lavaca, Suite 800
Austin, Texas 78701
Telephone: (512) 853-8800

FILED

08 JUL 31 PM 2: 00

CLERK U S
NORTHERN DISTRICT COURT
OF CALIFORNIA

1

2                    **UNITED STATES DISTRICT COURT**

3                    **NORTHERN DISTRICT OF CALIFORNIA**

4

TOKUYAMA CORPORATION

5

6                                                      CASE NO. c08-02781 JL

                    Plaintiff(s),

7

             v.                          **APPLICATION FOR**
8                                        **ADMISSION OF ATTORNEY**
VISION DYNAMICS, LLC                     ***PRO HAC VICE***

9

10

                    Defendant(s).          /
11
        Pursuant to Civil L.R. 11-3, Dwayne K. Goetzel            , an active member in
12
good standing of the bar of  Texas                               , hereby applies
13
for admission to practice in the Northern District of California on a pro hac vice basis
14
representing  Vision Dynamics, LLC            in the above-entitled action.
15
        In support of this application, I certify on oath that:
16
        1.      I am an active member in good standing of a United States Court or of the highest
17
                court of another State or the District of Columbia, as indicated above;
18
        2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local
19
                Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
20
                become familiar with the Local Rules and the Alternative Dispute Resolution
21
                programs of this Court; and,
22
        3.      An attorney who is a member of the bar of this Court in good standing and who
23
                maintains an office within the State of California has been designated as co-
24
                counsel in the above-entitled action. The name, address and telephone number of
25
                that attorney is:
26
         Liner Yankelevitz Sunshine & Regenstreif LLP, 199 Fremont Street, 20th
         Floor, San Francisco, California 94105-2255
27
        I declare under penalty of perjury that the foregoing is true and correct.
28

Dated: July 28, 2008