Clerk's Use Only
Initial for fee pd.:

Eric B. Meyertons (SBN: 14004400)
Meyertons Hood Kivlin Kowert & Goetzel, PC
700 Lavaca, Suite 800
Austin, Texas 78701
Telephone: (512) 853-8800

FILED
08 JUL 31 PH 2: 00

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TOKUYAMA CORPORATION

        Plaintiff(s),

v.

VISION DYNAMICS, LLC

        Defendant(s).

CASE NO. C08-02781 JL

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Eric B. Meyertons, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Vision Dynamics, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Liner Yankelevitz Sunshine & Regenstreif LLP, 199 Fremont Street, 20th Floor, San Francisco, California 94105-2255

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2008