| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Ryan T. Beard (SBN: 24012264)
Meyertons Hood Kivlin Kowert & Goetzel, PC
700 Lavaca, Suite 800
Austin, Texas 78701
Telephone: (512) 853-8800

FILED
08 JUL 31 PM 2:00

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOKUYAMA CORPORATION

                Plaintiff(s),

                v.

VISION DYNAMICS, LLC

                Defendant(s).

CASE NO. C08-02781 JL

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Ryan T. Beard, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Vision Dynamics, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Liner Yankelevitz Sunshine & Regenstreif LLP, 199 Fremont Street, 20th Floor, San Francisco, California 94105-2255

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2008