1 | **James E. Doroshow, Esq. (SBN: 112920)**
       jdoroshow@linerlaw.com
2 | **Brian T. Hafter, Esq. (SBN: 173151)**
       bhafter@linerlaw.com
3 | **Matthew Borden, Esq. (SBN: 214323)**
       mborden@linerlaw.com
4 | **LINER YANKELEVITZ**
    **SUNSHINE & REGENSTREIF LLP**
5 | **199 Fremont Street, 20th Floor**
    **San Francisco, CA 94105-2255**
6 | **Telephone: (415) 489-7700**
    **Facsimile: (415) 489-7701**
7 |
8 | **Dwayne K. Goetzel, Esq. (SBN: 08059500)**
    **Ryan T. Beard, Esq. (SBN: 24012264)**
    **MEYERTONS HOOD KIVLIN**
9 | **KOWERT & GOETZEL PC**
    **700 Lavaca, Suite 800**
10 | **Austin, TX 78701**
     **Telephone: (512) 853-8800**
11 | **Facsimile: (512) 853-8801**
     **(pro hac vice to be filed)**
12 |
13 | Attorneys for Defendant
     Vision Dynamics, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOKUYAMA CORPORATION, | Case No. C08-02781 JL |
| Plaintiff, | [PROPOSED] ORDER GRANTING PRO HAC VICE TO ERIC B. MEYERTONS |
| v. | |
| VISION DYNAMICS, LLC, | |
| Defendant. | |

1  Before the Court is Pro Hac Vice for Eric B. Meyertons.

2  There appearing to be good cause therefor, the Court hereby ORDERS that Eric B.
3  Meyertons be admitted to the Court on a pro hac vice purpose for this cause of action.

5  IT IS SO ORDERED.

_____
**Hon. James Larson**
United States Magistrate Judge