1  **James E. Doroshow, Esq. (SBN: 112920)**
        jdoroshow@linerlaw.com
2  **Brian T. Hafter, Esq. (SBN: 173151)**
        bhafter@linerlaw.com
3  **Matthew Borden, Esq. (SBN: 214323)**
        mborden@linerlaw.com
4  **LINER YANKELEVITZ**
   **SUNSHINE & REGENSTREIF LLP**
5  **199 Fremont Street, 20th Floor**
   **San Francisco, CA  94105-2255**
6  **Telephone:  (415) 489-7700**
   **Facsimile:  (415) 489-7701**
7
   **Dwayne K. Goetzel, Esq. (SBN: 08059500)**
8  **Ryan T. Beard, Esq. (SBN: 24012264)**
   **MEYERTONS HOOD KIVLIN**
9  **KOWERT & GOETZEL PC**
   **700 Lavaca, Suite 800**
10 **Austin, TX  78701**
   **Telephone:  (512) 853-8800**
11 **Facsimile:  (512) 853-8801**
   **(pro hac vice to be filed)**
12
   Attorneys for Defendant
13 Vision Dynamics, LLC

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17
   TOKUYAMA CORPORATION,            )   Case No. C08-02781 JL
18                                  )
                   Plaintiff,       )   [PROPOSED] ORDER GRANTING
19                                  )   PRO HAC VICE TO DWAYNE K.
   v.                               )   GOETZEL
20                                  )
   VISION DYNAMICS, LLC,            )
21                                  )
                   Defendant.       )
22                                  )
                                    )
23 _____ )

1  Before the Court is the application for admission Pro Hac Vice for Dwayne K. Goetzel in
2  the above-referenced cause of action.
3  There appearing to be good cause therefor, the Court hereby ORDERS that Dwayne K.
4  Goetzel be admitted to the Court on a pro hac vice purpose for this cause of action.

6  IT IS SO ORDERED.

_____
**Hon. James Larson**
United States Magistrate Judge