1 | **James E. Doroshow, Esq. (SBN: 112920)**
    jdoroshow@linerlaw.com
2 | **Brian T. Hafter, Esq. (SBN: 173151)**
    bhafter@linerlaw.com
3 | **Matthew Borden, Esq. (SBN: 214323)**
    mborden@linerlaw.com
4 | **LINER YANKELEVITZ**
**SUNSHINE & REGENSTREIF LLP**
5 | **199 Fremont Street, 20th Floor**
**San Francisco, CA 94105-2255**
6 | **Telephone: (415) 489-7700**
**Facsimile: (415) 489-7701**

**Dwayne K. Goetzel, Esq. (SBN: 08059500)**
8 | **Ryan T. Beard, Esq. (SBN: 24012264)**
**MEYERTONS HOOD KIVLIN**
9 | **KOWERT & GOETZEL PC**
**700 Lavaca, Suite 800**
10 | **Austin, TX 78701**
**Telephone: (512) 853-8800**
11 | **Facsimile: (512) 853-8801**
**(pro hac vice to be filed)**

Attorneys for Defendant
13 | Vision Dynamics, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| TOKUYAMA CORPORATION, | ) Case No. C08-02781 JL |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING** |
| v. | ) **PRO HAC VICE TO RYAN T. BEARD** |
| VISION DYNAMICS, LLC, | ) |
| Defendant. | ) |

1     Before the Court is Pro Hac Vice for Ryan T. Beard.

2     There appearing to be good cause therefor, the Court hereby ORDERS that Ryan T. Beard

3 be admitted to the Court on a pro hac vice purpose for this cause of action.

5     IT IS SO ORDERED.

                                                  **Hon. James Larson**
                                           United States Magistrate Judge