1  James E. Doroshow, Esq. (SBN: 112920)
       jdoroshow@linerlaw.com
2  Brian T. Hafter, Esq. (SBN: 173151)
       bhafter@linerlaw.com
3  Matthew Borden, Esq. (SBN: 214323)
       mborden@linerlaw.com
4  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
5  199 Fremont Street, 20th Floor
   San Francisco, CA  94105-2255
6  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
7
   Dwayne K. Goetzel, Esq. (SBN: 08059500)
8  Ryan T. Beard, Esq. (SBN: 24012264)
   MEYERTONS HOOD KIVLIN
9  KOWERT & GOETZEL PC
   700 Lavaca, Suite 800
10 Austin, TX  78701
   Telephone:  (512) 853-8800
11 Facsimile:  (512) 853-8801
   (pro hac vice to be filed)
12
   Attorneys for Defendant
13 Vision Dynamics, LLC

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16                             SAN FRANCISCO DIVISION

17 TOKUYAMA CORPORATION,           )  Case No. C08-02781 JL
18                                 )
                    Plaintiff,     )  [~~PROPOSED~~] ORDER GRANTING
19                                 )  PRO HAC VICE TO ERIC B.
   v.                              )  MEYERTONS    (14)
20                                 )
   VISION DYNAMICS, LLC,           )
21                                 )
                    Defendant.     )
22                                 )
                                   )
23 _____  )

1   Before the Court is Pro Hac Vice for Eric B. Meyertons.

2   There appearing to be good cause therefor, the Court hereby ORDERS that Eric B.
3   Meyertons be admitted to the Court on a pro hac vice purpose for this cause of action.

5   IT IS SO ORDERED.

    _____
    **Hon. James Larson**
    United States Magistrate Judge