Dbtf!4;19.dw.13892.KM!!!!!Epdvnfou28!!!!!!Gjrhe!19016081119!!!!!Qbhf!2!pg3

| | |
|---|---|
| 1 | James E. Doroshow, Esq. (SBN: 112920) |
|   |    jdoroshow@linerlaw.com |
| 2 | Brian T. Hafter, Esq. (SBN: 173151) |
|   |    bhafter@linerlaw.com |
| 3 | Matthew Borden, Esq. (SBN: 214323) |
|   |    mborden@linerlaw.com |
| 4 | LINER YANKELEVITZ |
|   | SUNSHINE & REGENSTREIF LLP |
| 5 | 199 Fremont Street, 20th Floor |
|   | San Francisco, CA 94105-2255 |
| 6 | Telephone: (415) 489-7700 |
|   | Facsimile: (415) 489-7701 |
| 7 | |
|   | Dwayne K. Goetzel, Esq. (SBN: 08059500) |
| 8 | Ryan T. Beard, Esq. (SBN: 24012264) |
|   | MEYERTONS HOOD KIVLIN |
| 9 | KOWERT & GOETZEL PC |
|   | 700 Lavaca, Suite 800 |
| 10 | Austin, TX 78701 |
|    | Telephone: (512) 853-8800 |
| 11 | Facsimile: (512) 853-8801 |
|    | (pro hac vice to be filed) |
| 12 | |
|    | Attorneys for Defendant |
| 13 | Vision Dynamics, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TOKUYAMA CORPORATION, | ) | Case No. C08-02781 JL |
|        Plaintiff, | ) | [~~PROPOSED~~] ORDER GRANTING PRO HAC VICE TO DWAYNE K. GOETZEL |
| v. | ) | |
| VISION DYNAMICS, LLC, | ) | (13) |
|        Defendant. | ) | |

Dbtf !4;19.dw 13892.KM!!!!!Epdvn fou28!!!!!!Gjrhe!1901603119!!!!!Qbhf !3!pd3

1  Before the Court is the application for admission Pro Hac Vice for Dwayne K. Goetzel in
2  the above-referenced cause of action.
3  There appearing to be good cause therefor, the Court hereby ORDERS that Dwayne K.
4  Goetzel be admitted to the Court on a pro hac vice purpose for this cause of action.
5
6  IT IS SO ORDERED.
7  _____
   Hon. James Larson
8  United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28