Dbt f !4;19.dw 13892.KM!!!!!Epdvn f ou29!!!!!!Gjrhe!1901603119!!!!!Qbhf !2!pg3

```
 1  James E. Doroshow, Esq. (SBN: 112920)
         jdoroshow@linerlaw.com
 2  Brian T. Hafter, Esq. (SBN: 173151)
         bhafter@linerlaw.com
 3  Matthew Borden, Esq. (SBN: 214323)
         mborden@linerlaw.com
 4  LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
 5  199 Fremont Street, 20th Floor
    San Francisco, CA 94105-2255
 6  Telephone: (415) 489-7700
    Facsimile: (415) 489-7701
 7
    Dwayne K. Goetzel, Esq. (SBN: 08059500)
 8  Ryan T. Beard, Esq. (SBN: 24012264)
    MEYERTONS HOOD KIVLIN
 9  KOWERT & GOETZEL PC
    700 Lavaca, Suite 800
10  Austin, TX 78701
    Telephone: (512) 853-8800
11  Facsimile: (512) 853-8801
    (pro hac vice to be filed)
12
    Attorneys for Defendant
13  Vision Dynamics, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOKUYAMA CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>VISION DYNAMICS, LLC,<br><br>                Defendant. | Case No. C08-02781 JL<br><br>[~~PROPOSED~~] ORDER GRANTING<br>PRO HAC VICE TO RYAN T. BEARD<br><br>(15) |

1   Before the Court is Pro Hac Vice for Ryan T. Beard.

2   There appearing to be good cause therefor, the Court hereby ORDERS that Ryan T. Beard
3   be admitted to the Court on a pro hac vice purpose for this cause of action.

5   IT IS SO ORDERED.

                                        _____
                                        Hon. James Larson
                                        United States Magistrate Judge