Squire, Sanders & Dempsey L.L.P.
Nathan Lane III (State Bar # 50961)
Joseph A. Meckes (State Bar # 190279)
One Maritime Plaza, Suite 300
San Francisco, CA  94111
Telephone:   +1.415.954.0200
Facsimile:   +1.415.393.9887
Email:        NLane@ssd.com
Email:        JMeckes@ssd.com

Attorneys for Plaintiff
TOKUYAMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKUYAMA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>VISION DYNAMICS, LLC,,<br><br>Defendant. | Case No.  C08-02781 JL<br><br>**E-FILING**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**-- AND --**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party, through counsel, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 7, 2008                    SQUIRE, SANDERS & DEMPSEY L.L.P.


By:_____/s/ Joseph A. Meckes_____
                Joseph A. Meckes
Attorneys for Plaintiff
TOKUYAMA CORPORATION

**DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE, Case No. C08-02781 JL**