# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tokuyama Corporation,** | Case No. C08-2781 JL |
| Plaintiff(s), | |
| v. | **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
| **Vision Dynamics, LLC,** | |
| Defendant(s), | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1)  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

(2)  One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The Case Management Conference set for **September 10, 2008** at **10:30 a.m.** is hereby **VACATED**. Defendant's Motion to Stay Litigation set for **September 3, 2008** at **9:30 a.m.** is hereby **VACATED**.

Dated: August 8, 2008

Richard W. Wieking, Clerk
United States District Court

*Lashanda Scott*
By: Lashanda Scott - Deputy Clerk

reassign.DCT