1 | James E. Doroshow, Esq. (SBN: 112920)
　　jdoroshow@linerlaw.com
2 | Brian T. Hafter, Esq. (SBN: 173151)
　　bhafter@linerlaw.com
3 | Matthew Borden, Esq. (SBN: 214323)
　　mborden@linerlaw.com
4 | LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
5 | 199 Fremont Street, 20th Floor
San Francisco, CA  94105-2255
6 | Telephone:  (415) 489-7700
Facsimile:  (415) 489-7701
7 |
Dwayne K. Goetzel, Esq. (SBN: 08059500)
8 | Ryan T. Beard, Esq. (SBN: 24012264)
MEYERTONS HOOD KIVLIN
9 | KOWERT & GOETZEL PC
700 Lavaca, Suite 800
10 | Austin, TX  78701
Telephone:  (512) 853-8800
11 | Facsimile:  (512) 853-8801
(pro hac vice filed)
12 |
Attorneys for Defendant
13 | Vision Dynamics, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| TOKUYAMA CORPORATION, | ) | Case No. C08-02781 SBA |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT VISION DYNAMICS, LLC'S RENOTICE OF MOTION AND MOTION TO STAY THE LITIGATION FOR THE REEXAMINATION OF THE '017 PATENT** |
| v. | ) | |
| VISION DYNAMICS, LLC, | ) | |
| Defendant. | ) | **Date:      October 7, 2008**<br>**Time:      1:00 PM**<br>**Department: Courtroom F, 15th Floor** |

Case No.  C08-02781 SBA
VISION DYNAMICS' RENOTICE MOTION TO STAY LITIGATION FOR REEXAMINATION OF '017 PATENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** at 1:00 p.m. on October 7, 2008, or as soon thereafter as they may be heard, Defendant Vision Dynamics LLC will move, and hereby moves, the United States District Court for the Northern District of California to stay this litigation in favor of the reexamination of the asserted patent U.S. Patent No. 5,621,017 C1. This Motion is based upon the Memorandum of Points and Authorities previously filed in support thereof, the Declaration of Dwayne K. Goetzel and exhibits attached thereto previously filed in support thereof, and all other files and records in this action, and any further oral and documentary evidence that may be presented at or before the time of the hearing of this Motion.

Dated:  August 26, 2008

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By:    /s/Dwayne K. Goetzel
Matthew Borden
Attorneys for Defendant
Vision Dynamics, LLC

Dwayne K. Goetzel
Ryan T. Beard
MEYERTONS HOOD KIVLIN
KOWERT & GOETZEL PC
700 Lavaca, Suite 800
Austin, TX  78701
(pro hac vice filed)