James E. Doroshow, Esq. (SBN: 112920)
  jdoroshow@linerlaw.com
Brian T. Hafter, Esq. (SBN: 173151)
  bhafter@linerlaw.com
Matthew Borden, Esq. (SBN: 214323)
  mborden@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Dwayne K. Goetzel, Esq. (SBN: 08059500)
Ryan T. Beard, Esq. (SBN: 24012264)
MEYERTONS HOOD KIVLIN
KOWERT & GOETZEL PC
700 Lavaca, Suite 800
Austin, TX 78701
Telephone: (512) 853-8800
Facsimile: (512) 853-8801
(pro hac vice filed)

Attorneys for Defendant
Vision Dynamics, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TOKUYAMA CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>VISION DYNAMICS, LLC,<br><br>        Defendant. | Case No. C08-02781 SBA<br><br>**DEFENDANT VISION DYNAMICS, LLC'S SECOND RENOTICE OF MOTION AND MOTION TO STAY THE LITIGATION FOR THE REEXAMINATION OF THE '017 PATENT**<br><br>Date:     **October 7, 2008**<br>Time:    **1:00 PM**<br>**Department: Courtroom 3, 3rd Floor** |

1 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2 **PLEASE TAKE NOTICE THAT** at 1:00 p.m. on October 7, 2008, or as soon thereafter
3 as they may be heard, Defendant Vision Dynamics LLC will move, and hereby moves, the United
4 States District Court for the Northern District of California to stay this litigation in favor of the
5 reexamination of the asserted patent U.S. Patent No. 5,621,017 C1. This Motion is based upon the
6 Memorandum of Points and Authorities previously filed in support thereof, the Declaration of
7 Dwayne K. Goetzel and exhibits attached thereto previously filed in support thereof, and all other
8 files and records in this action, and any further oral and documentary evidence that may be
9 presented at or before the time of the hearing of this Motion.

10

11 Dated: August 26, 2008              LINER YANKELEVITZ
                                       SUNSHINE & REGENSTREIF LLP
12

13                          By:     /s/Dwayne K. Goetzel
                                    Matthew Borden
14                                  Attorneys for Defendant
                                    Vision Dynamics, LLC
15
                                    Dwayne K. Goetzel
16                                  Ryan T. Beard
                                    MEYERTONS HOOD KIVLIN
17                                  KOWERT & GOETZEL PC
                                    700 Lavaca, Suite 800
18                                  Austin, TX 78701
                                    (pro hac vice filed)
19

20

21

22

23

24

25

26

27

28
                                                        1                    Case No. C08-02781 SBA
VISION DYNAMICS' RENOTICE OF MOTION TO STAY LITIGATION FOR REEXAMINATION OF '017
                                        PATENT