Squire, Sanders & Dempsey L.L.P.
Nathan Lane III (State Bar # 50961)
Joseph A. Meckes (State Bar # 190279)
Xavier Brandwajn (State Bar # 246218)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: NLane@ssd.com
Email: JMeckes@ssd.com

Attorneys for Plaintiff
TOKUYAMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOKUYAMA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>VISION DYNAMICS, LLC,,<br><br>Defendant. | Case No. C08-02781 JW<br><br>E-FILING<br><br>ADR CERTIFICATION OF PARTY AND LEAD TRIAL COUNSEL |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
Suite 500
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

ADR CERTIFICATION
CASE NO. C 08-2781 JW

### SIGNATURE AND CERTIFICATION BY PARTY AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: August ___, 2008    _____/s/ Junji Hattori_____
                                                    Junji Hattori
                                                    Plaintiff TOKUYAMA CORPORATION


Dated: August ___, 2008    _____/s/_____
                                                    Joseph A. Meckes
                                                    SQUIRE, SANDERS & DEMPSEY, L.L.P.
                                                    Attorney for Plaintiff
                                                    TOKUYAMA CORPORATION

SQUIRE, SANDERS &
DEMPSEY L.L.P.
Suite 500
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

ADR CERTIFICATION
CASE NO. C 08-2781 JW

- 2 -