Nathan Lane III (State Bar No. 50961)
Joseph A. Meckes (State Bar No. 190279)
Xavier M. Brandwajn (State Bar No. 246218)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Third Floor
San Francisco, California  94111
Telephone:   415.954.0200
Facsimile:   415.393.9887
NLane@ssd.com
JMeckes@ssd.com
XBrandwajn@ssd.com

Attorneys for Plaintiff and Counterclaim Defendant
TOKUYAMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOKUYAMA CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VISION DYNAMICS, LLC,<br><br>                    Defendant. | Case No. C 08-02781 SBA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS**<br>[ADR Local Rule 3-5(c)(1)] |
| VISION DYNAMICS, LLC,<br><br>                    Counterclaimant,<br><br>          vs.<br><br>TOKUYAMA CORPORATION,<br><br>                    Counterclaim Defendant. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California  94304

STIPULATION AND ORDER SELECTING ADR PROCESS
CASE NO. C 08-02781 SBA

## STIPULATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitration                    __ ENE                    __ Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Processes:**

**X** Private ADR (please identify process and provider)

The parties will engage in private mediation with a mutually agreeable private mediator no later than January 16, 2009.   To the extent the Court grants defendant's pending motion to stay further proceedings, the parties agree to engage in private mediation with a mutually agreeable private mediator no later than 60 days after the Court lifts the stay.

*(For e-filers, please consult General Order N., 45, Section X regarding signatures.)*

Dated:   August 29, 2008                    SQUIRE, SANDERS & DEMPSEY L.L.P.

By:   /s/  Joseph A. Meckes
        Joseph A. Meckes

        Attorneys for Plaintiff and Counterclaim Defendant
        TOKUYAMA CORPORATION

Dated:   August 29, 2008                    MEYERTONS HOOD KIVLIN KOWERT & GOETZEL PC

By:   /s/  Dwayne K. Goetzel
        Dwayne K. Goetzel

        Attorneys for Defendant and Counterclaimant
        VISION DYNAMICS, LLC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Joseph A. Meckes, attest that concurrence in the filing of this document has been

obtained from the other signatory.  I declare under penalty of perjury that the foregoing is true

and correct.  Executed on August 29, 2008.    By:    /s/ Joseph A. Meckes_____

Joseph A. Meckes

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   September ___, 2008

_____

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California  94304

STIPULATION AND ORDER SELECTING ADR PROCESS
CASE NO. C 08-02781 SBA