Nathan Lane III (State Bar No. 50961)
Joseph A. Meckes (State Bar No. 190279)
Xavier M. Brandwajn (State Bar No. 246218)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Third Floor
San Francisco, California  94111
Telephone:   415.954.0200
Facsimile:   415.393.9887
NLane@ssd.com
JMeckes@ssd.com
XBrandwajn@ssd.com

Attorneys for Plaintiff and Counterclaim Defendant
TOKUYAMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOKUYAMA CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VISION DYNAMICS, LLC,<br><br>                    Defendant. | Case No. C 08-02781 SBA<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO VISION DYNAMICS, LLC'S COUNTERCLAIMS**<br><br>**[Civil Local Rule 6-1(a)]** |
| VISION DYNAMICS, LLC,<br><br>                    Counterclaimant,<br><br>          vs.<br><br>TOKUYAMA CORPORATION,<br><br>                    Counterclaim Defendant. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California  94304

STIPULATION TO EXTEND DEADLINE TO RESPOND TO VISION DYNAMICS, LLC'S COUNTERCLAIMS
CASE NO. C 08-02781 SBA

## STIPULATION

Plaintiff and counterclaim defendant Tokuyama Corporation ("Tokuyama") and defendant and counterclaimant Vision Dynamics, LLC ("Vision Dynamics") hereby stipulate that Tokuyama's deadline to respond to Vision Dynamics' counterclaims is extended from September 3, 2008 by two weeks to September 17, 2008.

Dated:   August 29, 2008                    SQUIRE, SANDERS & DEMPSEY L.L.P.

                                            By:  /s/  Joseph A. Meckes
                                                Joseph A. Meckes

                                            Attorneys for Plaintiff and Counterclaim Defendant
                                            TOKUYAMA CORPORATION

Dated:   August 29, 2008                    MEYERTONS HOOD KIVLIN KOWERT &
                                            GOETZEL PC

                                            By:   /s/ Dwayne K. Goetzel
                                                Dwayne K. Goetzel

                                            Attorneys for Defendant and Counterclaimant
                                            VISION DYNAMICS, LLC

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Joseph A. Meckes, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 29, 2008.

                                            By:    /s/ Joseph A. Meckes
                                                Joseph A. Meckes

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California  94304

- 1 -
STIPULATION TO EXTEND DEADLINE TO RESPOND TO VISION DYNAMICS, LLC'S COUNTERCLAIMS
CASE NO. C 08-02781 SBA