SUBMITTING COUNSEL ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKUYAMA CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>VISION DYNAMICS, LLC,<br><br>    Defendant. | Case No. C 08-02781 SBA<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>The Honorable Saundra Brown Armstrong |
| VISION DYNAMICS, LLC,<br><br>    Counterclaimant,<br><br>vs.<br><br>TOKUYAMA CORPORATION,<br><br>    Counterclaim Defendant. | |

Pursuant to a Settlement Agreement dated as of March 20, 2009, Plaintiff and Counterclaim Defendant TOKUYAMA CORPORATION ("Tokuyama") and Defendant and Counterclaimant VISION DYNAMICS, LLC ("Vision") have resolved their respective claims and counterclaims. Now, in accordance with the Settlement Agreement, and pursuant to Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, Tokuyama and Vision hereby stipulate that this action and all claims and counterclaims shall be dismissed with prejudice and that each party shall bear its own attorneys fees and costs.

Dated: March 31, 2009        SQUIRE, SANDERS & DEMPSEY L.L.P.


By: _____/s/_____
        Nathan Lane III

Nathan Lane III (State Bar # 50961)
nlane@ssd.com
Joseph A. Meckes (State Bar # 190279)
jmeckes@ssd.com
Xavier M. Brandwajn (State Bar # 246218)
xbrandwajn@ssd.com
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Plaintiff and Counterclaim Defendant
TOKUYAMA CORPORATION


Dated: March 31, 2009        MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.


By: _____/s/_____
        Ryan T. Beard

Ryan T. Beard
Eric B. Meyertons
Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.
700 Lavaca, Suite 800
Austin, Texas 78701
Telephone: (512) 853-8800
Facsimile: (512) 853-8801
Email: rbeard@intprop.com
Attorneys for Defendant and Counterclaimant
VISION DYNAMICS, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: 4/1/09                 _____
                             Sandra Brown Armstrong
                             United States District Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. C 08-02781 SBA